Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | AMERICAN HOME PRODUCTS LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BT Capital<br>200 Main Street, Ste 600<br>Gainesville, GA 30501 | c/o Ronald F. Chicken | Promissory Note | | | | $2,849,784.00 |
| RCP Direct II, L.P.<br>100 North Riverside Plaza<br>Suite 2400<br>Chicago, IL 60606 | | Promissory Note | | | | $2,037,358.00 |
| Strategic America<br>6600 Westown Parkway<br>Suite 100<br>West Des Moines, IA 50266 | | Trade Debt | | | | $925,125.00 |
| Kenta Manufacturing Group<br>Jl. Puspa Gading VII B1/17<br>Kelapa Gading<br>Jakarta Utara, Indonesia  14240 | | Trade Debt | | | | $757,837.37 |
| Jim Fine Wooden Products Co Ltd<br>No. 5 Beihuan St, Hailin<br>Economic Development Zone<br>Heilongjiang China | | Trade Debt | | | | $469,259.62 |
| Vanex<br>PO Box 987<br>Mt Vernon, IL 62864 | | Trade Debt | | | | $426,154.90 |
| HunterDouglas<br>P.O. BOX 405756<br>Atlanta, GA 30384-5756 | | Trade Debt | | | | $287,855.84 |

Debtor  **AMERICAN HOME PRODUCTS LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fifth Third Capital Holdings, LLC<br>38 Fountain Square Plaza<br>MD 1094F<br>Cincinnati, OH 45263 | | Promissory Note | | | | $244,802.00 |
| BT Capital<br>200 Main Street, Ste 600<br>Gainesville, GA 30501 | c/o Ronald F. Chicken | Consent Judgment | | | | $237,500.00 |
| Huntington Equity Investments, LLC<br>41 South High Street<br>5th Floor<br>Columbus, OH 43215 | | Promissory Note | | | | $138,287.00 |
| Cohen & Company<br>1350 Euclid Avenue<br>Ste 800<br>Cleveland, OH 44115 | | Trade Debt | | | | $117,665.00 |
| Google<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | | Trade Debt | | | | $87,689.46 |
| Royal Mouldings<br>25545 Network Place<br>Chicago, IL 60673-1255 | | Trade Debt | | | | $85,777.38 |
| Professional Personnel Service, Inc<br>P.O. Box 896652<br>Charlotte, NC 28289-6652 | | Trade Debt | | | | $76,037.68 |
| Hydro Extrusion USA, LLC<br>2905 Old Oakwood Rd<br>Gainesville, GA 30504 | | Trade Debt | | | | $69,282.48 |
| Horizons Window Fashions<br>Department 4354<br>Carol Stream, IL 60122-4354 | | Trade Debt | | | | $64,479.29 |

Debtor  **AMERICAN HOME PRODUCTS LLC**          Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Kaiser Foundation Health Plan<br>P.O. Box 80204<br>Worldway Postal Center<br>Los Angeles, CA 90080-0204 | | Trade Debt | | | | $61,912.85 |
| Echo Global Logistics INC.<br>22168 Network Pl<br>Chicago, IL 60673-1221 | | Trade Debt | | | | $55,576.28 |
| DEX-YP<br>P.O. Box 5010<br>Carol Stream, IL 60197-5010 | | Trade Debt | | | | $53,419.08 |
| RSVP Publications<br>6730 W. Linebaugh Ave<br>Ste 201<br>Tampa, FL 33625 | | Trade Debt | | | | $48,679.01 |

**United States Bankruptcy Court**
**Northern District of Georgia**

In re  American Home Products LLC,                    Case No. _____

                                           Debtor     Chapter  11

## VERIFICATION OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Gregory Bangs, the Chief Financial Officer of American Home Products LLC, the limited liability company named as a Debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge.

_5/29/2019_                    _____
Date                                  Gregory Bangs, Chief Financial Officer

{7871296: }