# **EXHIBIT A**

{8121970: }

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME PRODUCTS LLC,[1] | ) |
| | ) Case No. 19-21054-JRS |
| Debtor. | ) |
| | ) Judge Sacca |
| | ) |

**DECLARATION OF DAVID M. BAKER IN SUPPORT OF APPLICATION OF DEBTOR FOR APPROVAL OF AGREEMENT WITH AURORA MANAGEMENT PARTNERS, INC. TO PROVIDE THE SERVICES OF WAYNE TANNER AS CHIEF RESTRUCTURING OFFICER AND OTHER SUPPORT PERSONNEL, *NUNC PRO TUNC* TO THE PETITION DATE**

David M. Baker, under penalty of law, hereby declares as follows:

1. I am Managing Partner of Aurora Management Partners, Inc., a professional services firm engaged in the business of providing financial advisory, restructuring, and distressed asset management services, with offices located at 112 South Tryon Street, Suite 1770, Charlotte, NC 28284 (and other offices located in Cleveland, Atlanta and Chicago) ("Aurora"). This declaration is submitted in support of the Application of Debtor for Approval of Agreement with Aurora Management Partners, Inc. to Provide the Services of Wayne Tanner as Chief Restructuring Officer and Other Support Personnel, *Nunc Pro Tunc* to the Petition Date (the "Application"). The statements contained herein are based upon personal knowledge.

2. To the extent that any information disclosed herein requires amendment or modification upon Aurora's receipt of additional information or as additional creditor information becomes available, a supplemental declaration will be submitted to the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 3418.

{8121970: }

3. Aurora provides a broad range of services to its clients, and it has extensive experience in dealing effectively with a full range of issues and challenges that arise in corporate restructurings and business reorganizations. Aurora has become familiar with the Debtor's businesses, affairs, assets and contractual arrangements. Accordingly, Aurora has acquired the necessary background to deal effectively and efficiently with the many financial issues that may arise in the context of the Debtor's chapter 11 case.

4. Aurora has widespread experience in providing restructuring and investment banking services in reorganization proceedings, and it has an excellent reputation for the services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States. Aurora's professionals have represented various stakeholders in a number of distressed situations over the last 19 years, including unsecured creditors, senior lenders, equity holders, and debtors in bankruptcy court and in out-of-court matters. Furthermore, the Aurora professionals involved in the Debtor's chapter 11 case have been involved in other bankruptcies in recent years, including: Suniva, Inc., Dallas Manufacturing Company, Mairec Precious Metals U.S., Inc., Eladio Pacheco dba. Pancho Villa.

## Services To Be Provided

26. Aurora was originally engaged pursuant to the terms of the Agreement attached to the Application as <u>Exhibit B</u> and will continue to serve pursuant to that Agreement, although its role has been refined as the Debtor's restructuring plan has developed. Aurora will work with the Debtor's Board of Managers and the Debtor's officers, employees, and professionals with respect to the following:

- Provide the services of Wayne Tanner as CRO, which would be equal to the services typically provided by the office of the President and chief operating officer, with other Aurora personnel available to assist Mr. Tanner as CRO;

- Assist with the day-to-day operations of the Debtor;

{8121970: }                                                         2

- Assist with a 13-week cash flow to monitor ongoing projected cash flow and recommend adjustment to maximize liquidity;

- Continue to assist the Debtor in the implementation of its current operating business plan and compliance with requirements under the proposed debtor in possession financing;

- Assist the Debtor in executing on its plan to maximize value through the sale of its assets in this chapter 11 case;

- Assist the Debtor's bankruptcy counsel in the preparation of the possible chapter 11 petition and chapter 11 first day motions;

- Prepare the Debtor's chapter 11 monthly operating reports to the United States Trustee;

- Attend the Debtor's meeting of creditors and court hearings and testify as necessary;

- Work with the Debtor and its professionals to provide updates to and negotiate with the Debtor's various creditor constituencies; and

- All other items as agreed to from time to time between the Board of Managers and Aurora.

## Compensation

5. Subject to the Court's approval, Aurora will charge the Debtor for financial advisory services on an hourly basis in accordance with Aurora's ordinary and customary hourly rates, as they may change from time to time, in effect on the date that such services are rendered, plus reimbursement of actual and necessary out-of-pocket expenses incurred by Aurora. The current hourly rates charged by Aurora are as follows:

| Role | Hourly Rate |
| --- | --- |
| Director through Managing Partner | $350 - $695 |
| Consultant / Senior Consultant | $250 - $350 |
| Analysts | $175 - $250 |
| Administrative | $85 |

{8121970: } 3

6. I submit that the above-described compensation structure is reasonable given the nature of the services described in the Application and the Agreement.

7. To the best of my knowledge, (i) no commitments have been made or received by Aurora with respect to compensation or payment in connection with this case other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) Aurora has no agreement with any other entity to share with such entity any compensation received by Aurora in connection with the Debtor's chapter 11 case.

### Indemnification

8. Subject to Court approval (including in accordance with the proposed order) and pursuant to terms of the Agreement, in connection with Aurora's engagement to provide financial advisory and restructuring support services to the Debtor, the Debtor shall indemnify and hold harmless Aurora and its affiliates against all losses, claims, damages, expenses (including reasonable fees and disbursements of counsel and accountants), costs (including, without limitation, expenses, fees and disbursement and time charges related to giving testimony or furnishing documents in response to a subpoena or otherwise) and liabilities (joint or several), to the extent and in the manner provided in Schedule B to the Agreement dated January 18, 2019. The Agreement also contemplates certain contribution obligations if indemnification or reimbursement is ultimately unavailable.

9. I believe that the terms of the Agreement, both financial terms and the indemnification of Aurora by the Debtor, are similar to the terms agreed to by Aurora and other investment banking firms, both inside and outside of bankruptcy. The terms and conditions of the Agreement were negotiated between the Debtor and Aurora, and reflect the parties' mutual agreement as to the substantial efforts and protection of rights that will be required in this engagement.

**Disinterestedness**

10. Although the requested retention of Aurora as set forth herein is not governed by Section 327 of the Bankruptcy Code, in connection with the preparation of this Declaration, Aurora conducted an analysis to determine whether it holds or represents any interests adverse to the Debtor. Such analysis consisted of a review of its contacts with the Debtor and certain entities holding large claims against or interests in the Debtor that were made reasonably known to Aurora by the Debtor. A listing of the parties reviewed is reflected in Schedule 1 to this Declaration. Aurora's review included providing a list of such parties to certain Aurora restructuring professionals and conducting a query of such parties in a database containing the names of individuals and entities that are represented by Aurora.

11. Based on the results of our review, to the best of my knowledge, except as discussed below, Aurora does not have an active relationship with any of the parties listed in Schedule 1 in matters related to this proceeding.

12. Further, as part of its diverse practice, Aurora appears in numerous cases, proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in the Debtor's chapter 11 case, Aurora has experience working with proposed Debtor's counsel, McDonald Hopkins LLC, in numerous other matters. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtor in matters upon which Aurora is to be employed, and none are in connection with the Debtor or this case.

13. As described in the Application, prior to the Petition Date, in January 2019, the Debtor employed Aurora as an exclusive restructuring advisor in connection with a strategic assessment for a potential sale and restructuring transaction outside of bankruptcy. The

{8121970: }    5

engagement also contemplated that Aurora would provide the services of Wayne Tanner as CRO, and for Aurora to provide additional support personnel and services. Mr. Tanner was appointed as CRO of the Debtor effective on or about January 18, 2019.

14. Aurora does not believe it is a "creditor" of any of the Debtor within the meaning of section 101(10) of the Bankruptcy Code. Further, neither I nor any member of the Aurora team serving the Debtor, to the best of my knowledge, is a holder of any of the Debtor's debt or equity securities.

15. To the best of my knowledge, no employee of Aurora is a relative of, or has been connected with, any judge of the Bankruptcy Court for this district, the United States Trustee in this district, or any employee of the office of the United States Trustee in this District.

16. To the best of my knowledge, Aurora, its directors and employees (a) are not creditors or equity security holders of the Debtor; and (b) do not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor for any other reason.

17. In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, other than as described herein, Aurora neither holds nor represents an interest adverse to the Debtor.

18. If any new material, relevant facts or relationships are discovered or arise, Aurora will promptly file a supplemental declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 29 day of May, 2019

_____
David M. Baker, Managing Partner

{8121927: }

# AMERICAN HOME PRODUCTS LLC

## SCHEDULE 1 – INTERESTED PARTIES

**The Debtor:**

American Home Products LLC

**The Debtor's Officers, Members, and Board of Managers:**

| | |
|---|---|
| Gregory Bangs | MCM Capital Partners III, L.P. |
| Jay Poffenberger | MCM Capital Partners III Parallel Fund |
| Kevin Hayes | RCP Direct II, L.P. |
| Wayne Tanner | Fifth Third Capital Holdings, LLC |
| | Huntington Equity Investments, LLC |

**The Debtor's Secured Lenders and Parties to UCC Filings:**

The Huntington National Bank
United Community Bank
Blue Bridge Financial, LLC
Hitachi Capital America Corp.
City of Gainesville

**The Debtor's Professionals:**

McDonald Hopkins LLC
Aurora Management Partners, Inc.
Kelley & Clements LLP

**The Debtor's List of 20 Largest Unsecured Creditors:**

| | |
|---|---|
| BT Capital | Jim Fine Wooden Products Co., Ltd. |
| Cohen & Company | Kaiser Foundation Health Plan |
| DEX-YP | Kenta Manufacturing Group |
| Echo Global Logistics, Inc. | Professional Personnel Service, Inc. |
| Fifth Third Capital Holdings, LLC | RCP Direct II, LP |
| Google | Royal Moldings |
| Horizons Window Fashions | RSVP Publications |
| Hunter Douglas | Strategic America |
| Huntington Equity Investments, LLC | Vanex |
| Hydro Extrusion USA, LLC | |

**Litigation Parties:**

CapSpecialty Insurance Company
Larry Robertson
Nisha Robertson
Mike the Shutterman
Tracey Steele
Barbara Martin
Maxum Casualty Company

{8121970: }

**Other Interested Parties:**

5 MILE MEDIA
ABACUS
ABACUS LABS INC.
ACCORD FINANCIAL
AETNA
AFLAC
ALAN ZSIGI STEHLI
ALLIANT HEALTH PLANS
ALSTON & BIRD LLP
ALUMINUM SHIELDS
ALUTECH UNITED, INC.
ALVAREZ & MARSAL
AM TRUST NORTH AMERICA, INC.
AMERICAN BUILDING PRODUCTS, LLC
ANDERSON GROUP
APPLIED INDUSTRIAL TECHNOLOGIES
ATTORNEY GENERAL FOR THE STATE OF GEORGIA
AUSTIN AMERICAN-STATESMAN
AUSTIN ELEGANT LIVING
B&D TECHNOLOGIES
BAKERSFIELD & FRESNO HOME MAGAZINE
BAY AREA NEWS GROUP
BELO MEDIA GROUP
BESPOKE HARDWARE, INC.
BEST BUY GUIDE
BIESSE AMERICA
BIG BLUE ROBOT, LLC
BIRMINGHAM'S OWN/TUSCALOOSA'S OWN
BLACK MOUNTAIN PLAZA, L.P.
BLIND INSTALLATIONS BY JON IRWIN
BRENTWOOD BUSINESS CENTER
BROWARD HOME MAGAZINE PUBLISHING
BRYAN DUKE
BT CAPITAL
CALIFORNIA CARBIDE, INC.
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
CALIFORNIA NEWSPAPER PARTNERSHIP
CALSTAR SERVICES, INC.
CANON FINANCIAL SERVICES
CANON SOLUTIONS AMERICA
CAPITAL SHOWCASE
CAROLE FABRICS
CENTURY BLINDS
CHASTAIN JANITORIAL SUPPLY
CHATHAM INVESTMENT FUND, LP
CHICAGO DOWELL CO., INC.
CITY GRID MEDIA, LLC

{8121970: }  2

CITY OF GAINESVILLE
CITY PUBLICATIONS ATLANTA NORTH
CITY PUBLICATIONS DC
CITY PUBLICATIONS GREATER WILMINGTO
CITY PUBLICATIONS MARYLAND
CITY PUBLICATIONS NASHVILLE
CITY PUBLICATIONS NORTHERN VIRGINIA
CITY PUBLICATIONS PIEDMONT
CLUTCHSEM
COHEN & COMPANY
CONNEY SAFETY
CREATIVE DISPLAY ADS
CROFT BUILDERS
CTD MACHINES, INC.
DALLAS ELEGANT LIVING MAGAZINE
DANISH ENVIRONMENT
DANNY MAGLEY
DAVID HENDERSON SHUTTERS
DAVID S. WEIDENBAUM
DAYCO INDUSTRIES
DECORA
DEX MEDIA
DEX-YP
DIEGO LAGUNAS
DIVISION OF UNEMPLOYMENT INSURANCE STATE OF MD
DIXIE PLYWOOD AND LUMBER CO.
DUNMARK, INC.
DYCO, INC.
EASTERN OHIO TRUCK & TRAILER
EASTMAN ALUMINUM, INC.
ECHO GLOBAL LOGISTICS INC.
EDD CA GOVERNMENT
ELEGANT WINDOWS, INC.
ELIZABETH HARDY
EXPERT DIE
EZ HINGE AND HARDWARE
FEDERAL EXPRESS
FIDELITY SECURITY LIFE
FIFTH THIRD CAPITAL HOLDINGS, LLC
FIRST CHOICE
FLORIDA DEPARTMENT OF REVENUE
FORTIFIED BUILDING PRODUCTS, INC
FROME DEVELOPMENTS OMEGA, LLC
FRONTLINE FUSED
GA DEPARTMENT OF REVENUE
GAINESVILLE EMERGENCY DEPT SVCS PC
GAINESVILLE PAINT & DESIGN CENTER
GE CAPITAL (BMO HARRIS BANK)
GEORGE VALENCIA

GEORGIA DEPARTMENT OF REVENUE
GEORGIA POWER COMPANY
GET1FREE COUPON MAGAZINE
GLOBAL EQUIPMENT COMPANY
GOLDEN MAILER, INC.
GOOGLE
GRAINGER
GREAT AMERICAN INSURANCE GROUP
GUARDIAN
GUILFORD IMMEDIATE CARE
HALL COUNTY DEVELOPMENT AUTHORITY
HALL COUNTY TAX ASSESSORS
HALL COUNTY TAX COMMISSIONER
HIGHLAND LUMBER SALES, INC
HIGHLAND MOUNTAIN
HITACHI CAPITAL
HOME CONCEPTS MAGAZINE
HOME DEPOT CREDIT SERVICES
HOME DESIGN & DECOR
HOME LIFESTYLE
HOME TRENDS
HORIZONS WINDOW FASHIONS
HOWARD BROTHERS
HUNTERDOUGLAS
HYDRO EXTRUSION USA, LLC
ICE MILLER LEGAL COUNSEL
IMPERIAL FASTENER
INDUSTRIAL REPAIR SERVICE, INC
INTEGRATED COMPUTER WORKS
INTEGRATED SALES SOLUTIONS II, LLC
INTERNAL REVENUE SERVICE
IPFS CORPORATION
J. SMITH LANIER & CO.
J.A. CRAWFORD
JACKSON LEWIS LLP
JEFF LOWE
JEFFREY REED
JG MEDIA
JG SALES & SOURCING, INC.
JIM FINE WOODEN PRODUCTS CO, LTD
JOE SELADI
JP CAPITAL MANAGEMENT
JUDGE BARBARA ELLIS-MONRO
JUDGE JAMES R. SACCA
JUDGE JEFFERY W. CAVENDER
JUDGE LISA RITCHEY CRAIG
JUDGE PAUL BONAPFEL
JUDGE PAUL M. BAISIER
JUDGE SAGE M. SIGLER

JUDGE W.H. DRAKE JR.
JUDGE WENDY L. HAGENAU
JWI CAPITAL, LLC
KAISER FOUNDATION HEALTH PLAN
KAISER PERMANENTE
KAULIG CAPITAL
KENTA MANUFACTURING GROUP
KIDS FROM THE VALLEY XII LLC
KLINGSPOR
L.E. JOHNSON PRODUCTS, INC
LA IT CONSULTANTS
LANNY DUNAGAN WELDING INC.
LARRY FARRELL
LAWSON AIR CONDITIONING & PLUMBING
LEAD PERFORMANCE MARKETING, LLC
LEE HART
LIBERTY UTILITIES
LIFESTYLE PUBLICATIONS, LLC
LINDSAY KOLBA
LIVE CHAT MONITORING
LOCAL SHOPPER
LOCKETT, INC.
LOS ANGELES OFFICE OF FINANCE
LUCAS ASSOCIATES, INC.
M&K INTERNATIONAL
M.C.Y. CONSTRUCTION
MARC WALINSKY
MARQUETTE CAPITAL
MARTIN P. OCHS
MASSACHUSETTS DEPT OF REVENUE
MATO PLASTICS
MCMASTER-CARR
METRIE
MIDCAP FINANCIAL
MIKE THE SHUTTERMAN
MINT MAGAZINE
MONEY MAILER OF GREATER GWINNETT
MONO ENGINEERING CORP.
MOTION INDUSTRIES
MR. FIRST AID & SAFETY, INC.
MYIDEALDOCTOR, LLC
NACM EAST TENNESSEE
NATIONAL WOOD PRODUCTS, INC
NELSON MULLINS
NEW HOME CHARLESTON
NORTH GEORGIA PROPANE
NORTHEAST GEORGIA RENTALS INC.
NYS EMPLOYMENT CONTRIBUTIONS AND TAXES
OFFICE DEPOT

ON THE GO TECHS
ONEDAYLIVE
PA LUMBERMENS MUTUAL INS CO
PACIFIC ALARM SYSTEMS
PACIFIC GAS & ELECTRIC COMPANY
PACKSIZE
PAPER DEPOT
PAYCOM
PENSKE TRUCK LEASING CO., L.P.
PERFORMANCE MEDIA
PETHEL SERVICES LLC
PITNEY & BOWES
PPG
PREMIER ACCESS INSURANCE COMPANY
PRINTING TECHNOLOGY, INC.
PRIORITY MAILING SYSTEMS, INC.
PRO EDGE, INC.
PROFESSIONAL PERSONNEL SERVICE, INC
PROINSTALL
PUDONG PRIME INTERNATIONAL LOGISTIC
PURE WATER TECHNOLOGY GEORGIA, LLC
QMI SECURITY SOLUTIONS
QUALITAS MANUFACTURING INC.
R. JENEANE TREACE
R.S. HUGHES
RANDSTAD
RCP DIRECT II, L.P.
RED DIAMOND
REEMPLOYMENT TAX FL DEPT OF REVENUE
REMINGTON
REMODELING 101 GUIDE
RICHARD A. CASTNER
RICHARD C. HUNSAKER, TRUSTEE
RICHARD HURSEY & ASSOCIATES
RICK CATY
RING CENTRAL
RITTER MFG, INC.
ROYAL MOULDINGS
ROYAL WHOLESALE ELECTRIC
RSVP PUBLICATIONS
RYAN WAGGONER
RYDER TRANSPORTATION SERVICES
RYDER TRANSPORTATION SERVICES
S & S BROTHERS CONSTRUCTION INC.
SANBENITO SHUTTER CO
SANDTON CAPITAL
SCOTTSDALE INDEMNITY COMPANY
SEMPCO, INC.
SERVICE EXPRESS
SHE MAGAZINE

{8121970: }    6

SHELL
SHELVE-IT
SHORR PACKAGING CORP.
SHRED-IT
SHUTTER UP INSTALLATIONS
SIMPSON STRONG-TIE COMPANY
SMART SAVER MAGAZINE
SMI SHUTTERS
SMITH'S CLEANING OF SOUTH HALL, INC
SMUD
SOFTENSITY
SOUTHERN FLUID SYSTEMS, INC
SOUTHERN STATES MACHINERY
SOUTHERNCARLSON
SPARKLETTS
SPRING WINDOW FASHIONS, LLC
SPRINT
SQUIRE RIDGE COMPANY, LLC
STANDARD OFFICE SYSTEMS OF ATLANTA
STAPLES ADVANTAGE
STATE OF HAWAII DEPT OF TAXATION
STATE OF NEW JERSEY DIVISION OF EMPLOYER ACCT
STEVE TAFOYA WINDOW COVERING
STEVEN ROSS
STILES MACHINERY, INC
STRATEGIC AMERICA
SUMMIT INVESTMENTS
SUN LIFE FINANCIAL
SUPERIOR WINDOW COVERINGS
SUPERIOR WOODWORKS
SURETEC
TALK OF THE TOWN COUPONS,INC
TAPCO
TAYLOR BROTHERS MANUFACTURING
TEAM B&B, LLC
TECHNOLOGY INSURANCE CO
TEIXEIRA WINDOW COVERINGS
TERMINIX PROCESSING CENTER
THE CINCINNATI LIFE INSURANCE CO
THE FORTIS COMPANY, LLC
THE GAZETTE
THE HOME IMPROVEMENT GUIDE
THE HOME MAG
THE HOME MAG CHICAGO
THE HOME MAG MINNESOTA
THE HOME MAG NASHVILLE
THE HOME MAG ORANGE COUNTY
THE HOME MAG SOUTH BAY
THE HOME MAG-SAN ANTONIO

THE HOME MAG-TAMPA BAY
THE HOME MAG-TOMBALL
THE HOMEMAG OF AUSTIN
THE HOMEMAG OF KANSAS CITY
THE HOMEMAG OF OKLAHOMA CITY
THE PALM BEACH POST
THE RIGHT FIT WINDOW COVERINGS
THE SAN DIEGO UNION-TRIBUNE
THE SHERWIN WILLIAMS CO
THE TAPCO GROUP
THE TOMBRAS GROUP
THEHOMEMAG PHILADELPHIA
THEHOMEMAG SAN DIEGO
THM PUBLISHING INDIANAPOLIS,LLC
THM PUBLISHING MARYLAND/N VIRGINIA
THOMAS DWORSCHAK
TIMBERBLINDS
TIME WARNER COMMUNICATIONS
TIMOTHY PALMER
TOP NOTCH GARAGE DOOR
TOTAL COMPUTER SOLUTIONS, INC.
TOWNLEY PORTABLE TOILETS, INC
TRAVELERS BOND & SPECIALTY INSURANCE
TRAVELERS CL REMITTANCE
T-SERVE, INC.
U.S. BANK EQUIPMENT FINANCE
ULINE
UNIQUE LOGISTICS INTERNATIONAL INC
UNITED COMMUNITY BANK
UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF GEORGIA
UNUM
UTAH STATE TAX COMMISSION
VALLEY SUPPLY
VANEX
VISION SERVICE PLAN
VISTA PAINT CORP
VISTAPRINT CORPORATE SOLUTIONS INC
VOORWOOD PARTS & CONSUMABLES
WELLS FARGO BANK, N.A.
WILHEIT PACKAGING
WINDSTREAM (EARTHLINK BUSINESS)
WOLFE & WYMAN LLP
WORLDWIDE EXPRESS

{8121970: }　　　　　　　　　　　　　　　8