**Fill in this information to identify the case:**

Debtor name    **AMERICAN HOME PRODUCTS LLC**

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF GEORGIA**

Case number (if known)    **19-21054-JRS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$7,295,477.38** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$37,249,306.46** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$44,257,026.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | **Sublease Income** | **$5,500.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Sublease Income** | **$65,000.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Sublease Income** | **$338,920.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **AMERICAN HOME PRODUCTS LLC**                                    Case number *(if known)*  **19-21054-JRS**

---

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attachment** | | **$9,586,639.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attachment** | | **$411,254.38** | |

---

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank<br>Dawson 400<br>6372 Highway 53 East<br>Dawsonville, GA 30534** | **Two Box Trucks<br>Two Semi Trucks** | **April 2019** | **$25,000.00** |

---

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **AMERICAN HOME PRODUCTS LLC**                                 Case number *(if known)*   **19-21054-JRS**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **See Attachment** | | | **$548,659.93** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **AMERICAN HOME PRODUCTS LLC**                          Case number (if known)  **19-21054-JRS**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **21001 Nordhoff Street Chatsworth, CA 91311** | **04/10/17 to 03/31/19** |
| 14.2. | **8000 Woodley Van Nuys, CA 91406** | **04/26/07 to 04/10/17** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Contact information and payment information

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number *(if known)* **19-21054-JRS** |
|---|---|---|

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **United Community Bank Dawson 400 6372 Highway 53 East Dawsonville, GA 30534** | XXXX-5269 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | $0.00 |
| 18.2. | **The Huntington Bank P.O. Box 1558 EA 1W37 Columbus, OH 43216** | XXXX-6094 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **See Attachment** | n/a | | ■ No ☐ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor    **AMERICAN HOME PRODUCTS LLC**                                    Case number (if known) **19-21054-JRS**

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■   None

| Business name address | Describe the nature of the business | Employer Identification Number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Dave Acocello** **1215 Palmour Drive** **Gainesville, GA 30501** | **01/01/17 to 02/01/18** |
| 26a.2. | **Michael Stoots** **1215 Palmour Drive** **Gainesville, GA 30501** | **01/01/17 to 02/01/18** |
| 26a.3. | **Greg Bangs** **1215 Palmour Drive** **Gainesville, GA 30501** | **02/2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor   **AMERICAN HOME PRODUCTS LLC**                                    Case number *(if known)*   **19-21054-JRS**

within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Cohen & Company**<br>**1350 Euclid Ave., Ste 800**<br>**Cleveland, OH 44115** | **05/29/17 to 05/29/19** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Cohen & Company**<br>**1350 Euclid Ave., Ste 800**<br>**Cleveland, OH 44115** | |
| 26c.2. | **Paycom**<br>**7501 W. Memorial Rd**<br>**Oklahoma City, OK 73142** | |
| 26c.3. | **Greg Bangs**<br>**1215 Palmour Drive**<br>**Gainesville, GA 30501** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | **See Attachment** |
|---|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|---|
| 27.1 | **Cristian Prada, observed by Cohen & Company** | **12/31/18** | **$2,161,836.41** |

Name and address of the person who has possession of
inventory records
**Greg Bangs**
**1215 Palmour Drive**
**Gainesville, GA 30501**

Debtor    **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)*  **19-21054-JRS**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2 | **Cristina Prada, observed by Cohen & Company** | **09/28/18** | **$2,475,140.25** |

Name and address of the person who has possession of inventory records

**Greg Bangs**
**1215 Palmour Drive**
**Gainesville, GA 30501**

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Attachment** | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Attachment** | | | |

**30.** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See SOFA question 4.** | | | |
| | **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)*  **19-21054-JRS**

Name of the pension fund                                    Employer Identification number of the parent
                                                            corporation

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
   connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
   and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/19/2019

_____        **Gregory Bangs**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                              page 9

**American Home Products LLC**
**SOFA Attachment No. 3**
**Disbursement List 2/27/2019 to 5/28/2019**

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| Unique Logistics International Inc | 4163 | 2/27/2019 | $24,544.74 |
| R.S. HUGHES | 4164 | 2/27/2019 | $1,937.74 |
| STEVE TURNIPSEED | 95984 | 2/27/2019 | $135.00 |
| Highland Lumber Sales, Inc | 95985 | 2/27/2019 | $5,694.61 |
| Highland Lumber Sales, Inc | 95986 | 2/27/2019 | $10,064.35 |
| A-Ventures, Inc. | 95989 | 2/27/2019 | $131.00 |
| Vanex | 95990 | 2/27/2019 | $10,559.46 |
| TIMBERBLINDS | 4165 | 2/28/2019 | $31,173.57 |
| BT CAPITAL | 4166 | 2/28/2019 | $55,477.45 |
| Live Chat Monitoring | 4167 | 2/28/2019 | $2,100.00 |
| Cosco | 4168 | 2/28/2019 | $6,314.00 |
| George Baker | 95991 | 2/28/2019 | $225.00 |
| RED DIAMOND | 95992 | 2/28/2019 | $424.69 |
| AFLAC | 95993 | 2/28/2019 | $1,161.84 |
| Patricia Handy | 95994 | 2/28/2019 | $2,840.88 |
| Sherrill Svalstad | 95995 | 2/28/2019 | $1,934.39 |
| David Hirsch | 95996 | 2/28/2019 | $1,695.19 |
| Lanny Dunagan Welding Inc. | 95997 | 2/28/2019 | $650.00 |
| Lanny Dunagan Welding Inc. | 95998 | 2/28/2019 | $650.00 |
| Guardian | 4170 | 3/1/2019 | $4,555.32 |
| Cosco | 4174 | 3/1/2019 | $9,130.00 |
| AURORA MANAGEMENT PARTNERS | 4175 | 3/1/2019 | $12,786.28 |
| McDonald Hopkins LLC | 4176 | 3/1/2019 | $12,999.00 |
| CMA CGM (America) LLC | 4177 | 3/1/2019 | $540.00 |
| STEVE TURNIPSEED | 6228 | 3/1/2019 | $225.00 |
| DELUXE FOR BUSINESS | 4169 | 3/4/2019 | $480.00 |
| Strategic America | 4171 | 3/4/2019 | $45,034.00 |
| MICROSOFT CORPORATION | 4172 | 3/4/2019 | $686.20 |
| Verizon Connect Fleet USA LLC | 4173 | 3/4/2019 | $866.70 |
| PGS USA LLC | 5043 | 3/4/2019 | $4,175.00 |
| TAPCO | 4178 | 3/5/2019 | $1,725.70 |
| NORTH GEORGIA PROPANE | 96000 | 3/5/2019 | $89.60 |
| NORTH GEORGIA PROPANE | 96001 | 3/5/2019 | $100.00 |
| R.S. HUGHES | 96002 | 3/5/2019 | $646.94 |
| THE SHERWIN WILLIAMS CO | 96003 | 3/5/2019 | $1,707.12 |
| DAVID MARTIN | 96004 | 3/5/2019 | $225.00 |
| CLUTCHSEM | 4179 | 3/6/2019 | $4,247.00 |
| Unique Logistics International Inc | 4180 | 3/6/2019 | $1,891.95 |
| Reliable Premium | 4181 | 3/6/2019 | $8,689.28 |
| Hitachi Capital America C-LB | 4182 | 3/6/2019 | $1,414.81 |
| Graybar Electric Co. | 96005 | 3/6/2019 | 785.02 |

1 of 12

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| DIXIE PLYWOOD AND LUMBER CO. | 96006 | 3/6/2019 | $1,193.70 |
| DIXIE PLYWOOD AND LUMBER CO. | VV96006 | 3/6/2019 | $1,000.00 |
| WILLIAM WEST | 96007 | 3/7/2019 | $225.00 |
| HEZE HUASHENG WOODEN CO. LTD | 96008 | 3/7/2019 | $12,929.00 |
| CROFT BUILDERS | VV96008 | 3/7/2019 | $2,407.30 |
| Unique Logistics International Inc | 4183 | 3/8/2019 | $2,415.00 |
| ROYAL MOULDINGS | 4184 | 3/8/2019 | $1,282.50 |
| KENTA MANUFACTURING GROUP | 4185 | 3/8/2019 | $53,101.46 |
| CITY OF GAINESVILLE | 4188 | 3/8/2019 | $601.37 |
| CITY OF GAINESVILLE | 4189 | 3/8/2019 | $72.67 |
| Dennis W. Docherty | 5042 | 3/8/2019 | $7,165.54 |
| HUNTERDOUGLAS | 96010 | 3/8/2019 | 97,928.89 |
| Highland Lumber Sales, Inc | 96009 | 3/8/2019 | $1,009.00 |
| HUNTERDOUGLAS | 96011 | 3/8/2019 | $97,928.89 |
| ROYAL MOULDINGS | 96012 | 3/8/2019 | $8,550.00 |
| ROYAL MOULDINGS | 96010 | 3/8/2019 | 8,550.00 |
| George Baker | VV96009 | 3/8/2019 | $225.00 |
| BENJAMIN HARRIS | VV96010 | 3/8/2019 | $225.00 |
| Strategic America | 4186 | 3/11/2019 | $39,339.97 |
| Unique Logistics International Inc | 4187 | 3/11/2019 | $3,021.21 |
| DAYCO INDUSTRIES | 4194 | 3/11/2019 | $17,413.30 |
| Windstream | 5041 | 3/11/2019 | $2,256.63 |
| STEVE TURNIPSEED | VV96012 | 3/11/2019 | $225.00 |
| Shred-It | 4191 | 3/12/2019 | $143.64 |
| NORTH GEORGIA PROPANE | 96013 | 3/12/2019 | $89.60 |
| M&K INTERNATIONAL | 96014 | 3/12/2019 | $1,188.00 |
| Alutech United, Inc. | 96015 | 3/12/2019 | $1,642.23 |
| NORTH GEORGIA PROPANE | VV96014 | 3/12/2019 | $100.00 |
| TIMBERBLINDS | VV96015 | 3/12/2019 | $10,236.88 |
| IMPERIAL FASTENER | 4190 | 3/13/2019 | $1,754.00 |
| Capital Freight Management Inc. | 4192 | 3/13/2019 | $22,000.00 |
| CLUTCHSEM | 4193 | 3/13/2019 | $4,090.73 |
| IMPERIAL FASTENER | 96016 | 3/13/2019 | $1,732.50 |
| R.S. HUGHES | 96017 | 3/13/2019 | $332.04 |
| THE SHERWIN WILLIAMS CO | 96018 | 3/13/2019 | $272.72 |
| THE SHERWIN WILLIAMS CO | 96019 | 3/13/2019 | $1,390.60 |
| THE SHERWIN WILLIAMS CO | 96020 | 3/13/2019 | $229.65 |
| HOFFMAN MACHINE COMPANY, INC | 96021 | 3/13/2019 | $562.92 |
| DAVID MARTIN | VV96016 | 3/13/2019 | $225.00 |
| WILLIAM WEST | VV96017 | 3/13/2019 | $225.00 |
| George Baker | VV96018 | 3/13/2019 | $225.00 |
| CROFT BUILDERS | VV96019 | 3/13/2019 | $3,310.50 |
| FORTIFIED BUILDING PRODUCTS, INC | 96022 | 3/14/2019 | $6,417.64 |
| RED DIAMOND | VV96021 | 3/14/2019 | $837.77 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| Ring Central | 4195 | 3/15/2019 | $7,750.48 |
| American Telecenters | 4196 | 3/15/2019 | $4,380.57 |
| AURORA MANAGEMENT PARTNERS | 4197 | 3/15/2019 | $16,115.00 |
| Georgia Power | 4198 | 3/15/2019 | $8,732.81 |
| Pitney Bowes Global Financial Servi | 4199 | 3/15/2019 | $138.30 |
| Pitney Bowes Purchase Power | 5000 | 3/15/2019 | $38.99 |
| CORPORATION SERVICE COMPANY | 5035 | 3/15/2019 | $543.88 |
| Erika Bonilla | 6239 | 3/15/2019 | $3,000.00 |
| BENJAMIN HARRIS | VV96022 | 3/15/2019 | $225.00 |
| DIXIE PLYWOOD AND LUMBER CO. | VV96024 | 3/15/2019 | $75.00 |
| VistaPrint Corporate Solutions Inc | 5001 | 3/18/2019 | $4,833.18 |
| EXPERT DIE | 5002 | 3/18/2019 | $7,647.95 |
| AURORA MANAGEMENT PARTNERS | 5003 | 3/18/2019 | $16,246.68 |
| Strategic America | 5004 | 3/18/2019 | $36,045.00 |
| CLUTCHSEM | 5005 | 3/18/2019 | $4,300.00 |
| Lanny Dunagan Welding Inc. | 5007 | 3/18/2019 | $650.00 |
| Lanny Dunagan Welding Inc. | 96023 | 3/18/2019 | $650.00 |
| NORTH GEORGIA PROPANE | 96024 | 3/18/2019 | $89.60 |
| McDonald Hopkins LLC | 5006 | 3/19/2019 | $11,967.00 |
| NORTH GEORGIA PROPANE | 5008 | 3/19/2019 | $100.00 |
| Great American Insurance Co. | 5034 | 3/19/2019 | $1,514.75 |
| BIESSE AMERICA | 96025 | 3/19/2019 | $2,500.00 |
| CROFT BUILDERS | VV96027 | 3/19/2019 | $3,066.00 |
| STEVE TURNIPSEED | VV96028 | 3/19/2019 | $225.00 |
| PIRONE GRAPHICS | VV96029 | 3/19/2019 | $1,365.32 |
| Capital Freight Management Inc. | 5009 | 3/20/2019 | $5,720.00 |
| PARSON ADHESIVES, INC. | 5010 | 3/20/2019 | $7,791.14 |
| DAVID MARTIN | VV96031 | 3/20/2019 | $225.00 |
| KENTA MANUFACTURING GROUP | 5011 | 3/21/2019 | $51,115.87 |
| Verizon Connect Fleet USA LLC | 5012 | 3/21/2019 | $200.00 |
| TIMBERBLINDS | 5013 | 3/21/2019 | $10,939.90 |
| WILLIAM WEST | 6240 | 3/21/2019 | $225.00 |
| Highland Lumber Sales, Inc | 96026 | 3/21/2019 | $7,712.50 |
| TIMBERBLINDS | VV96033 | 3/21/2019 | $20.96 |
| TIMBERBLINDS | 5013 | 3/21/2019 | 10,939.88 |
| Reliable Premium | 5014 | 3/22/2019 | $6,312.00 |
| HUNTERDOUGLAS | 5016 | 3/22/2019 | $109,433.08 |
| McDonald Hopkins LLC | 5017 | 3/22/2019 | $4,113.75 |
| Travelers | 5018 | 3/22/2019 | $6,391.60 |
| FORTIFIED BUILDING PRODUCTS, INC | 96027 | 3/22/2019 | $7,075.12 |
| THE SHERWIN WILLIAMS CO | 96028 | 3/22/2019 | $326.50 |
| THE SHERWIN WILLIAMS CO | 96029 | 3/22/2019 | $180.84 |
| THE SHERWIN WILLIAMS CO | 96030 | 3/22/2019 | $63.96 |
| SouthernCarlson | 96031 | 3/22/2019 | $475.45 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| Vanex | 96032 | 3/22/2019 | $15,843.27 |
| BENJAMIN HARRIS | VV96036 | 3/22/2019 | $225.00 |
| George Baker | VV96037 | 3/22/2019 | $225.00 |
| Graybar Electric Co. | VV96039 | 3/22/2019 | $785.02 |
| Jeff Byers | VV96040 | 3/22/2019 | $9,036.70 |
| CLUTCHSEM | 5019 | 3/25/2019 | $2,696.88 |
| Capital Freight Management Inc. | 5020 | 3/25/2019 | $27,044.78 |
| Strategic America | 5021 | 3/25/2019 | $36,677.50 |
| ALLIANT HEALTH PLANS | 5023 | 3/25/2019 | $13,204.85 |
| WEX BANK | 5024 | 3/25/2019 | $12,889.49 |
| Sherrill Svalstad | 6241 | 3/25/2019 | $665.26 |
| Nell Campbell | 6242 | 3/25/2019 | $1,040.41 |
| SC State Transport Police | 6243 | 3/25/2019 | $200.00 |
| NORTH GEORGIA PROPANE | 96033 | 3/25/2019 | $89.60 |
| STEVE TURNIPSEED | VV96041 | 3/25/2019 | $180.00 |
| NORTH GEORGIA PROPANE | VV96042 | 3/25/2019 | $100.00 |
| THE ATLANTA JOURNAL-CONSTITUTION | VV96043 | 3/25/2019 | $1,600.00 |
| STEVE TURNIPSEED | VV96041 | 3/25/2019 | 225.00 |
| WORLDWIDE EXPRESS | 5025 | 3/26/2019 | $4,460.03 |
| WILLIAM WEST | VV96044 | 3/26/2019 | $225.00 |
| DAVID MARTIN | VV96045 | 3/26/2019 | $225.00 |
| AURORA MANAGEMENT PARTNERS | 5026 | 3/27/2019 | $14,907.50 |
| TAPCO | 5027 | 3/27/2019 | $1,024.47 |
| TIMBERBLINDS | 5028 | 3/27/2019 | $4,051.74 |
| Guardian | 5033 | 3/27/2019 | $4,402.20 |
| Highland Lumber Sales, Inc | 96034 | 3/27/2019 | $2,321.97 |
| Lanny Dunagan Welding Inc. | 96035 | 3/27/2019 | $650.00 |
| DIXIE PLYWOOD AND LUMBER CO. | VV96047 | 3/27/2019 | $1,000.00 |
| CROFT BUILDERS | VV96048 | 3/27/2019 | $3,993.50 |
| Lanny Dunagan Welding Inc. | VV96049 | 3/27/2019 | $650.00 |
| Live Chat Monitoring | 5029 | 3/28/2019 | $2,100.00 |
| American Telecenters | 5030 | 3/28/2019 | $4,425.00 |
| Alutech United, Inc. | 96036 | 3/28/2019 | $1,199.38 |
| DIXIE PLYWOOD AND LUMBER CO. | 96037 | 3/28/2019 | $1,212.80 |
| R.S. HUGHES | 96038 | 3/28/2019 | $911.76 |
| George Baker | VV96050 | 3/28/2019 | $225.00 |
| RED DIAMOND | VV96051 | 3/28/2019 | $502.11 |
| BT CAPITAL | 5031 | 3/29/2019 | $55,477.45 |
| MATO PLASTICS | 5032 | 3/29/2019 | $8,394.00 |
| STEVE TURNIPSEED | 6245 | 3/29/2019 | $225.00 |
| SIMPSON STRONG-TIE COMPANY | 96042 | 3/29/2019 | $3,434.00 |
| Hulsey Environmental Services, INC. | VV96052 | 3/29/2019 | $464.20 |
| SIMPSON STRONG-TIE COMPANY | VV96053 | 3/29/2019 | $1,968.07 |
| Alutech United, Inc. | 96039 | 3/30/2019 | $1,112.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| CLUTCHSEM | 5036 | 4/1/2019 | $2,969.77 |
| GOOGLE | 5037 | 4/1/2019 | $76,228.63 |
| Strategic America | 5038 | 4/1/2019 | $30,000.00 |
| Verizon Connect Fleet USA LLC | 5039 | 4/1/2019 | $866.70 |
| Hitachi Capital America C-LB | 5040 | 4/1/2019 | $642.10 |
| KLINGSPOR | VV96059 | 4/1/2019 | 1,125.34 |
| Uline | VV96054 | 4/1/2019 | $1,409.62 |
| DAVID MARTIN | VV96055 | 4/1/2019 | $225.00 |
| STEVE TURNIPSEED | VV96056 | 4/1/2019 | $225.00 |
| CROFT BUILDERS | VV96057 | 4/1/2019 | $3,639.40 |
| KENTA MANUFACTURING GROUP | 5044 | 4/2/2019 | $48,261.88 |
| ROYAL MOULDINGS | 5055 | 4/2/2019 | $1,426.92 |
| VERNON CRAIG | 6247 | 4/2/2019 | $85.69 |
| LAURA RIVES | 6248 | 4/2/2019 | $108.08 |
| WILLIAM WEST | 6249 | 4/2/2019 | $225.00 |
| SIMPSON STRONG-TIE COMPANY | 96040 | 4/2/2019 | 1,968.07 |
| SIMPSON STRONG-TIE COMPANY | 96041 | 4/2/2019 | 3,434.00 |
| AURORA MANAGEMENT PARTNERS | 5056 | 4/3/2019 | $16,846.09 |
| George Baker | 6250 | 4/3/2019 | $225.00 |
| MICROSOFT CORPORATION | 5057 | 4/4/2019 | $484.58 |
| Capital Freight Management Inc. | 5058 | 4/4/2019 | $18,900.22 |
| Ring Central | 5059 | 4/4/2019 | $7,651.73 |
| TIMBERBLINDS | 5060 | 4/4/2019 | $3,695.96 |
| DIXIE PLYWOOD AND LUMBER CO. | 5061 | 4/4/2019 | 774.28 |
| CITY PUBLICATIONS NORTHERN VIRGINIA | 6009 | 4/4/2019 | $1,000.00 |
| STEVE TURNIPSEED | 6251 | 4/4/2019 | $90.00 |
| NORTH GEORGIA PROPANE | VV96061 | 4/4/2019 | $100.00 |
| KLINGSPOR | VV96062 | 4/4/2019 | $1,125.34 |
| DIXIE PLYWOOD AND LUMBER CO. | VV96064 | 4/4/2019 | $774.28 |
| Lanny Dunagan Welding Inc. | VV96066 | 4/4/2019 | $650.00 |
| STEVE TURNIPSEED | 6251 | 4/4/2019 | 90.00 |
| Reliable Premium | 5061 | 4/5/2019 | $16.00 |
| ROYAL MOULDINGS | 96043 | 4/5/2019 | $9,512.80 |
| DIXIE PLYWOOD AND LUMBER CO. | 96044 | 4/5/2019 | $598.20 |
| THE SHERWIN WILLIAMS CO | 96045 | 4/5/2019 | $372.72 |
| M&K INTERNATIONAL | 96046 | 4/5/2019 | $1,188.00 |
| THE SHERWIN WILLIAMS CO | 96047 | 4/5/2019 | $1,569.27 |
| Lanny Dunagan Welding Inc. | 96048 | 4/5/2019 | $650.00 |
| NORTH GEORGIA PROPANE | 96049 | 4/5/2019 | $89.60 |
| HUNTERDOUGLAS | VV96068 | 4/5/2019 | $52,128.87 |
| The Cincinnati Life Insurance Co | 6252 | 4/8/2019 | 779.86 |
| The Cincinnati Life Insurance Co | 96051 | 4/8/2019 | 55.22 |
| McDonald Hopkins LLC | 5062 | 4/8/2019 | $10,589.00 |
| Strategic America | 5063 | 4/8/2019 | $30,000.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| CLUTCHSEM | 5064 | 4/8/2019 | $3,045.45 |
| WORLDWIDE EXPRESS | 5065 | 4/8/2019 | $1,573.29 |
| The Cincinnati Life Insurance Co | 6252 | 4/8/2019 | $835.08 |
| D.LAWLESS HARDWARE | 96050 | 4/8/2019 | $235.06 |
| DAVID MARTIN | VV96073 | 4/8/2019 | $225.00 |
| THE SHERWIN WILLIAMS CO | VV96074 | 4/8/2019 | $5,000.00 |
| Chastain Janitorial Supply | VV96075 | 4/8/2019 | $2,178.55 |
| George Baker | VV96079 | 4/9/2019 | 45.00 |
| R.S. HUGHES | 96052 | 4/9/2019 | $676.33 |
| Highland Lumber Sales, Inc | 96053 | 4/9/2019 | $6,505.26 |
| Alutech United, Inc. | 96054 | 4/9/2019 | $779.43 |
| NORTH GEORGIA PROPANE | 96055 | 4/9/2019 | $89.60 |
| THE SHERWIN WILLIAMS CO | 96056 | 4/9/2019 | $182.59 |
| NORTH GEORGIA PROPANE | VV96078 | 4/9/2019 | $100.00 |
| CHICAGO DOWELL CO., INC. | 5066 | 4/10/2019 | $4,242.40 |
| Vanex | 5067 | 4/10/2019 | $7,740.90 |
| PENSKE TRUCK LEASING CO., L.P. | 5072 | 4/10/2019 | $37,921.79 |
| SIMPSON STRONG-TIE COMPANY | 96057 | 4/10/2019 | $908.40 |
| Vanex | 96058 | 4/10/2019 | $8,104.02 |
| THE SHERWIN WILLIAMS CO | 96059 | 4/10/2019 | $628.75 |
| FORTIFIED BUILDING PRODUCTS, INC | 96060 | 4/10/2019 | $4,214.01 |
| SIMPSON STRONG-TIE COMPANY | 5067 | 4/10/2019 | 1,968.07 |
| WILLIAM WEST | VV96081 | 4/10/2019 | $225.00 |
| CROFT BUILDERS | VV96082 | 4/10/2019 | $2,563.90 |
| SIMPSON STRONG-TIE COMPANY | VV96083 | 4/10/2019 | $1,968.07 |
| Qualitas Manufacturing Inc. | 5073 | 4/11/2019 | $116.48 |
| Highland Lumber Sales, Inc | 96061 | 4/11/2019 | $1,381.90 |
| THE SHERWIN WILLIAMS CO | 96062 | 4/11/2019 | $141.88 |
| SABIC POLYMERSHAPES | VV96085 | 4/11/2019 | $530.00 |
| George Baker | VV96086 | 4/11/2019 | $225.00 |
| HUNTERDOUGLAS | 5068 | 4/12/2019 | $52,364.20 |
| AURORA MANAGEMENT PARTNERS | 5069 | 4/12/2019 | $22,757.50 |
| McDonald Hopkins LLC | 5070 | 4/12/2019 | $3,338.25 |
| ROYAL MOULDINGS | 5071 | 4/12/2019 | $1,426.92 |
| CITY OF GAINESVILLE | 5084 | 4/12/2019 | $422.81 |
| CITY OF GAINESVILLE | 5085 | 4/12/2019 | $72.67 |
| ROYAL MOULDINGS | 96063 | 4/12/2019 | $9,512.80 |
| CROFT BUILDERS | VV96089 | 4/12/2019 | $5,766.70 |
| STEVE TURNIPSEED | VV96090 | 4/12/2019 | $225.00 |
| DAVID MARTIN | VV96091 | 4/12/2019 | $45.00 |
| EXPERT DIE | VV96092 | 4/12/2019 | $342.00 |
| Strategic America | 5074 | 4/15/2019 | $29,939.50 |
| Georgia Power | 5086 | 4/15/2019 | $8,596.31 |
| George Baker | VV96097 | 4/15/2019 | 225.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| Hulsey Environmental Services, INC. | VV96095 | 4/15/2019 | 325.00 |
| THE SHERWIN WILLIAMS CO | 96064 | 4/15/2019 | $963.92 |
| Qualitas Manufacturing Inc. | 96065 | 4/15/2019 | $8,891.92 |
| A-Ventures, Inc. | 96067 | 4/15/2019 | $7,137.50 |
| THE SHERWIN WILLIAMS CO | 96072 | 4/15/2019 | $1,509.03 |
| THE SHERWIN WILLIAMS CO | 96073 | 4/15/2019 | $63.96 |
| Hulsey Environmental Services, INC. | VV96096 | 4/15/2019 | $325.00 |
| WILLIAM WEST | VV96098 | 4/15/2019 | $225.00 |
| KENTA MANUFACTURING GROUP | 5075 | 4/16/2019 | $55,119.83 |
| CLUTCHSEM | 5076 | 4/16/2019 | $2,869.78 |
| ROYAL MOULDINGS | 5077 | 4/16/2019 | $2,847.60 |
| Highland Lumber Sales, Inc | 96066 | 4/16/2019 | $2,794.50 |
| DIXIE PLYWOOD AND LUMBER CO. | 96068 | 4/16/2019 | $1,212.80 |
| ROYAL MOULDINGS | 96069 | 4/16/2019 | $18,984.00 |
| STEVE TURNIPSEED | VV96102 | 4/16/2019 | $45.00 |
| DAVID MARTIN | VV96104 | 4/16/2019 | $180.00 |
| AFLAC | 5078 | 4/17/2019 | $1,119.12 |
| TAPCO | 5088 | 4/17/2019 | $779.01 |
| AFLAC | 6255 | 4/17/2019 | $1,161.84 |
| Lanny Dunagan Welding Inc. | 6256 | 4/17/2019 | $650.00 |
| Kelley & Clements LLP | 6257 | 4/17/2019 | $5,000.00 |
| Lanny Dunagan Welding Inc. | 96082 | 4/17/2019 | $650.00 |
| TAPCO | 96083 | 4/17/2019 | $441.50 |
| KENTA MANUFACTURING GROUP | 5082 | 4/18/2019 | $15,438.27 |
| TIMBERBLINDS | 5079 | 4/19/2019 | $6,714.59 |
| Great American Insurance Co. | 5080 | 4/19/2019 | $1,514.75 |
| McDonald Hopkins LLC | 5081 | 4/19/2019 | $7,532.77 |
| George Baker | 6258 | 4/19/2019 | $225.00 |
| STEVE TURNIPSEED | 6259 | 4/19/2019 | $225.00 |
| DIXIE PLYWOOD AND LUMBER CO. | 96071 | 4/19/2019 | $1,186.60 |
| THE SHERWIN WILLIAMS CO | 96074 | 4/19/2019 | $102.92 |
| FORTIFIED BUILDING PRODUCTS, INC | 96075 | 4/19/2019 | $3,874.08 |
| Highland Lumber Sales, Inc | 96084 | 4/19/2019 | $2,700.00 |
| Strategic America | 5083 | 4/22/2019 | $30,000.00 |
| Reliable Premium | 5089 | 4/22/2019 | $6,312.00 |
| M&K INTERNATIONAL | 96070 | 4/22/2019 | $1,497.17 |
| FORTIFIED BUILDING PRODUCTS, INC | 96076 | 4/22/2019 | $1,658.89 |
| Weyerhaeuser | 96077 | 4/22/2019 | $976.00 |
| NORTH GEORGIA PROPANE | 96078 | 4/22/2019 | $89.60 |
| NORTHEAST GEORGIA RENTALS INC. | VV96116 | 4/22/2019 | 3,352.66 |
| NORTH GEORGIA PROPANE | VV96109 | 4/22/2019 | $100.00 |
| DAVID MARTIN | VV96111 | 4/22/2019 | $225.00 |
| Home Concepts Magazine | VV96112 | 4/22/2019 | $1,775.00 |
| WILLIAM WEST | VV96113 | 4/22/2019 | $225.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| CROFT BUILDERS | VV96114 | 4/22/2019 | $10,170.60 |
| NORTHEAST GEORGIA RENTALS INC. | VV96115 | 4/22/2019 | $3,352.66 |
| CLUTCHSEM | 5087 | 4/23/2019 | $4,300.00 |
| Vanex | 96079 | 4/23/2019 | $14,083.95 |
| SouthernCarlson | 96080 | 4/23/2019 | $581.13 |
| THE SHERWIN WILLIAMS CO | 96081 | 4/23/2019 | $102.92 |
| CONNEY SAFETY | VV96116 | 4/23/2019 | $1,857.10 |
| WEX BANK | 6003 | 4/24/2019 | $12,864.71 |
| George Baker | VV96119 | 4/24/2019 | $225.00 |
| STEVE TURNIPSEED | VV96120 | 4/24/2019 | $225.00 |
| AURORA MANAGEMENT PARTNERS | 5090 | 4/25/2019 | $21,248.94 |
| ALLIANT HEALTH PLANS | 6004 | 4/25/2019 | $9,559.05 |
| THE SHERWIN WILLIAMS CO | 96085 | 4/25/2019 | $2,933.00 |
| A-Ventures, Inc. | 96086 | 4/25/2019 | $7,137.50 |
| Reliable Premium | 5091 | 4/26/2019 | $6,141.45 |
| Reliable Premium | 5092 | 4/26/2019 | $5,160.04 |
| STEVE TURNIPSEED | VV96123 | 4/26/2019 | $225.00 |
| Strategic America | 5093 | 4/29/2019 | $30,000.00 |
| McDonald Hopkins LLC | 5094 | 4/29/2019 | $6,369.00 |
| HOFFMAN MACHINE COMPANY, INC | 5095 | 4/29/2019 | $939.60 |
| CLUTCHSEM | 5096 | 4/29/2019 | $3,015.64 |
| THE SHERWIN WILLIAMS CO | 96087 | 4/29/2019 | $1,371.55 |
| R.S. HUGHES | 96088 | 4/29/2019 | $1,349.14 |
| HOFFMAN MACHINE COMPANY, INC | 96089 | 4/29/2019 | $930.62 |
| DAVID MARTIN | VV96124 | 4/29/2019 | $225.00 |
| American Telecenters | 5097 | 4/30/2019 | $4,126.84 |
| Ring Central | 5098 | 4/30/2019 | $7,644.19 |
| BT CAPITAL | 5099 | 4/30/2019 | $55,477.45 |
| WORLDWIDE EXPRESS | 6000 | 4/30/2019 | $2,386.45 |
| TIMBERBLINDS | 6001 | 4/30/2019 | $12,208.79 |
| Alutech United, Inc. | 6002 | 4/30/2019 | $779.42 |
| Reliable Premium | 6008 | 4/30/2019 | $16.00 |
| NORTH GEORGIA PROPANE | 96091 | 4/30/2019 | $89.60 |
| NORTH GEORGIA PROPANE | VV96127 | 4/30/2019 | $78.72 |
| HUNTERDOUGLAS | VV96128 | 4/30/2019 | $85,980.86 |
| WILLIAM WEST | VV96130 | 4/30/2019 | $225.00 |
| NORTH GEORGIA PROPANE | VV96127- | 4/30/2019 | $21.28 |
| Hitachi Capital America C-LB | 6059 | 5/1/2019 | $642.10 |
| THE SHERWIN WILLIAMS CO | 96090 | 5/1/2019 | $1,074.75 |
| Lanny Dunagan Welding Inc. | 96099 | 5/1/2019 | $650.00 |
| Vanex | 96132 | 5/1/2019 | $2,489.56 |
| George Baker | VV96131 | 5/1/2019 | $225.00 |
| Lanny Dunagan Welding Inc. | VV96133 | 5/1/2019 | $650.00 |
| Verizon Connect Fleet USA LLC | 6010 | 5/2/2019 | $866.70 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| KENTA MANUFACTURING GROUP | 6011 | 5/2/2019 | $76,976.42 |
| Capital Freight Management Inc. | 6012 | 5/2/2019 | $1,140.00 |
| A-Ventures, Inc. | 6005 | 5/3/2019 | 3,119.69 |
| A-Ventures, Inc. | 6006 | 5/3/2019 | $3,194.69 |
| AURORA MANAGEMENT PARTNERS | 6007 | 5/3/2019 | $13,838.43 |
| STEVE TURNIPSEED | 6262 | 5/3/2019 | $225.00 |
| Lanny Dunagan Welding Inc. | VV96161 | 5/4/2019 | $650.00 |
| CLUTCHSEM | 6013 | 5/6/2019 | $5,558.44 |
| Capital Freight Management Inc. | 6014 | 5/6/2019 | $1,320.00 |
| MICROSOFT CORPORATION | 6017 | 5/6/2019 | $572.00 |
| DAVID MARTIN | VV96134 | 5/6/2019 | $225.00 |
| George Baker | VV96135 | 5/6/2019 | $225.00 |
| Strategic America | 6015 | 5/7/2019 | $30,000.00 |
| THE SHERWIN WILLIAMS CO | 96092 | 5/7/2019 | $838.15 |
| THE SHERWIN WILLIAMS CO | 96093 | 5/7/2019 | $218.05 |
| M&K INTERNATIONAL | 96094 | 5/7/2019 | $794.00 |
| CROFT BUILDERS | 96095 | 5/7/2019 | $926.00 |
| L.E. JOHNSON PRODUCTS, INC | 96096 | 5/7/2019 | $935.00 |
| Highland Lumber Sales, Inc | 96097 | 5/7/2019 | $1,015.00 |
| NORTH GEORGIA PROPANE | 96133 | 5/7/2019 | $89.60 |
| NORTH GEORGIA PROPANE | VV96136 | 5/7/2019 | $100.00 |
| MYidealDOCTOR, LLC | VV96137 | 5/7/2019 | $265.50 |
| WILLIAM WEST | VV96139 | 5/7/2019 | $225.00 |
| WILHEIT PACKAGING | VV96143 | 5/7/2019 | $3,169.02 |
| Guardian | 6016 | 5/8/2019 | $5,244.99 |
| PRO EDGE, INC. | 96098 | 5/8/2019 | $692.87 |
| RED DIAMOND | VV96144 | 5/8/2019 | $639.87 |
| AFLAC | 6023 | 5/9/2019 | $1,119.12 |
| M&K INTERNATIONAL | 96100 | 5/9/2019 | $1,188.00 |
| THE SHERWIN WILLIAMS CO | 96101 | 5/9/2019 | $102.92 |
| WILHEIT PACKAGING | 96102 | 5/9/2019 | $1,030.40 |
| R.S. HUGHES | 96103 | 5/9/2019 | $690.24 |
| R.S. HUGHES | 96104 | 5/9/2019 | $94.17 |
| STEVE TURNIPSEED | VV96146 | 5/9/2019 | $225.00 |
| George Baker | VV96149 | 5/9/2019 | $225.00 |
| NORTHEAST GEORGIA RENTALS INC. | VV96150 | 5/9/2019 | $3,352.66 |
| Capital Freight Management Inc. | 6018 | 5/10/2019 | $1,650.00 |
| AURORA MANAGEMENT PARTNERS | 6019 | 5/10/2019 | $11,996.68 |
| GOOGLE | 6020 | 5/10/2019 | $87,922.58 |
| CLUTCHSEM | 6021 | 5/10/2019 | $3,327.97 |
| Live Chat Monitoring | 6022 | 5/10/2019 | $2,100.00 |
| PENSKE TRUCK LEASING CO., L.P. | 6024 | 5/10/2019 | $14,996.92 |
| CITY OF GAINESVILLE | 6026 | 5/10/2019 | $422.81 |
| CITY OF GAINESVILLE | 6027 | 5/10/2019 | $72.67 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| THE SHERWIN WILLIAMS CO | 96105 | 5/10/2019 | $10,144.80 |
| Highland Lumber Sales, Inc | 96106 | 5/10/2019 | $4,725.00 |
| FORTIFIED BUILDING PRODUCTS, INC | 96146 | 5/10/2019 | $4,569.95 |
| THE SHERWIN WILLIAMS CO | VV96152 | 5/10/2019 | $5,000.00 |
| TIMBERBLINDS | VV96153 | 5/10/2019 | $8,481.17 |
| Kelley & Clements LLP | VV96154 | 5/10/2019 | $3,010.00 |
| FREUND CONTAINER AND SUPPLY | 6025 | 5/13/2019 | $329.27 |
| IMPERIAL FASTENER | 6028 | 5/13/2019 | $3,582.73 |
| McDonald Hopkins LLC | 6030 | 5/13/2019 | $3,810.50 |
| SIMPSON STRONG-TIE COMPANY | 6038 | 5/13/2019 | $1,968.07 |
| IMPERIAL FASTENER | 96107 | 5/13/2019 | $495.00 |
| SIMPSON STRONG-TIE COMPANY | 96108 | 5/13/2019 | $3,937.50 |
| CROFT BUILDERS | 96109 | 5/13/2019 | $1,468.40 |
| THE SHERWIN WILLIAMS CO | 96110 | 5/13/2019 | $893.16 |
| FORTIFIED BUILDING PRODUCTS, INC | 96147 | 5/13/2019 | $685.50 |
| George Baker | VV96155 | 5/13/2019 | $225.00 |
| STEVE TURNIPSEED | VV96158 | 5/13/2019 | $225.00 |
| Strategic America | 6029 | 5/14/2019 | $30,000.00 |
| PARSON ADHESIVES, INC. | 6031 | 5/14/2019 | $7,644.54 |
| MATO PLASTICS | 6032 | 5/14/2019 | $3,224.25 |
| Grainger | 6033 | 5/14/2019 | $1,610.22 |
| Grainger | VV96169 | 5/14/2019 | 1,610.22 |
| Highland Lumber Sales, Inc | 96114 | 5/14/2019 | 5,000.00 |
| Lanny Dunagan Welding Inc. | 96111 | 5/14/2019 | $650.00 |
| Highland Lumber Sales, Inc | 96112 | 5/14/2019 | $6,709.04 |
| Highland Lumber Sales, Inc | 96113 | 5/14/2019 | $14,503.83 |
| MATO PLASTICS | 96115 | 5/14/2019 | $5,596.00 |
| DIXIE PLYWOOD AND LUMBER CO. | 96116 | 5/14/2019 | $1,186.60 |
| DIXIE PLYWOOD AND LUMBER CO. | 96117 | 5/14/2019 | $1,212.80 |
| SouthernCarlson | 96118 | 5/14/2019 | $229.06 |
| CROFT BUILDERS | 96119 | 5/14/2019 | $53.00 |
| THE SHERWIN WILLIAMS CO | 96120 | 5/14/2019 | $1,151.05 |
| Highland Lumber Sales, Inc | 96121 | 5/14/2019 | $4,230.50 |
| DAVID MARTIN | VV96163 | 5/14/2019 | $225.00 |
| Hirofumi Brocker | VV96164 | 5/14/2019 | $225.00 |
| McDonald Hopkins LLC | 6034 | 5/15/2019 | $8,737.00 |
| Georgia Power | 6035 | 5/15/2019 | $8,816.89 |
| Reliable Premium | 6036 | 5/15/2019 | $5,848.19 |
| Great American Insurance Co. | 6037 | 5/15/2019 | $1,514.75 |
| NACM EAST TENNESSEE | 6266 | 5/15/2019 | $180.00 |
| NACM EAST TENNESSEE | 6266 | 5/15/2019 | 75.00 |
| NACM EAST TENNESSEE | 96123 | 5/15/2019 | 105.00 |
| THE SHERWIN WILLIAMS CO | 96122 | 5/15/2019 | $624.34 |
| CROFT BUILDERS | 96124 | 5/15/2019 | $145.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| WILLIAM WEST | VV96172 | 5/15/2019 | $225.00 |
| THE SHERWIN WILLIAMS CO | VV96173 | 5/15/2019 | $5,496.02 |
| AURORA MANAGEMENT PARTNERS | 6039 | 5/16/2019 | $15,581.69 |
| HUNTERDOUGLAS | 6040 | 5/16/2019 | $106,662.08 |
| Travelers | 6041 | 5/16/2019 | $6,401.60 |
| NORTH GEORGIA PROPANE | 96125 | 5/16/2019 | $89.60 |
| STEVE TURNIPSEED | VV96175 | 5/16/2019 | $225.00 |
| NORTH GEORGIA PROPANE | VV96176 | 5/16/2019 | $100.00 |
| CLUTCHSEM | 6043 | 5/17/2019 | $7,738.65 |
| Grainger | 6044 | 5/17/2019 | $384.88 |
| WEX BANK | 6045 | 5/17/2019 | $15,751.43 |
| TIMBERBLINDS | VV96177 | 5/17/2019 | $10,437.28 |
| George Baker | VV96178 | 5/17/2019 | $225.00 |
| Chastain Janitorial Supply | VV96179 | 5/17/2019 | $306.00 |
| EXPERT DIE | VV96180 | 5/17/2019 | $2,197.50 |
| McDonald Hopkins LLC | 6042 | 5/20/2019 | $10,813.00 |
| Kelley & Clements LLP | 6046 | 5/20/2019 | $2,345.00 |
| WILLIAM WEST | VV96181 | 5/20/2019 | $225.00 |
| McDonald Hopkins LLC | 6047 | 5/21/2019 | $25,000.00 |
| FORTIFIED BUILDING PRODUCTS, INC | 96145 | 5/21/2019 | $10,610.49 |
| STEVE TURNIPSEED | VV96182 | 5/21/2019 | $225.00 |
| Hirofumi Brocker | VV96183 | 5/21/2019 | $225.00 |
| DAVID MARTIN | VV96184 | 5/21/2019 | $225.00 |
| American Telecenters | 6048 | 5/22/2019 | $5,337.27 |
| McDonald Hopkins LLC | 6049 | 5/22/2019 | $10,000.00 |
| KENTA MANUFACTURING GROUP | 6050 | 5/23/2019 | $45,668.21 |
| KENTA MANUFACTURING GROUP | 6051 | 5/23/2019 | $20,479.72 |
| George Baker | VV96186 | 5/23/2019 | $225.00 |
| Guardian | 6052 | 5/24/2019 | $4,234.68 |
| Ring Central | 6053 | 5/24/2019 | $5,527.82 |
| Live Chat Monitoring | 6054 | 5/24/2019 | $2,100.00 |
| Kelley & Clements LLP | 6055 | 5/24/2019 | $7,000.00 |
| THE SHERWIN WILLIAMS CO | 96126 | 5/24/2019 | $15,217.20 |
| THE SHERWIN WILLIAMS CO | 96127 | 5/24/2019 | $63.96 |
| CROFT BUILDERS | 96128 | 5/24/2019 | $14,505.20 |
| Highland Lumber Sales, Inc | 96129 | 5/24/2019 | $5,500.00 |
| Weyerhaeuser | 96130 | 5/24/2019 | $588.20 |
| Hirofumi Brocker | VV96187 | 5/24/2019 | $225.00 |
| EXPERT DIE | VV96189 | 5/24/2019 | $2,140.50 |
| MYidealDOCTOR, LLC | VV96190 | 5/24/2019 | $81.00 |
| TIMBERBLINDS | VV96191 | 5/24/2019 | $8,310.79 |
| McDonald Hopkins LLC | 6056 | 5/28/2019 | $10,000.00 |
| AURORA MANAGEMENT PARTNERS | 6057 | 5/28/2019 | $23,435.50 |
| Lanny Dunagan Welding Inc. | 96141 | 5/28/2019 | $650.00 |

| Vendor Name | Check | Check Date | Amount |
|---|---|---|---|
| Lanny Dunagan Welding Inc. | VV96196 | 5/28/2019 | $650.00 |
| MCM Capital Partners | | 5/28/2019 | $3,670 |
| Abacus | | 2/28/19 | $1,915.11 |
| Abacus | | 3/13/19 | $2,710.47 |
| Abacus | | 3/20/19 | $154.00 |
| Abacus | | 3/27/19 | $437.34 |
| Huntington | | Various | $1,527.03 |
| Alutech | | 3/31/19 | $4,916.00 |
| Fortified | | 3/31/19 | $962.64 |
| fortified | | 3/31/19 | $1,061.27 |
| Live Chat Monitoring | | 3/31/19 | $900.00 |
| Abacus | | 4/3/19 | $2,875.73 |
| Abacus | | 4/10/19 | $7,059.32 |
| Abacus | | 4/17/19 | $2,015.96 |
| Abacus | | 4/24/19 | $468.99 |
| Fortified | | 3/30/19 | $1,918.00 |
| Conney Safety | | 3/30/19 | $71.21 |
| Alutech | | 3/30/19 | $4,916.00 |
| Hunter Douglas | | 3/30/19 | $21,000.00 |
| Fortified | | 4/22/19 | $248.83 |
| Klingspor | | 3/30/19 | $426.10 |
| Home Mag San Fran | | 4/10/19 | $3,000.00 |
| Huntington | | 4/30/19 | $1,274.39 |
| Abacus | | 5/1/19 | $4,362.17 |
| Abacus | | 5/8/19 | $5,058.53 |
| Abacus | | 5/15/19 | $3,642.63 |
| Hunter Douglas | | 5/16/19 | $21,000.00 |
| Abacus | | 5/22/19 | $4,090.29 |
| Huntington | | Various | $855.09 |
| GA DOR | | 5/24/19 | $100.00 |
| Alutech | | 5/28/19 | $4,915.68 |
| Jeff Byers | | Various | $18,088.79 |
| **TOTAL** | | | $9,586,639.47 |

American Home Products LLC, Case No. 19-21054-JRS

| STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 4 Payments to Insiders Within One Year | | | | |
|---|---|---|---|---|
| **NAME AND ADDRESS OF RECIPIENT** | **RELATIONSHIP TO DEBTOR** | **AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY** | **DATES** | **REASON FOR PROVIDING THE VALUE** |
| Gregory Bangs 5535 John Burress Road Cumming, GA 30040 | Chief Financial Officer | $130,000.00 | 5/30/18 – 5/29/19 | Salary/earnings |
| | | $23,615.84 | 5/30/18 – 5/29/19 | Expense reimbursement |
| **TOTAL** | | **$153,615.84** | | |
| Joe Seladi 1139 Transart Parkway Canton, GA 30040 | Former Chief Executive Officer | $180,538.30 | 5/30/18 – 1/3/19 | Salary |
| | | $16,123.74 | 5/30/18 – 1/3/19 | Expense reimbursement |
| **TOTAL** | | **$196,662.04** | | |
| Dennis Docherty 8807 Vaccaro Court Naples, FL 34119 | Former Chairman / CEO | $57,306.50 | 12/5/18 – 3/5/19 | Director fees |
| **TOTAL** | | **$57,306.50** | | |
| MCM Capital Partners III, L.P. 25201 Chagrin Blvd., Suite 360 Beachwood, Ohio 44122 | Member | $3,670.00 | 5/29/19 | Expense reimbursement |
| **TOTAL** | | **$3,670.00** | | |
| **CUMULATIVE TOTAL:** | | **$411,254.38** | | |

{8154185:2 }

American Home Products  LLC, Case No. 19-21054-JRS

| STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 7 | | | | |
|---|---|---|---|---|
| (7) Legal Actions or Assignments | | | | |
| **Case** | **Number** | **Court/Forum** | **Nature of Case** | **Status of case** |
| Shanell Gates v. Danmer Custom Window Coverings | BC 71470 | Superior Court for the State of California for the County of Los Angeles | Employment practices | Pending |
| Thomas Strong v. American Home Products | JAMS Arbitration No. 1220056069 | Arbitration | Employment practices | Settled |
| Xochitl Michele Calderon | LC 105110 | Los Angeles County Superior Court (Northwest District) | Employment practices | Settled |
| Larry & Nisha Robertson | 19CHSC00494 | Los Angeles County Superior Court | Breach of contract | Judgment entered |

American Home Products LLC, Case No. 19-21054-jrs

# STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 11
## Payments Related to Bankruptcy

| RECIPIENT NAME AND ADDRESS | EMAIL OR WEBSITE ADDRESS | DATES | TOTAL AMOUNT OR VALUE |
|---|---|---|---|
| Aurora Management Partners, Inc. 3390 Peachtree Road, NE, Suite 340 Atlanta, GA 30326 | https://www.auroramp.com | 1/25/19 | $50,000.00 |
| | | 1/30/19 | $15,266.11 |
| | | 2/1/19 | $33,924.75 |
| | | 2/8/19 | $26,543.23 |
| | | 2/15/19 | $22,489.76 |
| | | 2/22/19 | $15,045.79 |
| | | 3/1/19 | $12,786.28 |
| | | 3/15/19 | $16,116.00 |
| | | 3/18/19 | $16,246.68 |
| | | 3/27/19 | $14,907.50 |
| | | 4/3/19 | $16,846.09 |
| | | 4/12/19 | $22,757.50 |
| | | 4/25/19 | $21,248.94 |
| | | 5/3/19 | $13,838.43 |
| | | 5/10/19 | $11,996.68 |
| | | 5/16/19 | $15,581.69 |
| | | 5/28/19 | $23,435.50 |
| TOTAL: | | | **$349,030.93** |
| McDonald Hopkins LLC 600 Superior Ave. E., Suite 2100 Cleveland, Ohio 44114 | www.mcdonaldhopkins.com | 1/24/19 | $13,012.00 |
| | | 2/1/19 | $14,031.00 |
| | | 2/13/19 | $23,309.00 |
| | | 2/15/19 | $8,881.00 |
| | | 2/27/19 | $9,807.00 |

American Home Products LLC, Case No. 19-21054-jrs

| | | | |
|---|---|---|---|
| | | 3/1/19 | $4,118.00 |
| | | 3/8/19 | $7,419.00 |
| | | 3/15/19 | $4,548.00 |
| | | 3/22/19 | $4,113.50 |
| | | 4/5/19 | $3,003.50 |
| | | 4/12/19 | $10,302.50 |
| | | 4/26/19 | $6,369.00 |
| | | 5/3/19 | $8,737.00 |
| | | 5/10/19 | $3,810.50 |
| | | 5/17/19 | $10,813.00 |
| | | 5/24/19 | $37,440.50 |
| | | 5/28/19 | $12,559.50 |
| **TOTAL:** | | | **$182,274.00** |
| Kelley & Clements LLP<br>P.O. Box 2758<br>Gainesville, GA 30503 | https://www.kelleyclements.com | | |
| | | 4/22/19 | 5,000.00 |
| | | 5/13/19 | 3,010.00 |
| | | 5/21/19 | 2,345.00 |
| | | 5/24/19 | 7,000.00 |
| **TOTAL** | | | **$17,355.00** |

American Home Products LLC, Case No. 19-21054-jrs

## STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 20
### Off-Premises Storage

| FACILITY NAME AND ADDRESS | NAME OF ANYONE WITH ACCESS TO IT | DESCRIPTION OF THE CONTENTS | DO YOU STILL HAVE IT? |
|---|---|---|---|
| Richard C Hunsaker,103 E. Alton Ave, Santa Ana, CA 92705 | n/a | Finished goods inventory | No |
| Richard Castner (Fremont),3700 Yale Way, Fremont, CA 94538 | n/a | Finished goods inventory | No |
| Brentwood Business Center,580 Valdry Ct #6,Brentwood, CA 94513 | n/a | Finished goods inventory | No |
| Black Mountain Plaza,9353 Activity Rd #G, San Diego, CA 92126 | n/a | Finished goods inventory | No |
| Hoover & Taylor Industrial Properties,581 N. Twin Oaks Valley Rd Suite B/C, San Marcos, CA 92069 | n/a | Finished goods inventory | No |
| Sheffield LTD (Aborn Powers),11265 Sunrise Gold Cir Unit-R, Rancho Cordova, CA 95742 | n/a | Finished goods inventory | No |
| Frome Developments Omega LLC,1701 S. Vineyard Ave, Ontario, CA 91761 | n/a | Finished goods inventory | No |

{8156644: }

American Home Products LLC, Case No. 19-21054-jrs

## STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 26(d)
### Parties to Whom the Debtor Issued a Financial Statement in the Last Two Years

| NAME |
| --- |
| The Huntington National Bank<br>PO Box 1558 EA 1W37<br>Columbus, OH 43216 |
| MCM Capital Partners III, L.P.<br>25201 Chagrin Blvd., Suite 360<br>Beachwood, Ohio 44122 |
| RCP Direct II, L.P.<br>100 North Riverside Plaza, Ste. 2400<br>Chicago, Illinois 60606 |
| Fifth Third Capital Holdings, LLC<br>38 Fountain Square Plaza<br>MD 10904F<br>Cincinnati, Ohio 45263 |
| HCIC<br>41 South High Street, 5th Floor<br>Columbus, Ohio 43215 |
| Joe Seladi<br>1139 Transart Park Way<br>Canton, GA 30040 |
| Greg Bangs<br>5535 John Burress Road<br>Cumming, GA 30040 |
| Other certain potential interested parties, subject to confidentiality agreements, for the purpose of evaluating a transaction for the company's assets |

American Home Products LLC, Case No. 19-21054-JRS

| STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 28 | | | |
|---|---|---|---|
| **Current Partners, Officers, Directors, and Shareholders** | | | |
| NAME | ADDRESS | POSITION AND NATURE OF ANY INTEREST | % OF INTEREST, IF ANY |
| MCM Capital Partners III, L.P. | 25201 Chagrin Blvd., Suite 360 Beachwood, Ohio 44122 | Member | 26.2% |
| MCM Capital Partners III Parallel Fund | 25201 Chagrin Blvd., Suite 360 Beachwood, Ohio 44122 | Member | 13.6% |
| RCP Direct II, L.P. | 353 N. Clark Street, Suite 3500 Chicago, IL 60654 | Member | 40% |
| Fifth Third Capital Holdings, LLC | 38 Fountain Square Plaza MD 10904F Cincinnati, Ohio 45263 | Member | 15% |
| Huntington Equity Investments, LLC | 41 South High Street, 5th Floor Columbus, Ohio 43215 | Member | 5.0% |
| Jim Tortorelli | 1412 Avondale Avenue Jacksonville, Florida 32205 | Member | 0.2% |
| NAME | ADDRESS | POSITION AND NATURE OF ANY INTEREST | % OF INTEREST, IF ANY |
| Kevin Hayes | 25201 Chagrin Blvd., Suite 360 Beachwood, Ohio 44122 | Director | 0.00% |
| Jay Poffenberger | 25201 Chagrin Blvd., Suite 360 Beachwood, Ohio 44122 | Director | 0.00% |
| Greg Bangs | 5535 John Buruss Road, Cumming, GA 30040 | Chief Financial Officer | 0.00% |

American Home Products LLC, Case No. 19-21054-JRS

| STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT 29 Former Directors and Officers | | | |
|---|---|---|---|
| **NAME** | **ADDRESS** | **POSITION AND NATURE OF ANY INTEREST** | **PERIOD DURING WHICH POSITION OR INTEREST WAS HELD** |
| Joe Seladi | 1139 Transart Parkway Canton, GA 30040 | Chief Financial Officer | 5/30/2018-01/03/2019 |
| Dennis Docherty | 8807 Vaccaro Court Naples, FL 34119 | Chief Executive Officer | 12/5/2018-3/5/2019 |
| David McCoy | | Board of Directors – Director | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AMERICAN HOME PRODUCTS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-21054-JRS** |

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $     228,639.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $     3,238,109.31

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $     3,466,748.31

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     12,735,208.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     355,230.89

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     14,081,837.81

4. **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b      $     27,172,276.75

**Fill in this information to identify the case:**

Debtor name    **AMERICAN HOME PRODUCTS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-21054-JRS**

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.          Cash on hand                                                                                    **$4,000.00**

3.          Checking, savings, money market, or financial brokerage accounts *(Identify all)*
            Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                                number

| | | | | |
|---|---|---|---|---|
| 3.1. | The Huntington National Bank | Checking | 6104 | $74,428.00 |
| 3.2. | The Huntington National Bank | Payroll | 2113 | $0.00 |
| 3.3. | The Huntington National Bank | Concentration Account | 1606 | $0.00 |

4.          Other cash equivalents *(Identify all)*

5.          Total of Part 1.                                                                              $78,428.00
            Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.          Deposits, including security deposits and utility deposits
            Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **AMERICAN HOME PRODUCTS LLC**                    Case number *(If known)* **19-21054-JRS**
_____
Name

| | | |
|---|---|---|
| 7.1. | **Landlord Security Deposit/Prepaid Rent** | **$55,477.45** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **See Attachment** | **$298,335.86** |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.                    | **$353,813.31** |

**Part 3:**    **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:    **459,973.00**    -    **0.00**    = ....    **$459,973.00**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    **103,486.00**    -    **44,521.00**    = ....    **$58,965.00**
                          face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$518,938.00** |

**Part 4:**    **Investments**

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Raw Materials** | 12/31/18 | **$1,265,178.00** | **Book Value** | **$1,265,178.00** |
| 20. | Work in progress **Work in Progress** | 12/31/18 | **$250,108.00** | **Book Value** | **$250,108.00** |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (If known) **19-21054-JRS** | |
|---|---|---|---|---|
| | Name | | | |

| 21. | Finished goods, including goods held for resale | | | | |
|---|---|---|---|---|---|
| | **Finished Goods** | **12/31/18** | **$209,249.00** | Book Value | **$209,249.00** |

| 22. | Other inventory or supplies | | | | |
|---|---|---|---|---|---|
| | **None** | **n/a** | **$0.00** | Book Value | **$0.00** |

| 23. | Total of Part 5. | | | **$1,724,535.00** |
|---|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value      93,014.71   Valuation method   **Book Value**   Current Value     93,014.71

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | **Office furniture** | **$15,732.00** | Book Value | **$15,732.00** |
| 40. | Office fixtures | | | |
| | **Office fixtures** | **$0.00** | n/a | **$0.00** |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | **Office equipment and computers** | **$11,732.00** | Book Value | **$11,732.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **AMERICAN HOME PRODUCTS LLC**                                Case number *(If known)*  **19-21054-JRS**
          Name

43.  **Total of Part 7.**                                                                    |  $27,464.00  |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2011 Ford Van | $2,500.00 | Book Value | $2,500.00 |
| 47.2.  2008 International Flat Bed | $4,500.00 | Book Value | $4,500.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See Attached Schedule | Unknown | | $387,042.00 |

51.  **Total of Part 8.**                                                                    |  $394,042.00  |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **AMERICAN HOME PRODUCTS LLC**                    Case number *(If known)* **19-21054-JRS**
_____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **1215 Palmour Drive**<br>**Gaineville, GA  30507** | **Lessee and Sublessor** | **Unknown** | **Book Value** | **Unknown** |
| 55.2.    **Various leasehold improvements on 1215 Palmour Drive** | | **$228,639.00** | | **$228,639.00** |

56.     Total of Part 9.                                               | **$228,639.00** |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.     Is a depreciation schedule available for any of the property listed in Part 9?
      ■ No
      ☐ Yes

58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?
      ■ No
      ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**See Attachment** | **Unknown** | **Book Value** | **Unknown** |
| 61.    **Internet domain names and websites**<br>**www.louvershop.com** | **Unknown** | **Book Value** | **Unknown** |
| 62.    **Licenses, franchises, and royalties**<br>**43 License Agreements** | **Unknown** | **Book Value** | **Unknown** |
| 63.    **Customer lists, mailing lists, or other compilations**<br>**Debtor's customer and mailing lists** | **Unknown** | **Book Value** | **Unknown** |
| 64.    **Other intangibles, or intellectual property**<br>**None** | **$0.00** | **n/a** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number *(If known)* **19-21054-JRS** |
|---|---|---|
| | Name | |

65.   **Goodwill**

66.   **Total of Part 10.**

$\qquad$ **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

**BT Capital Note**

67,754.00 - 0.00 = **$67,754.00**
Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

**None**    **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**    **$0.00**
Nature of claim
Amount requested    **$0.00**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 6

Debtor    **AMERICAN HOME PRODUCTS LLC**
          Name                                             Case number *(If known)*  **19-21054-JRS**

   **Capitalized Loan Costs**                                                        $73,135.00

---

78.   **Total of Part 11.**                                                    | $140,889.00 |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **AMERICAN HOME PRODUCTS LLC**                          Case number *(If known)*  **19-21054-JRS**
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $78,428.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $353,813.31 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $518,938.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $1,724,535.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $27,464.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $394,042.00 | |
| 88. Real property. *Copy line 56, Part 9*..................................................> | | $228,639.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $140,889.00 | |
| 91. Total. Add lines 80 through 90 for each column | $3,238,109.31 | + 91b. $228,639.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $3,466,748.31 |

American Home Products LLC, Case No. 19-21054-jrs

| | SCHEDULE A/B ATTACHMENT 8 Prepayments | |
|---|---|---|
| **Prepayment** | **Name and Holder of Prepayment** | **Amount** |
| Insurance | | $2,170.00 |
| Inventory | | $60,065.29 |
| Advertising | | $175,935.61 |
| Expenses – Other | | $9,332.14 |
| Penske Truck Lease Deposit | Penske | $21,000.00 |
| Georgia Power | Georgia Power | $28,330.00 |
| Paycom | Paycom | $1,502.82 |
| **TOTAL:** | | **$298,335.86** |

{8156730: }

American Home Products LLC, Case No. 19-21054-jrs

### SCHEDULE A/B ATTACHMENT 50
### Other Machinery, Fixtures and Equipment

| Equipment | Net Book Value of Debtor's Interest | Valuation Method Used | Current Value of Debtor's Interest |
|---|---|---|---|
| Upcut Saw | $9,390.00 | Book value | $9,390.00 |
| Punch Press | $16,900.00 | Book value | $16,900.00 |
| Saw Gear 16' | $5,095.00 | Book value | $5,095.00 |
| Hoffman Key Machines | $6,420.00 | Book value | $6,420.00 |
| Top / Bottom Saw | $11,900.00 | Book value | $11,900.00 |
| Paint Booths | $7,500.00 | Book value | $7,500.00 |
| Bending Oven | $13,995.00 | Book value | $13,995.00 |
| CNC Cleaver | $39,999.00 | Book value | $39,999.00 |
| CNC | $60,000.00 | Book value | $60,000.00 |
| Foil Machine | $5,000.00 | Book value | $5,000.00 |
| Loover Groover | $12,500.00 | Book value | $12,500.00 |
| Scissor Lift | $12,000.00 | Book value | $12,000.00 |
| Forklift | $25,900.00 | Book value | $25,900.00 |
| Forklift | $15,950.00 | Book value | $15,950.00 |
| Forklift | $5,000.00 | Book value | $5,000.00 |
| Quincy Compressor | $50,000.00 | Book value | $50,000.00 |
| Quincy Compressor | $12,000.00 | Book value | $12,000.00 |
| Nederman Dust Collector | $50,000.00 | Book value | $50,000.00 |
| 4 Saw Stop Table Saws | $14,174.00 | Book value | $14,174.00 |
| Top/Bottom Saw | $8,000.00 | Book value | $8,000.00 |
| Gang Drill | $5,319.00 | Book value | $5,319.00 |
| **TOTAL:** | **$372,042.00** | | **$372,042.00** |

American Home Products LLC
Schedule A/B Question No. 60 - Intellectual Property
**Trademarks**

| Serial Number | Registration Number | Mark | Owner | Goods and Services |
|---|---|---|---|---|
| 86578778 | 5622992 | Danmer Custom Shutters (standard character mark) | American Home Products LLC | IC 019 - Non-metal window shutters |
| 86578762 | 5622991 | Danmer (standard character mark) | American Home Products LLC | IC 019 - Non-metal window shutters |
| 85176992 | 4301813 | PHD (standard character mark) | American Home Products LLC | IC 019 - Wood window and door coverings, namely, shutters; non-metal interior window and door shutters. IC 020 - Wood window and door coverings, namely, blinds, shades; non-metal interior window and door blinds; non-metal interior window and door shades. |
| 74696467 | 2088572 | THERMALITE (typed drawing) | American Home Products LLC | IC 020 - interior window shutters |
| 86207110 | 4722364 | Louverwood (standard character mark) | Louver Shop, Inc. | IC - 019 - Window coverings, namely, non-metal interior window shutters. IC 020 - Window coverings, namely, interior window blinds. |
| 78584177 | 3089779 | The Louver Shop (logo) | American Home Products LLC | IC 037 - INSTALLATION OF INTERIOR SHUTTERS AND BLINDS. IC 040 - CUSTOM MANUFACTURE AND FINISHING OF INTERIOR SHUTTERS AND BLINDS. |
| 76517599 | 2914201 | THE LOUVER SHOP (typed drawing) | American Home Products LLC | IC 037 - INSTALLATION OF INTERIOR SHUTTERS AND BLINDS. IC 040 - CUSTOM MANUFACTURE AND FINISHING OF INTERIOR SHUTTERS AND BLINDS. |

{8165589: }

American Home Products LLC, Case No. 19-21054-jrs

**Patents**

| 5630295 | INTERFACE MECHANISM FOR INTERFACING A LOUVER TO A STILE OF A SHUTTER SYSTEM | David B. Neiman | American Home Products LLC |
|---------|---------------------------------------------------------------------------|-----------------|----------------------------|

{8165589: }

**Fill in this information to identify the case:**

Debtor name **AMERICAN HOME PRODUCTS LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-21054-JRS**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| | | | | |
|---|---|---|---|---|
| **2.1** City of Gainesville | Describe debtor's property that is subject to a lien | | $13,818.55 | $13,818.55 |
| Creditor's Name | **Property Interest** | | | |
| **300 Henry Ward Way, Suite 303** | | | | |
| **Gainesville, GA 30511** | Describe the lien | | | |
| Creditor's mailing address | **Tax Lien** | | | |
| | Is the creditor an insider or related party? | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | Is anyone else liable on this claim? | | | |
| **Date debt was incurred** | ■ No | | | |
| **01/01/2018** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | | |
| Last 4 digits of account number | | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

| | | | | |
|---|---|---|---|---|
| **2.2** The Louver Shop Holdings LLC | Describe debtor's property that is subject to a lien | | $12,721,389.50 | $12,721,389.50 |
| Creditor's Name | **Substantially All Assets** | | | |
| **c/o Lee B Hart, Nelson Mullins** | | | | |
| **201 17th Street NW** | | | | |
| **Atlanta, GA 30363** | Describe the lien | | | |
| Creditor's mailing address | **First Priority Secured Lien and Second Priority Secured Lien** | | | |
| | Is the creditor an insider or related party? | | | |
| **lee.hart@nelsonmullins.com** | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | Is anyone else liable on this claim? | | | |
| **Date debt was incurred** | ■ No | | | |
| **05/24/2019** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | | |
| Last 4 digits of account number | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if know) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $12,735,208.05 |
|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **AMERICAN HOME PRODUCTS LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **19-21054-JRS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Adell Caler**
**15370 Kadota St.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.00 | $1,725.00 |
|---|---|---|---|---|

**Adrian Andrade**
**432 College St**
**Hollister, CA 95023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.00 | $1,225.00 |
|---|---|---|---|---|

**Adrian Andrade**
**432 College St**
**Hollister, CA 95023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $950.00 |
|---|---|---|---|---|

**Alane Gallagher**
**8156 Whelan Dr.**
**San Diego, CA 92119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 | $245.00 |
|---|---|---|---|---|

**Alice Gordon**
**3977 Lees Ave**
**Long Beach, CA 90808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 | $839.00 |
|---|---|---|---|---|

**Allison Mansell**
**3322 Curtis St.**
**San Diego, CA 92106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.00 | $1,935.00 |
|---|---|---|---|---|

**Allison Mansell**
**3322 Curtis St.**
**San Diego, CA 92106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.8** | Priority creditor's name and mailing address
**Allison Mansell**
**3322 Curtis St.**
**San Diego, CA 92106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$483.00       $483.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.9** | Priority creditor's name and mailing address
**Anthony Lopez**
**4083 Inglenook Way**
**Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$580.00       $580.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.10** | Priority creditor's name and mailing address
**Anthony Lopez**
**4083 Inglenook Way**
**Ontario, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,320.00       $2,320.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.11** | Priority creditor's name and mailing address
**Antonio & Maria Alvernaz**
**278 Uvas**
**Milpitas, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,650.00       $1,650.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.00 | $1,090.00 |
| | **Arlene Mulqueeney** | *Check all that apply.* | | |
| | **815 N Humboldt St** | ☐ Contingent | | |
| | **San Mateo, CA 94401** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.50 | $231.50 |
| | **Barbara Lourtie** | *Check all that apply.* | | |
| | **5991 Fairbrook St.** | ☐ Contingent | | |
| | **Long Beach, CA 90815** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.63 | $886.63 |
| | **Barbara Watson** | *Check all that apply.* | | |
| | **5326 Callister Ave** | ☐ Contingent | | |
| | **Sacramento, CA 95819** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $16.50 |
| | **Bert Kelly** | *Check all that apply.* | | |
| | **13745 W Sunset Blvd** | ☐ Contingent | | |
| | **Pacific Palisades, CA 90272** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.00 | $157.00 |
|---|---|---|---|---|

**Brian and Thia Frontino**
**4608 Greenbush Ave**
**Sherman Oaks, CA 91423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.00 | $659.00 |
|---|---|---|---|---|

**Brian and Thia Frontino**
**4608 Greenbush Ave**
**Sherman Oaks, CA 91423**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.00 | $118.00 |
|---|---|---|---|---|

**Brittany Stevens**
**949 Sunlit Ln**
**Costa Mesa, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $542.00 | $542.00 |
|---|---|---|---|---|

**Cary Mansfield**
**28133 Stonington Ln**
**Santa Clarita, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Cathy Daoust**
**13454 Roselle Ave**
**Hawthorne, CA 90250**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,596.09 | $1,596.09 |
|---|---|---|---|---|

**Channing Salamera**
**111 Lomitas Dr**
**Danville, CA 94526**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.02 | $399.02 |
|---|---|---|---|---|

**Channing Salamera**
**111 Lomitas Dr**
**Danville, CA 94526**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $1,910.20 |
|---|---|---|---|---|

**Charles Collins**
**6001 Fairbrook**
**Long Beach, CA 90815**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $227.50 | $227.50 |
|---|---|---|---|---|
| | **Charles Sztanski**<br>**4680 ARIBA DR**<br>**Tarzana, CA 91356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $25,934.86 | $0.00 |
|---|---|---|---|---|
| | **City of Gainesville**<br>**PO Box 2496**<br>**Gainesville, GA 30503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,596.00 | $5,596.00 |
|---|---|---|---|---|
| | **Croft Builders**<br>**3231 Pete Shaw Rd**<br>**Marietta, GA 30066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,033.16 | $4,033.16 |
|---|---|---|---|---|
| | **Darlene Bolander**<br>**4104 Via Candidiz Unit 95**<br>**San Diego, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**David Aubin**
**1621 W 154th Pl**
**Gardena, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.00 | $560.00 |
|---|---|---|---|---|

**David Aubin**
**1621 W 154th Pl**
**Gardena, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Debra Danko**
**5399 Aspenwood Ct**
**Concord, CA 94521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.00 | $2,295.00 |
|---|---|---|---|---|

**Debra McCluster**
**2430 San Francisco Ave**
**Long Beach, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$475.00** |
|---|---|---|---|---|

**Dee Bernal**
**22228 S Vermont Ave**
**Torrance, CA 90502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$426.87** | **$426.87** |
|---|---|---|---|---|

**Dee Vance**
**5863 Chelton Dr,**
**Oakland, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,441.00** | **$1,441.00** |
|---|---|---|---|---|

**Denise McMichael**
**4901 Lindstrom Ave**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$362.00** | **$362.00** |
|---|---|---|---|---|

**Denise McMichael**
**4901 Lindstrom Ave**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

---

**2.36** Priority creditor's name and mailing address

**Donald Bell Ryan**
**1281 Guerrero St**
**San Francisco, CA 94110**

As of the petition filing date, the claim is: $3,613.00   $3,613.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

**Earnestine Blanchard**
**921 E Diamondale Dr**
**Carson, CA 90746**

As of the petition filing date, the claim is: $800.00   $800.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

**Edwin Minch**
**26623 Sierra Vista**
**Mission Viejo, CA 92692**

As of the petition filing date, the claim is: $3,025.00   $5792.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.39** Priority creditor's name and mailing address

**Elizabeth Pust**
**12401 Henzie Pl**
**Granada Hills, CA 91344**

As of the petition filing date, the claim is: $2,250.00   $2,250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,530.00** | **$2,530.00** |
| --- | --- | --- | --- | --- |

**Elvia Yanez**
**2848 N Hollister Ave**
**Los Angeles, CA 90032**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,139.50** | **$2,139.50** |
| --- | --- | --- | --- | --- |

**Elvia Yanez**
**2848 N Hollister Ave**
**Los Angeles, CA 90032**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$903.50** |
| --- | --- | --- | --- | --- |

**Eric Spear**
**16641 Rhone Ln.**
**Huntington Beach, CA 92647**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,600.00** | **$2,600.00** |
| --- | --- | --- | --- | --- |

**Erica Beeman**
**3236 Camino Colorados**
**Lafayette, CA 94549**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.12 | $337.12 |
|---|---|---|---|---|

**Erlinda Varela**
**4205 Nothingham Dr**
**Danville, CA 94506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,487.50 | $1,487.50 |
|---|---|---|---|---|

**Fancher Fancher**
**1615 N. Laurel Ave.**
**Los Angeles, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.36 | $1,379.36 |
|---|---|---|---|---|

**Francoise Pierquin**
**12061 Ferncrest Place**
**San Diego, CA 92128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,032.00 | $1,032.00 |
|---|---|---|---|---|

**Frank Hattabaugh**
**40513 Via Camposeco**
**Murrieta, CA 92562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,131.00 | $4,131.00 |
|---|---|---|---|---|

**Frank Hattabaugh**
**40513 Via Camposeco**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,790.00 | $1,790.00 |
|---|---|---|---|---|

**Gabriela Park**
**4430 Carmelo St**
**San Diego, CA 92107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.00 | $775.00 |
|---|---|---|---|---|

**Giuseppi Pumilia**
**1056 W. 186th St.**
**Gardena, CA 90248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $515.00 | $515.00 |
|---|---|---|---|---|

**Heidi Straussner**
**1715 Rue De La Mer**
**Oceanside, CA 92054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,895.02 | $46,895.02 |
|---|---|---|---|---|

**HUNTERDOUGLAS**
P.O. BOX 405756
ATLANTA, GA 30384-5756

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**Irene Serrano**
4366 Gettysburg St
Chino, CA 91710

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $398.00 |
|---|---|---|---|---|

**Jan Hussey**
9908 Portofino Oak Ln.
Fair Oaks, CA 95628

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.00 | $1,036.00 |
|---|---|---|---|---|

**Jane Mohr**
6332 Orion Ave
Van Nuys, CA 91411

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,093.00 | $1,093.00 |
|---|---|---|---|---|

**Janet Infantino**
**8715 Airlane Ave**
**Los Angeles, CA 90045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.80 | $813.80 |
|---|---|---|---|---|

**Jereen Gilbert**
**4261 Dundalk Ct.**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.46 | $203.46 |
|---|---|---|---|---|

**Jereen Gilbert**
**4261 Dundalk Ct.**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,850.00 | $2,850.00 |
|---|---|---|---|---|

**Jill Armitage**
**740 Pierre Rd**
**Walnut, CA 91789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | AMERICAN HOME PRODUCTS LLC | Case number (if known) | 19-21054-JRS |
|---|---|---|---|
| | Name | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,265.00 | $1,265.00 |
|---|---|---|---|---|
| | **Jim Fitzpatrick** | *Check all that apply.* | | |
| | **2100 W Empire Ave** | ☐ Contingent | | |
| | **Burbank, CA 91504** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $697.00 |
|---|---|---|---|---|
| | **Joan Rhodes** | *Check all that apply.* | | |
| | **1819 Virazon Dr** | ☐ Contingent | | |
| | **La Habra, CA 90631** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $157.50 |
|---|---|---|---|---|
| | **Joe Etherdge** | *Check all that apply.* | | |
| | **1819 West 83rd St** | ☐ Contingent | | |
| | **Los Angeles, CA 90047** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Jonathan Grisalva** | *Check all that apply.* | | |
| | **12620 Brock Avenue** | ☐ Contingent | | |
| | **Downey, CA 90242** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $420.00 | $420.00 |
|---|---|---|---|---|

**Julia Maionchi**
**1305 Tuolumne Rd**
**Millbrae, CA 94030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.00 | $632.00 |
|---|---|---|---|---|

**Karen Pijeaux**
**6645 7th Ave.**
**Los Angeles, CA 90043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.00 | $929.00 |
|---|---|---|---|---|

**Kasia Razevich**
**2239 Amirante Dr**
**San Pedro, CA 90732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $7,615.09 |
|---|---|---|---|---|

**Kate Choe**
**691 Point Pacific #2**
**Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

**2.68** | Priority creditor's name and mailing address

**Kathleen Crabbe**
**3555 Jackson St. #5**
**San Francisco, CA 94118**

As of the petition filing date, the claim is: $1,247.00      $1,247.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address

**Kay Zeigler**
**2894 David St**
**Riverside, CA 92506**

As of the petition filing date, the claim is: $285.00      $285.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address

**Kay Zeigler**
**2894 David St**
**Riverside, CA 92506**

As of the petition filing date, the claim is: $1,140.00      $1,140.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.71** | Priority creditor's name and mailing address

**KENTA MANUFACTURING GROUP**
**JI.PUSPA GADING VII B1/17**
**KELAPA GADING**
**JAKARTA UTARA 14240**
**INDONESIA**

As of the petition filing date, the claim is: $8,247.60      $8,247.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

| | | | | |
|---|---|---|---|---|
| **2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.00 | $775.00 |
| | **Kevin Shillito** | *Check all that apply.* | | |
| | **655 Los Altos Ave** | ☐ Contingent | | |
| | **Long Beach, CA 90814** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| **2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.00 | $480.00 |
| | **Kristen Millard** | *Check all that apply.* | | |
| | **3154 Top O the Walk Dr** | ☐ Contingent | | |
| | **Norco, CA 92860** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| **2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
| | **Kristen Millard** | *Check all that apply.* | | |
| | **3154 Top O the Walk Dr** | ☐ Contingent | | |
| | **Norco, CA 92860** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| | | | | |
|---|---|---|---|---|
| **2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $7,423.00 |
| | **Laraine Jeffries** | *Check all that apply.* | | |
| | **3658 Columbia Dr.** | ☐ Contingent | | |
| | **Napa, CA 94558** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | | |

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $801.00 | $801.00 |
|---|---|---|---|---|

**Larry Dunigan**
**507 Earle Lane**
**Redondo Beach, CA 90278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 | $530.00 |
|---|---|---|---|---|

**Laura Byars**
**42025 Wagon Wheel Ln**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|

**Laura Byars**
**42025 Wagon Wheel Ln**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,120.00 | $2,120.00 |
|---|---|---|---|---|

**Laura Byars**
**42025 Wagon Wheel Ln**
**Murrieta, CA 92562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **AMERICAN HOME PRODUCTS LLC**                     Case number (if known)   **19-21054-JRS**
_____
Name

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.41 | $494.41 |
|---|---|---|---|---|

**Linda Newton**
**214 Washington Ave.**
**Richmond, CA 94801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $188.00 |
|---|---|---|---|---|

**Linnette Hager**
**19841 Keaton St**
**Canyon Country, CA 91351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,366.00 | $1,366.00 |
|---|---|---|---|---|

**Lisa Renner**
**205 Powell Ave.**
**Pleasant Hill, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $1,308.15 |
|---|---|---|---|---|

**Luann Aakhus**
**1047 Leo Way**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,478.00 | $1,478.00 |
|---|---|---|---|---|

**Lupe Ross**
810  E Verdugo Ave.
Burbank, CA 91501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.05 | $599.05 |
|---|---|---|---|---|

**Lynne Verdone**
1155 Vanderbilt Way
Sacramento, CA 95825

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.46 | $1,464.46 |
|---|---|---|---|---|

**Maria Schaufele**
49 Ironwood
Oakland, CA 94605

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.00 | $844.00 |
|---|---|---|---|---|

**Marlyn Lee**
1425 Daveric Dr
Pasadena, CA 91107

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $707.00 | $707.00 |
|---|---|---|---|---|

**Marna Chambers**
**235 Albert Pl**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,225.00 | $4,225.00 |
|---|---|---|---|---|

**Maryellen Wolfers**
**168 Palmer Ave.**
**Mountain View, CA 94043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,596.00 | $0.00 |
|---|---|---|---|---|

**MATO PLASTICS**
**27717 AVENUE SCOTT**
**VALENCIA, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $7,978.48 |
|---|---|---|---|---|

**Maureen Young**
**7 Casaba Rd.**
**Palos Verdes Peninsula, CA 90274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $1,425.00 |
|---|---|---|---|---|

**Mike Anderson**
**41275 Camino Del Vino**
**Temecula, CA 92592**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,750.00 | $1,750.00 |
|---|---|---|---|---|

**Mike Shimpock**
**9571 SMOKEY CIR**
**Huntington Beach, CA 92646**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.63 | $509.63 |
|---|---|---|---|---|

**Natalie Neault**
**15678 New Park Terrace**
**San Diego, CA 92127**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.00 | $566.00 |
|---|---|---|---|---|

**Norma Avelar**
**2653 Stoner Ave.**
**Los Angeles, CA 90064**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.00 | $930.00 |
|---|---|---|---|---|

**Pam Sasagawa**
217 Stanford Ave
Berkeley, CA 94708

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $423.00 |
|---|---|---|---|---|

**Pat Safford**
3358 Faxton Ct
Simi Valley, CA 93063

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $744.00 |
|---|---|---|---|---|

**Pat Saldin**
310 Lake St #212
Huntington Beach, CA 92648

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Patrick Mcharg**
4930 Ranchito Ave
Sherman Oaks, CA 91423

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $29.00 |
|---|---|---|---|---|

**Patt Dotson**
**139 Morello Heights Drive**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**Paul Chorley**
**7612 W 83rd st**
**Playa del Rey, CA 90293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.00 | $342.00 |
|---|---|---|---|---|

**Paul Hardy**
**7747 Caminito Monarca Unit 102**
**Carlsbad, CA 92009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Paulina Waas**
**9921 Michael Way**
**Moreno Valley, CA 92557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.00 | $225.00 |
|---|---|---|---|---|

**Peggy Barks**
**14829 S Budlong Ave**
**Gardena, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Peggy Barks**
**14829 S Budlong Ave**
**Gardena, CA 90247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,224.10 | $8,224.10 |
|---|---|---|---|---|

**PETER & JUDY BARBIERI**
**244 SILVER CREEK CR**
**Santa Rosa, CA 95409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,557.50 | $2,557.50 |
|---|---|---|---|---|

**Peter DeLeon**
**981 Evening Shade Dr.**
**San Pedro, CA 90731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,900.00 | $2,900.00 |
|---|---|---|---|---|

**Rich Yamaguma**
**175 Lyell St**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Rick Payne**
**4181 Shoalcreek Dr**
**Corona, CA 92883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,327.00 | $1,327.00 |
|---|---|---|---|---|

**Rita Wells**
**9325 De Ada Lena**
**Rosemead, CA 91770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.00 | $1,029.00 |
|---|---|---|---|---|

**Robert Twitchell**
**25451 Hardy Place**
**Stevenson Ranch, CA 91381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Robert Ventresca**
**229 Calle Bravo**
**Palm Springs, CA 92264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.41 | $298.41 |
|---|---|---|---|---|

**Robin Watson**
**156 Santa Inez #5**
**San Bruno, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,685.61 | $2,685.61 |
|---|---|---|---|---|

**Robin Watson**
**156 Santa Inez #5**
**San Bruno, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |
|---|---|---|---|---|

**Rod Acord**
**18395 San Carlos**
**Morgan Hill, CA 95037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Rosie Navarro**
617 F St
Daly City, CA 94014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,737.50 | $1,737.50 |
|---|---|---|---|---|

**Rosie Navarro**
617 F St
Daly City, CA 94014

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Rosie Sanchez**
14444 Sayre St
Sylmar, CA 91342

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,813.00 | $1,813.00 |
|---|---|---|---|---|

**Rozanne Hemnes**
1627 W 21st St
San Pedro, CA 90732

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor    **AMERICAN HOME PRODUCTS LLC**                          Case number (if known)    **19-21054-JRS**
_____
Name

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |

**Sanford Feldman**
**7724 Moonridge Place**
**La Jolla, CA 92037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $442.00 |

**SCOTT & TERESA KISH**
**3 EDGEWOOD CT**
**Aliso Viejo, CA 92656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,638.00 | $1,638.00 |

**Sharon Griffitts**
**19681 E Golden Bough**
**Covina, CA 91724**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |

**Sharon Hiett**
**3831 Requa Ave**
**Claremont, CA 91711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Debtor   **AMERICAN HOME PRODUCTS LLC**
_____
Name

Case number (if known)   **19-21054-JRS**
_____

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Sharon Hiett**
**3831 Requa Ave**
**Claremont, CA 91711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.00 | $663.00 |
|---|---|---|---|---|

**Sheila Futch**
**21195 Penunuri Place**
**Moreno Valley, CA 92557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,179.45 |
|---|---|---|---|---|

**Sherae Moresco**
**6654 Eagle Ridge Ct.**
**Gilroy, CA 95020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $1,792.00 |
|---|---|---|---|---|

**Siddarth Kalasapur**
**5352 Pineridge Dr.**
**La Crescenta, CA 91214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

---

**2.128**

Priority creditor's name and mailing address
**Sone-seere Wilson**
**263 Ravenna Dr**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00 | $1,000.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.129**

Priority creditor's name and mailing address
**Stan Douglass**
**1530 Pendleton Road**
**Coronado, CA 92118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00 | $3,108.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.130**

Priority creditor's name and mailing address
**Stella Manarpiis**
**2263 Hill Dr.**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$304.00 | $304.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.131**

Priority creditor's name and mailing address
**Steve Anderson**
**35 Medano St.**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,025.00 | $2727.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,025.00** | **$2,166.00** |

**Steve Anderson**
**35 Medano St.**
**Ladera Ranch, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,240.00** | **$1,240.00** |

**Suzanne Wohl**
**1205 Arden Rd.**
**Pasadena, CA 91106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$310.00** | **$310.00** |

**Suzanne Wohl**
**1205 Arden Rd.**
**Pasadena, CA 91106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,430.00** | **$2,430.00** |

**Teresita Cervas**
**533 Buckskin Cir**
**Walnut, CA 91789**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Terry Markwell**
4119 Vicasa Dr.
Calabasas, CA 91302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $4,125.00 |
|---|---|---|---|---|

**Terry Markwell**
4119 Vicasa Dr.
Calabasas, CA 91302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.00 | $740.00 |
|---|---|---|---|---|

**Terry Reichardt**
5207 Walkerton St
Long Beach, CA 90808

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $1,975.00 |
|---|---|---|---|---|

**Thomas Moncayo**
12325 Edgefield St.
Cerritos, CA 90703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,450.54 | $28,450.54 |
|---|---|---|---|---|

**TIMBERBLINDS**
P.O. BOX 405756
DALLAS, TX 75284-8630

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

☑ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.00 | $2,710.00 |
|---|---|---|---|---|

**Travis Tachet**
13008 Triumph Dr
Poway, CA 92064

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.00 | $354.00 |
|---|---|---|---|---|

**Trevor Whitney-Clarke**
957 S. Paseo Dorotea
Palm Springs, CA 92264

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,482.00 | $2,482.00 |
|---|---|---|---|---|

**Trish Culbertson**
417 Carillo Rd
Ojai, CA 93023

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,515.10 | $1,515.10 |
|---|---|---|---|---|

**Valerie Bailey**
**408 Hiller Dr**
**Oakland, CA 94618**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.00 | $770.00 |
|---|---|---|---|---|

**Vick Seever**
**2433 North maountain Ave**
**Upland, CA 91784**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,156.00 | $1,156.00 |
|---|---|---|---|---|

**Vick Seever**
**2433 North maountain Ave**
**Upland, CA 91784**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,734.50 | $1,734.50 |
|---|---|---|---|---|

**Victoria Carothers**
**716 N. Irena Ave. #B**
**Redondo Beach, CA 90277**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | $9,000.00 |
|---|---|---|---|---|

**Wade Martin**
**1879 Jamestown Dr**
**Lodi, CA 95242**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,025.00 | $3,730.00 |
|---|---|---|---|---|

**Warren Wilcox**
**9330 Holly Oak Way**
**Salinas, CA 93907**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |
|---|---|---|---|---|

**Wes Marquis**
**817 Brigham Young Dr**
**Claremont, CA 91711**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,090.00 | $1,090.00 |
|---|---|---|---|---|

**Xironel Vukafovith**
**1781 Fraser Cir**
**Corona, CA 92882**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ☑ No
- ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 | $1,199.00 |
|---|---|---|---|---|

**Yvette Thomas**
**3106 W 71st Street**
**Los Angeles, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**5 MILE MEDIA**
**PO Box 93036**
**PASADENA, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00 |
|---|---|---|---|

**Abacus Labs Inc.**
**P O Box 780813**
**Philadelphia, PA 19178-0813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,915.60 |
|---|---|---|---|

**AETNA**
**151 Farmington Ave**
**Hartford, CT 06105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,261.20 |
|---|---|---|---|

**ALAN ZSIGI STEHLI**
**13344 Whitewater Dr**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,151.32 |
|---|---|---|---|

**Alston & Bird LLP**
**P.O. Box 933124**
**Atlanta, GA 31193-3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,652.98 |
|---|---|---|---|

**Aluminum Shields**
**2900 NW 112TH AVENUE**
**D4B**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,146.00 |
|---|---|---|---|

Am Trust North America, Inc.
P.O. Box 6939
Cleveland, OH 44101

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,665.54 |
|---|---|---|---|

**American Building Products, LLC**
5600 Jefferson Hwy
Bldg. W-2 Suite 248
Harahan, LA 70123

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.51 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECHNOLOGIES**
22510 NETWORK PLACE
CHICAGO, IL 60673

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Austin American-Statesman**
P.O. Box 645255
Cincinnati, OH 45264-5255

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**AUSTIN ELEGANT LIVING**
12325 HYEMEADOW DR
STE 200 BLDG 4
AUSTIN, TX 78750

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|---|---|---|---|

**BAKERSFIELD & FRESNO HOME MAGAZINE**
7800 MEANY AVENUE UNIT E
BAKERSFIELD, CA 93308

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Bay Area News Group**
PO Box 513120
Los Angeles, CA 90051-1120

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Belo Media Group**
PO BOX 660040
DALLAS, TX 75266-0040

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? [✓] No [ ] Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,775.61 |
|---|---|---|---|

**Bespoke Hardware, Inc.**
**30 Hughes**
**Suite 205**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Best Buy Guide**
**500 Silver Spur RD**
**Suite 205**
**Rolling Hills Estate, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Big Blue Robot, LLC**
**1225 N. 1110 E.**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**BIRMINGHAM'S OWN/TUSCALOOSA'S OWN**
**313 HERITAGE DR**
**HOOVER, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,876.77 |
|---|---|---|---|

**Black Mountain Plaza, L.P.**
**4320 La Jolla Village Dr**
**Suite 205**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,627.86 |
|---|---|---|---|

**Blind Installations By Jon Irwin**
**10752 Scripps Ranch Blvd.**
**Apt# 208**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,520.00 |
|---|---|---|---|

**Brentwood Business Center**
**101 Ellinwood Drive**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,790.00** |
|---|---|---|---|
| | **BROWARD HOME MAGAZINE PUBLISHING** | ☐ Contingent | |
| | **721 NE 3RD AVENUE** | ☐ Unliquidated | |
| | **FORT LAUDERDALE, FL 33304-2619** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **BRYAN DUKE** | ☐ Contingent | |
| | **212 CELEBRATION LANE** | ☐ Unliquidated | |
| | **ACWORTH, GA 30102** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,849,784.00** |
|---|---|---|---|
| | **BT Capital LLC** | ☐ Contingent | |
| | **1011 Dog Wood Way** | ☐ Unliquidated | |
| | **Dawsonville, GA 30534** | ☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Unsecured Loan</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237,500.00** |
|---|---|---|---|
| | **BT Capital LLC** | ☐ Contingent | |
| | **1011 Dog Wood Way** | ☐ Unliquidated | |
| | **Dawsonville, GA 30534** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397.00** |
|---|---|---|---|
| | **California Carbide, Inc.** | ☐ Contingent | |
| | **2521 Grand Avenue** | ☐ Unliquidated | |
| | **Ventura, CA 93003** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **California Newspaper Partnership** | ☐ Contingent | |
| | **PO Box 65210** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80962-5210** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.13** |
|---|---|---|---|
| | **CalStar Services, Inc.** | ☐ Contingent | |
| | **P.O. Box 57456** | ☐ Unliquidated | |
| | **Sherman Oaks, CA 91403** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.52** |
|---|---|---|---|
| | **CANON SOLUTIONS AMERICA** | ☐ Contingent | |
| | **15004 Collections Center Dr** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Capital Showcase**<br>**5301 Madison Ave**<br>**Suite 203**<br>**Sacramento, CA 95841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,542.86** |
| | **Carole Fabrics**<br>**1597 Paysphere Circle**<br>**Chicago, IL 60674-0015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$394.20** |
| | **Century Blinds**<br>**451 North Cota Street**<br>**Corona, CA 92880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$960.00** |
| | **Chastain Janitorial Supply**<br>**1630 Martin Luther King Jr**<br>**Blvd**<br>**Gainesville, GA 30501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,464.40** |
| | **CHICAGO DOWELL CO., INC.**<br>**4700 WEST GRAND AVENUE**<br>**CHICAGO, IL 60639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
| | **City Grid Media, LLC**<br>**14599 Collections Center Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
| | **CITY PUBLICATIONS ATLANTA NORTH**<br>**3162 JOHNSON FERRY RD STE 260**<br>**PMB 105**<br>**MARIETTA, GA 30062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$731.25** |
| | **City Publications DC**<br>**PO BOX 1266**<br>**Solomons, MD 20688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **AMERICAN HOME PRODUCTS LLC**                    Case number (if known)    **19-21054-JRS**
_____ Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.63 |

**CITY PUBLICATIONS GREATER WILMINGTON**
**3811 MARSH RD**
**GARNET VALLEY, PA 19060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**CITY PUBLICATIONS MARYLAND**
**2608 QUEENSLAND DRIVE**
**ELLICOTT CITY, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**CITY PUBLICATIONS NASHVILLE**
**4117 HILLSBORO PIKE**
**STE 103-326**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |

**CITY PUBLICATIONS NORTHERN VIRGINIA**
**PO BOX 230245**
**CENTREVILLE, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |

**CITY PUBLICATIONS PIEDMONT**
**4709 HORSESHOE LANE**
**GREENSBORO, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,348.98 |

**CLUTCHSEM**
**573 SUNNY MEADOW LANE**
**GRAND JUNCTION, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,665.00 |

**COHEN & COMPANY**
**1350 EUCLID AVE**
**STE 800**
**CLEVELAND, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.13 |

**CONNEY SAFETY**
**PO BOX 44575**
**MADISON, WI 53744-4575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Creative Display Ads**
1445 Donlon St., #7
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.32 |
|---|---|---|---|

**CTD Machines, Inc.**
2382 E. 48th Street
Vernon, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Dallas Elegant Living Magazine**
12325 Hymeadow Dr
Building # 4  Suite 200
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,371.45 |
|---|---|---|---|

**Danish Environment**
31125 Via Colinas
Suite #904
Westlake Village, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.28 |
|---|---|---|---|

**Danny Magley**
245 E Rancho Rd
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,335.40 |
|---|---|---|---|

**David Henderson Shutters**
PO Box 1719
Sunset Beach, CA 90742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,212.12 |
|---|---|---|---|

**DAYCO INDUSTRIES**
10205 SAN SEVAINE WAY
MIRA LOMA, CA 91752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,315.59 |
|---|---|---|---|

**DEX MEDIA**
P.O. BOX 619009
DFW AIRPORT, TX 75261-9009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,296.68 |
|---|---|---|---|
| | Dex-YP<br>P.O Box 5010<br>Carol Stream, IL 60197-5010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,122.40 |
|---|---|---|---|
| | DEX-YP<br>PO BOX 5010<br>CAROL STREAM, IL 60197-5010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,507.97 |
|---|---|---|---|
| | Diego Lagunas<br>2222 Civic Ctr Drive<br>Santa Ana, CA 92703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|
| | DIXIE PLYWOOD AND LUMBER CO.<br>P.O. BOX 930440<br>ATLANTA, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,820.00 |
|---|---|---|---|
| | Dunmark, Inc.<br>525 Tribble Gap Rd<br>#2483<br>Cumming, GA 30028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,695.14 |
|---|---|---|---|
| | EASTERN OHIO TRUCK & TRAILER<br>10640 LANCASTER ROAD<br>HEBRON, OH 43025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,036.90 |
|---|---|---|---|
| | Eastman Aluminum, Inc.<br>214 South H Street<br>Lake Worth, FL 33460 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,576.28 |
|---|---|---|---|
| | Echo Global Logistics INC.<br>22168 Network Pl<br>Chicago, IL 60673-1221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
| | Name | | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,235.04 |
|---|---|---|---|
| | **ELEGANT WINDOWS, INC.**<br>**3709 E. RANDOL MILL RD.**<br>**SUITE 200**<br>**ARLINGTON, TX 76011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,235.00 |
|---|---|---|---|
| | **EXPERT DIE**<br>**733 CAVENDER ROAD, SE**<br>**DALTON, GA 30721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,800.00 |
|---|---|---|---|
| | **EZ Hinge and Hardware**<br>**P.O.Box 5400**<br>**Longview, TX 75608-5400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,469.08 |
|---|---|---|---|
| | **Federal Express**<br>**P.O. Box  7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.24 |
|---|---|---|---|
| | **FEDEX**<br>**PO BOX 660481**<br>**DALLAS, TX 75266-0481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.60 |
|---|---|---|---|
| | **FIDELITY SECURITY LIFE**<br>**PO BOX 632530**<br>**CINCINATTI, OH 45263-2530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244,802.00 |
|---|---|---|---|
| | **Fifth Third Capital Holdings, LLC**<br>**38 Fountain Square Plaza**<br>**MD 1094F**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Unsecured Note** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.10 |
|---|---|---|---|
| | **First Choice**<br>**18840 Parthenia Street**<br>**Northridge, CA 91324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**Frome Developments Omega, LLC**
151 Kalmus Drive, Ste F2
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,059.14** |
|---|---|---|---|

**Frontline Fused**
PO Box 1047
Eastsound, WA 98226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,213.00** |
|---|---|---|---|

**GAINESVILLE EMERGENCY DEPT SVCS PC**
PO BOX 37940
ATLANTA, GA 31193-5316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,795.67** |
|---|---|---|---|

**Gainesville Paint & Design Center**
662 Main Street
Gainesville, GA 30501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.88** |
|---|---|---|---|

**GE Capital (BMO Harris Bank)**
PO Box 71810
Chicago, IL 60694-1810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,433.26** |
|---|---|---|---|

**George Valencia**
4618 E. 52nd Place
Maywood, CA 90270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

**Get1free Coupon Magazine**
4180 Ruffin Rd #235
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,005.92** |
|---|---|---|---|

**GLOBAL EQUIPMENT COMPANY**
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,692.00 |
|---|---|---|---|
| | **Golden Mailer, Inc.**<br>**1661 Botelho Dr,**<br>**Suite 297**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,689.46 |
|---|---|---|---|
| | **GOOGLE**<br>**1600 Amphitheatre Pkwy**<br>**Mountain View, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.33 |
|---|---|---|---|
| | **Grainger**<br>**1721 Marietta Blvd NW**<br>**Atlanta, GA 30318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,038.00 |
|---|---|---|---|
| | **Gregory Bangs**<br>**5535 JOHN BURRUSS RD**<br>**CUMMING, GA 30040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unsecured Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,585.91 |
|---|---|---|---|
| | **GUILFORD IMMEDIATE CARE**<br>**1250 JESSE JEWELL PKWY**<br>**STE 300**<br>**GAINESVILLE, GA 30501-3865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $814.00 |
|---|---|---|---|
| | **HIGHLAND MOUNTAIN**<br>**PO BOX 5729**<br>**GAINESVILLE, GA 30504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,975.00 |
|---|---|---|---|
| | **Home Concepts Magazine**<br>**3952 Clairemont Mesa Blvd.**<br>**Suite D**<br>**San Diego, CA 92117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,543.16 |
|---|---|---|---|
| | **HOME DEPOT CREDIT SERVICES**<br>**PO BOX 9055**<br>**DES MOINES, IA 50368-9055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,860.00** |
| | **HOME DESIGN & DECOR**<br>P.O. BOX 472066<br>CHARLOTTE, NC 28247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,937.50** |
| | **Home Lifestyle**<br>16238 RR 620 N.<br>Suite f-234<br>Austin, TX 78717 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
| | **Home Trends**<br>107 N Kirby St<br>Garland, TX 75042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,479.29** |
| | **HORIZONS WINDOW FASHIONS**<br>Department 4354<br>CAROL STREAM, IL 60122-4354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$372.80** |
| | **HOWARD BROTHERS**<br>PO BOX 5044<br>DULUTH, GA 30096-0065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281,693.02** |
| | **HUNTERDOUGLAS**<br>P.O. BOX 405756<br>ATLANTA, GA 30384-5756 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,287.00** |
| | **Huntington Equity Investments, LLC**<br>41 South High Street<br>5th Floor<br>Columbus, OH 43215 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Unsecured Note** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,282.48** |
| | **Hydro Extrusion USA, LLC**<br>2905 Old Oakwood Rd<br>Gainesville, GA 30504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 50 of 75

Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

---

**3.94** Nonpriority creditor's name and mailing address
Ice Miller Legal Counsel
One American Square
Suite 2900
Indianapolis, IN 46282-0200

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Legal Services
Is the claim subject to offset? ☑ No ☐ Yes

**$2,497.00**

---

**3.95** Nonpriority creditor's name and mailing address
IMPERIAL FASTENER
13938 DINARD AVE
SANTA FE SPRINGS, CA 90670

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade Debt
Is the claim subject to offset? ☑ No ☐ Yes

**$10,876.58**

---

**3.96** Nonpriority creditor's name and mailing address
Industrial Repair Service, Inc
2650 Business Dr
Cumming, GA 30028

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade Debt
Is the claim subject to offset? ☑ No ☐ Yes

**$1,045.00**

---

**3.97** Nonpriority creditor's name and mailing address
Integrated Computer Works
1651 E. 4th St.
Suite 139
Santa Ana, CA 92701

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade Debt
Is the claim subject to offset? ☑ No ☐ Yes

**$3,500.00**

---

**3.98** Nonpriority creditor's name and mailing address
Integrated Sales Solutions II, LLC
6400 Highlands Pkwy SE
Suite C
Smyrna, GA 30082

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade Debt
Is the claim subject to offset? ☑ No ☐ Yes

**$7,000.00**

---

**3.99** Nonpriority creditor's name and mailing address
J.A. CRAWFORD
11813 E. SLAUSON AVENUE
SANTA FE SPRINGS, CA 90670

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Trade Debt
Is the claim subject to offset? ☑ No ☐ Yes

**$968.76**

---

**3.100** Nonpriority creditor's name and mailing address
Jackson Lewis LLP
P.O. Box 416019
Boston, MA 02241-6019

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Legal Services
Is the claim subject to offset? ☑ No ☐ Yes

**$7,722.10**

---

| Debtor | AMERICAN HOME PRODUCTS LLC | Case number (if known) | 19-21054-JRS |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,670.00 |
|---|---|---|---|

**JG MEDIA**
**3600 E. PALM VALLEY BLVD**
**BOX #3**
**ROUND ROCK, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $469,259.62 |
|---|---|---|---|

**JIM FINE WOODEN PRODUCTS CO, LTD**
**NO 5 BEIHUAN ST, HAILIN**
**ECONOMIC DEVELO ZONE**
**HEILONGJIANG CHINA 157100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,038.00 |
|---|---|---|---|

**Joe Seladi**
**1139 Transart Pkwy**
**Canton, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Unsecured Note

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,912.85 |
|---|---|---|---|

**Kaiser Foundation Health Plan**
**P.O. Box 80204**
**Worldway Postal Center**
**Los Angeles, CA 90080-0204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757,837.37 |
|---|---|---|---|

**KENTA MANUFACTURING GROUP**
**JI.PUSPA GADING VII B1/17**
**KELAPA GADING INDONESIA, JK 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,425.00 |
|---|---|---|---|

**Kids From The Valley XII LLC**
**P.O. Box 55047**
**Los Angeles, CA 90055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,713.79 |
|---|---|---|---|

**KLINGSPOR**
**PO BOX 2367**
**HICKORY, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,920.00** |

**LA IT CONSULTANTS**
**17412 VENTURA BLVD.**
**SUITE 321**
**ENCINO, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,770.00** |

**Lanny Dunagan Welding Inc.**
**1205 Industrial Blvd**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,698.21** |

**Larry Farrell**
**17813 Los Alimos St**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,017.97** |

**LAWSON AIR CONDITIONING & PLUMBING**
**P.O. BOX 711**
**GAINESVILLE, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$975.00** |

**Lead Performance Marketing, LLC**
**4440 PGA Blvd**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,340.00** |

**Lifestyle Publications, LLC**
**514 W 26th St**
**Suite 1S**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |

**Live Chat Monitoring**
**Level 1, 441 South Rd**
**Moorabbin, VIC AUSTRALIA 3189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |

**Local Shopper**
**5 Renaissance Dr**
**Irwin, PA 15642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

| | | |
|---|---|---|
| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,305.00** |
| | Lockett, Inc.<br>P.O. Box 20693<br>Carson City, NV 89721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
| | Lucas Associates, Inc.<br>P.O. Box 638364<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,384.82** |
| | M&K INTERNATIONAL<br>PO BOX 1327<br>STATHAM, GA 30666 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,691.00** |
| | M.C.Y. Construction<br>12409 Willow Springs Drive<br>Moorpark, CA 93021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750,000.00** |
| | MCM Capital Advisors III, LLC<br>25201 Chagrin Blvd<br>Suite 360<br>Cleveland, OH 44122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Management Fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,702.02** |
| | MCM Capital Partners<br>25201 Chagrin Blvd<br>Suite 360<br>Cleveland, OH 44122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Director Expenses** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,440,486.00** |
| | MCM Capital Partners III, LP.<br>25201 Chagrin Blvd<br>Suite 360<br>Cleveland, OH 44122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unsecured Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,039.82** |
| | MCMASTER-CARR<br>PO BOX 7690<br>CHICAGO, IL 60680-7690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,096.67 |
|---|---|---|---|

**METRIE**
10134 KINGS DOMINION BLVD
DOSWELL, VA 23047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,691.10 |
|---|---|---|---|

**Mike The Shutterman**
5605 Costa Maritima
San Clemente, CA 92673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,215.00 |
|---|---|---|---|

**MINT MAGAZINE**
3708 HEMPLAND RD
MOUNTVILLE, PA 17554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.75 |
|---|---|---|---|

**MONEY MAILER OF GREATER GWINNETT**
5413 Vinings Lake View
Mableton, GA 30126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,254.70 |
|---|---|---|---|

**Mono Engineering Corp.**
20977 Knapp Street
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.80 |
|---|---|---|---|

**MOTION INDUSTRIES**
PO BOX 404130
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.87 |
|---|---|---|---|

**Mr. First Aid & Safety, Inc.**
P.O. Box 5297
Gainesville, GA 30504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**NACM EAST TENNESSEE**
PO BOX 6809
KNOXVILLE, TN 37914-0809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,088.00 |
|---|---|---|---|
| | **NEW HOME CHARLESTON**<br>**PO BOX 22573**<br>**CHARLESTON, SC 29413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.24 |
|---|---|---|---|
| | **NORTH GEORGIA PROPANE**<br>**2490 HILTON DRIVE**<br>**STE D**<br>**GAINESVILLE, GA 30501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.60 |
|---|---|---|---|
| | **NORTHEAST GEORGIA RENTALS INC.**<br>**4204 MCEVER RD**<br>**P.O. BOX 787**<br>**OAKWOOD, GA 30566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.46 |
|---|---|---|---|
| | **Office Depot**<br>**PO BOX 630813**<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,038.49 |
|---|---|---|---|
| | **ON THE GO TECHS**<br>**P.O. BOX 374**<br>**LULA, GA 30554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282.50 |
|---|---|---|---|
| | **ONEDAYLIVE**<br>**119 MEADOWLARK CT**<br>**MISSOULA, MT 59803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.05 |
|---|---|---|---|
| | **PACIFIC ALARM SYSTEMS**<br>**4444 SEPULVEDA BLVD.**<br>**CULVER CITY, CA 90230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.37 |
|---|---|---|---|
| | **Pacific Gas & Electric Company**<br>**PO Box 997300**<br>**Sacramento, CA 95899-7300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,628.64 |

**Packsize**
29575 Network Place
Chicago, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.90 |

**Paper Depot**
5308 Derry Ave
Suite E
Agoura Hills, CA 91301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,336.78 |

**PENSKE TRUCK LEASING CO., L.P.**
P.O. BOX 532658
ATLANTA, GA 30353-2658

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,325.00 |

**PERFORMANCE MEDIA**
1788 SECOND ST
STE 201
HIGHLAND PARK, IL 60035

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,185.00 |

**PETHEL SERVICES LLC**
P. O. BOX 907954
GAINESVILLE, GA 30501

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.48 |

**PPG**
PO Box 536864
Atlanta, GA 30353

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,206.69 |

**PREMIER ACCESS INSURANCE COMPANY**
PO Box 39000
San Francisco, CA 94139

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.09 |

**Printing Technology, Inc.**
21001 Nordhoff St
Chatsworth, CA 91311

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.05 |
|---|---|---|---|
| | **PRO EDGE, INC.**<br>**PO BOX 201**<br>**SHELBY, IN 46377** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,037.68 |
|---|---|---|---|
| | **Professional Personnel Service, Inc**<br>**P.O. Box 896652**<br>**Charlotte, NC 28289-6652** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,027.60 |
|---|---|---|---|
| | **PROINSTALL**<br>**8 Mclaren**<br>**#C**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Pudong Prime International Logistic**<br>**9660 Flair dr**<br>**Suite 488**<br>**El Monte, CA 91731** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,140.00 |
|---|---|---|---|
| | **PURE WATER TECHNOLOGY GEORGIA,**<br>**LLC**<br>**5112 RICHMOND ROAD**<br>**BEDFORD HEIGHTS, OH 44146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.04 |
|---|---|---|---|
| | **QMI SECURITY SOLUTIONS**<br>**75 REMITTANCE DRIVE**<br>**STE 1179**<br>**CHICAGO, IL 60675-1179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,090.78 |
|---|---|---|---|
| | **RANDSTAD**<br>**P.O. BOX 742689**<br>**ATLANTA, GA 30374-2689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **AMERICAN HOME PRODUCTS LLC**                    Case number (if known)    **19-21054-JRS**
Name

---

**3.155**

Nonpriority creditor's name and mailing address
**RCP Direct II, L.P.**
**353 N. Clark Street**
**Suite 3500**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Note**

Is the claim subject to offset?  ☑ No  ☐ Yes

$2,037,358.00

---

**3.156**

Nonpriority creditor's name and mailing address
**RED DIAMOND**
**400 PARK AVENUE**
**MOODY, AL 35004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$513.50

---

**3.157**

Nonpriority creditor's name and mailing address
**Remington**
**P.O. Box 800850**
**Santa Clarita, CA 91380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$28.00

---

**3.158**

Nonpriority creditor's name and mailing address
**Remodeling 101 Guide**
**6700 Fallbrook Ave #147**
**West Hills, CA 91307**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$600.00

---

**3.159**

Nonpriority creditor's name and mailing address
**Richard A. Castner**
**PO Box 2021**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$3,312.00

---

**3.160**

Nonpriority creditor's name and mailing address
**Richard C. Hunsaker, Trustee**
**PO Box 2423**
**Santa Ana, CA 92707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$4,087.00

---

**3.161**

Nonpriority creditor's name and mailing address
**Rick Caty**
**636 Oak Glade Dr**
**Fallbrook, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$50.00

---

**3.162**

Nonpriority creditor's name and mailing address
**Ring Central**
**20 Davis Dr**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☑ No  ☐ Yes

$5,714.21

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
| | Name | | |

---

**3.163** Nonpriority creditor's name and mailing address
**RITTER MFG, INC.**
**11441 East Lakewood Blvd**
**Holland, MI 49424**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$237.76

---

**3.164** Nonpriority creditor's name and mailing address
**ROYAL MOULDINGS**
**25545 NETWORK PLACE**
**CHICAGO, IL 60673-1255**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$85,777.38

---

**3.165** Nonpriority creditor's name and mailing address
**Royal Wholesale Electric**
**PO Box 847124**
**Los Angeles, CA 90084-7124**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$1,113.31

---

**3.166** Nonpriority creditor's name and mailing address
**RSVP Publications**
**6730 W. Linebaugh AVE W. Lineb**
**Ste 201**
**Tampa, FL 33625**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$48,679.01

---

**3.167** Nonpriority creditor's name and mailing address
**Ryan Waggoner**
**305 Riverside Dr**
**#8C**
**New York, NY 10025**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$3,000.00

---

**3.168** Nonpriority creditor's name and mailing address
**Ryder Transportation Services**
**PO BOX 96723**
**CHICAGO, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$3,469.17

---

**3.169** Nonpriority creditor's name and mailing address
**S & S Brothers Construction Inc.**
**1948 Bel Aire Dr.**
**Glendale, CA 91201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$2,324.00

---

**3.170** Nonpriority creditor's name and mailing address
**SANBENITO SHUTTER CO**
**1600 LANA WAY**
**HOLLISTER, CA 95023**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

$5,039.60

---

| Debtor | AMERICAN HOME PRODUCTS LLC | Case number (if known) | 19-21054-JRS |
|---|---|---|---|
| | Name | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.40 |
|---|---|---|---|

SEMPCO, INC.
196 SCHERER AVENUE
WALNUT, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,526.00 |
|---|---|---|---|

Service Express
3854 Broadmoor Ave. SE
Grand Rapids, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

She Magazine
PO BOX 3953
Florence, SC 29502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,962.74 |
|---|---|---|---|

SHELL
P.O. BOX 78012
PHOENIX, AZ 85062-8012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.50 |
|---|---|---|---|

Shelve-IT
21055 Kimberly Court
Lake Elsinore, CA 92532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,937.00 |
|---|---|---|---|

Shorr Packaging Corp.
4000 Ferry Road
Aurora, IL 60598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.97 |
|---|---|---|---|

Shred-It
7734 S 133rd Street
Omaha, NE 68138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,197.10 |
|---|---|---|---|

Shutter Up Installations
21 Golden Rain
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|
| | Name | | | |

---

**3.179** | Nonpriority creditor's name and mailing address
**SIMPSON STRONG-TIE COMPANY**
P.O. BOX 45687
SAN FRANCISCO, CA 94145-0687

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$2,362.29

---

**3.180** | Nonpriority creditor's name and mailing address
**Smart Saver Magazine**
6911 Topanga Canyon Blvd
Suite #203
Canoga Park, CA 91303

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$2,000.00

---

**3.181** | Nonpriority creditor's name and mailing address
**SMITH'S CLEANING OF SOUTH HALL, INC**
P.O. BOX 1311
FLOWERY BRANCH, GA 30542

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$13,281.70

---

**3.182** | Nonpriority creditor's name and mailing address
**SMUD**
P.O. Box 15555
Sacramento, CA 95852

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$132.94

---

**3.183** | Nonpriority creditor's name and mailing address
**Softensity**
3535 Roswell Rd
Suite 40
Marietta, GA 30062

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$6,250.00

---

**3.184** | Nonpriority creditor's name and mailing address
**SOUTHERN FLUID SYSTEMS, INC**
P.O. BOX 44786
ATLANTA, GA 30336

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$3,522.00

---

**3.185** | Nonpriority creditor's name and mailing address
**Southern States Machinery**
6332 Flank Dr
Harrisburg, PA 17112

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$3,363.16

---

**3.186** | Nonpriority creditor's name and mailing address
**Sparkletts**
PO Box 660579
Dallas, TX 75266-0579

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$112.00

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,594.16 |
|---|---|---|---|

**SPRING WINDOW FASHIONS, LLC**
PO BOX 945792
ATLANTA, GA 30394-5792

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,185.53 |
|---|---|---|---|

**Sprint**
P. O Box 219100
Kansas City, MO 64121-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.90 |
|---|---|---|---|

**STANDARD OFFICE SYSTEMS OF ATLANTA**
2475 MEADOWBROOK PKWY
DULUTH, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,097.44 |
|---|---|---|---|

**Staples Advantage**
PO Box 405386
Dept ATL
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,059.01 |
|---|---|---|---|

**Steve Tafoya Window Covering**
5593 Leitrim Way
Antioch, CA 94531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,295.95 |
|---|---|---|---|

**STILES MACHINERY, INC**
3944 SOLUTIONS CENTER
CHICAGO, IL 60677-3009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925,125.00 |
|---|---|---|---|

**Strategic America**
6600 Westown Parkway
Suite 100
West Des Moines, IA 50266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,223.94 |
|---|---|---|---|

**SUN LIFE FINANCIAL**
P.O. BOX 807009
KANSAS CITY, MO 64184-7009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | AMERICAN HOME PRODUCTS LLC | Case number (if known) | 19-21054-JRS |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,940.92 |
|---|---|---|---|

**Superior Window Coverings**
543 Fran Ct
Galt, CA 95632

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,599.20 |
|---|---|---|---|

**Superior Woodworks**
1117 Buckingham Dr
#F
Costa Mesa, CA 92626

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,168.95 |
|---|---|---|---|

**T-Serve, Inc.**
1640 Oakbrook Dr
Gainesville, GA 30507

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,414.18 |
|---|---|---|---|

**TALK OF THE TOWN COUPONS,INC**
1937 FLEMING RD
GREENSBORO, NC 27410

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,110.97 |
|---|---|---|---|

**TAYLOR BROTHERS MANUFACTURING**
1490 SUNSHINE CHURCH RD
TOCCOA, GA 30577

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,443.73 |
|---|---|---|---|

**TEAM B&B, LLC**
300 UPLAND CT
COLGATE, WI 53017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,634.87 |
|---|---|---|---|

**Teixeira Window Coverings**
PO Box 118
Riverdale, CA 93656

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.00 |
|---|---|---|---|

**Terminix Processing Center**
P.O. Box 742592
Cincinnati, OH 45274-2592

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.86 |
|---|---|---|---|

The Cincinnati Life Insurance Co
PO Box 631205
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

THE GAZETTE
30 E. PIKES PEAK AVE
STE 100
COLORADO SPRINGS, CO 80903-1580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

The Home Improvement Guide
PO Box 17646
Encino, CA 91416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,660.00 |
|---|---|---|---|

THE HOME MAG
8820 MARYLAND PARKWAY
STE 105
LAS VEGAS, NV 89123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,664.00 |
|---|---|---|---|

THe Home Mag Chicago
301 West Main St
Barrington, IL 60010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,990.00 |
|---|---|---|---|

The Home Mag Minnesota
11900 Wayzata Blvd
Suite 226
Minnetonka, MN 55305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,575.00 |
|---|---|---|---|

THE HOME MAG NASHVILLE
2000 Mallory Lane
STE 130-384
FRANKLIN, TN 37067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

**3.210** Nonpriority creditor's name and mailing address

**THE HOME MAG ORANGE COUNTY**
**16808 ARMSTRONG AVE**
**SUITE 200**
**IRVINE, CA 92614**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,200.00

---

**3.211** Nonpriority creditor's name and mailing address

**The Home Mag South Bay**
**16808 Armstrong Ave**
**Suite 200**
**Irvine, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,100.00

---

**3.212** Nonpriority creditor's name and mailing address

**THE HOME MAG-SAN ANTONIO**
**P.O.Box 1140**
**DRIPPING SPRINGS, TX 78620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$5,000.00

---

**3.213** Nonpriority creditor's name and mailing address

**The Home Mag-Tampa Bay**
**6044 GRAND BLVD**
**NEW PORT RICHEY, FL 34652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$3,850.00

---

**3.214** Nonpriority creditor's name and mailing address

**The Home Mag-Tomball**
**14011 Park Dr**
**STE 108**
**Tomball, TX 77377**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$2,895.00

---

**3.215** Nonpriority creditor's name and mailing address

**THE HOMEMAG OF AUSTIN**
**P.O. BOX 1140**
**STE 240**
**DRIPPING SPRINGS, TX 78620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$5,000.00

---

**3.216** Nonpriority creditor's name and mailing address

**THE HOMEMAG OF KANSAS CITY**
**5809 REEDS RD**
**LOWER LEVEL**
**MISSION, KS 66202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☑ No ☐ Yes

$1,538.97

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,295.00** |
|---|---|---|---|

**THE HOMEMAG OF OKLAHOMA CITY**
**2410 W. MEMORIAL RD**
**STE C #605**
**OKLAHOMA CITY, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**The Palm Beach Post**
**PO Box 645098**
**Cincinnati, OH 45264-5098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,385.60** |
|---|---|---|---|

**The Right Fit Window Coverings**
**11028 Lindley Ave**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00** |
|---|---|---|---|

**The San Diego Union-Tribune**
**P.O. Box 121565**
**San Diego, CA 92112-5565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,143.11** |
|---|---|---|---|

**The Tombras Group**
**P.O Box 15151**
**Knoxville, TN 37901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,790.00** |
|---|---|---|---|

**THEHOMEMAG PHILADELPHIA**
**199 WASHINGTON ST**
**DOYLESTOWN, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**TheHomeMag San Diego**
**16808 Armstrong Ave**
**Suite 200**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$617.07** |
|---|---|---|---|

**THM PUBLISHING INDIANAPOLIS,LLC**
**1732 SE 47TH TERRACE**
**CAPE CORAL, FL 33904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,199.00**

**THM PUBLISHING MARYLAND/N VIRGINIA**
**1732 SE 47TH TERRACE**
**CAPE CORAL, FL 33904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,245.29**

**TIMBERBLINDS**
**P.O. BOX 848630**
**DALLAS, TX 75284-8630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.36**

**Time Warner Communications**
**P.O. Box 60074**
**City of industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,320.43**

**TLS of Birmingham**
**223 Crest Drive**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00**

**TLS of Boston**
**87 Brook Rd. #1r**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,374.78**

**TLS of Central Atlanta**
**308 Tuxworth Circle**
**Decatur, GA 30033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,341.14**

**TLS of Charleston**
**1638 Bull Creek Lane**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,184.00**

**TLS of Charlotte**
**1696 Verdict Ridge Dr.**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**
Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,461.60 |
|---|---|---|---|

**TLS of Cleveland**
**4625 Brushwood Circle**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,017.48 |
|---|---|---|---|

**TLS of Colorado**
**4181 S. Fraser Court**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,985.00 |
|---|---|---|---|

**TLS of Dallas/Austin**
**2903 Cottonwood Ln.**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,128.87 |
|---|---|---|---|

**TLS of Des Moines**
**2633 NW Heritage Ave.**
**Ankeney, IA 50023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,293.00 |
|---|---|---|---|

**TLS of East Georgia**
**1825 McDowell Ct.**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,402.33 |
|---|---|---|---|

**TLS of Ft. Lauderdale**
**1301 SE 13th Ave**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,641.00 |
|---|---|---|---|

**TLS of Gulf Coast**
**4450 Roxborough Pl**
**Pensacola, FL 32514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,191.00 |
|---|---|---|---|

**TLS of Jacksonville**
**302 Crescent Key Dr.**
**St. Augustine, FL 32086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | AMERICAN HOME PRODUCTS LLC | Case number (if known) | 19-21054-JRS |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,037.00 |
|---|---|---|---|

**TLS of Knoxville**
**1229 Tophill Rd.**
**Louisville, TN 37777**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,570.74 |
|---|---|---|---|

**TLS of Lake Charles**
**4508 Autumnwood Lane**
**Lake Charles, LA 70605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,266.44 |
|---|---|---|---|

**TLS of Louisville**
**1604 Vivian Ln**
**Louisville, KY 40205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,281.50 |
|---|---|---|---|

**TLS of Macon/Columbia**
**5797 Kentucky Downs Dr.**
**Macon, GA 31210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,891.21 |
|---|---|---|---|

**TLS of Maryland/DC**
**4409 Holter Court**
**Jefferson, MD 21755**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,111.00 |
|---|---|---|---|

**TLS of Memphis**
**6827 Shorey Lane**
**Cordove, TN 38018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,001.51 |
|---|---|---|---|

**TLS of Metro Atlanta**
**212 Celebration Lane**
**Acworth, GA 30102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,927.93 |
|---|---|---|---|

**TLS of Metro Detroit**
**22600 Cherry Hill Street**
**Dearborn, MI 48124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,972.73**

**TLS of Metro Tampa**
**515 Highland Avenue**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,824.43**

**TLS of Montgomery**
**1422 Pinkston CT**
**Auburn, AL 36380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,390.82**

**TLS of Myrtle Beach**
**128 Charles Towne Lane**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,116.15**

**TLS of Nashville**
**2168 Kidd RD**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,147.00**

**TLS of New Jersey**
**119 Eldridge Ave**
**Del Haven, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,374.80**

**TLS of North Alabama**
**1112 Highland Way**
**Kimberly, AL 35091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,563.00**

**TLS of North Carolina**
**3995 Velinda Dr.**
**Winston Salem, NC 27106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00**

**TLS of Northern New Jersey**
**7 Mahoras Drive**
**Ocean, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|

Name

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,925.00 |
|---|---|---|---|

**TLS of Northpoint**
**6885 Jamestown Drive**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,504.05 |
|---|---|---|---|

**TLS of Ohio**
**7417 PalmLeaf Lane**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**TLS of Orlando**
**16704 Culloden Ct.**
**Clermont, FL 34714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,728.00 |
|---|---|---|---|

**TLS of Philadelphia**
**1423 Guiteras Drive**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**TLS of Pittsburgh**
**8 Ellen Dr.**
**Jeannette, PA 15644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,092.59 |
|---|---|---|---|

**TLS of Raleigh-Durham**
**6305 Alfalfa Lane**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,580.80 |
|---|---|---|---|

**TLS of San Antonio**
**1681 Hilltop Ridge**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,332.47 |
|---|---|---|---|

**TLS of Savannah/Hilton Head**
**165 Blackjack Oak Dr. East**
**Richmond Hill, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address

**TLS of South Georgia**
**2314 Golf Course Drive**
**Albany, GA 31721**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$22,900.00**

---

**3.266** | Nonpriority creditor's name and mailing address

**TLS of South Houston**
**1603 Dogwood Brook Trail**
**Houston, TX 77062**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,001.14**

---

**3.267** | Nonpriority creditor's name and mailing address

**TLS of South Louisiana**
**45440 Cali Rd**
**Hammond, LA 70401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,848.15**

---

**3.268** | Nonpriority creditor's name and mailing address

**TLS of Tampa Bay**
**7602 Jenner Ave**
**New Port Richey, FL 34655**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,336.56**

---

**3.269** | Nonpriority creditor's name and mailing address

**TLS of Western Carolina**
**211 S Quail Lane**
**Forest City, NC 28043**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,892.00**

---

**3.270** | Nonpriority creditor's name and mailing address

**TLS of Wichita/Kansas City**
**130 S. Lark Lane**
**Wichita, KS 67209**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,281.85**

---

**3.271** | Nonpriority creditor's name and mailing address

**Top Notch Garage Door**
**5340 McEver Rd**
**Suite G**
**Flowery Branch, GA 30542**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$615.95**

---

**3.272** | Nonpriority creditor's name and mailing address

**Total Computer Solutions, Inc.**
**353 Robins West Pkwy.**
**Warner Robins, GA 31088**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,038.79**

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|---|

Name

---

**3.273** Nonpriority creditor's name and mailing address
**TOWNLEY PORTABLE TOILETS, INC**
**1061 WARHILL PARK RD**
**DAWSONVILLE, GA 30534**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$975.00**

---

**3.274** Nonpriority creditor's name and mailing address
**Uline**
**PO BOX 88741**
**CHICAGO, IL 60680-1747**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,429.44**

---

**3.275** Nonpriority creditor's name and mailing address
**Unique Logistics International Inc**
**2727 PACES FERRY RD SE**
**BLDG. 1 STE 100**
**ATLANTA, GA 30339**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,884.53**

---

**3.276** Nonpriority creditor's name and mailing address
**US Bancorp Office Equip. Fin.**
**PO BOX 790448**
**ST. LOUIS, MO 63179-0448**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,697.22**

---

**3.277** Nonpriority creditor's name and mailing address
**VALLEY SUPPLY**
**7036 DEERING AVE**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,839.02**

---

**3.278** Nonpriority creditor's name and mailing address
**Vanex**
**PO Box 987**
**Mt Vernon, IL 62864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$426,154.90**

---

**3.279** Nonpriority creditor's name and mailing address
**VISION SERVICE PLAN - (CA)**
**P.O. BOX 45210**
**SAN FRANCISCO, CA 94145-5210**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$211.50**

---

**3.280** Nonpriority creditor's name and mailing address
**Vista Paint Corp**
**2020 E. Orangethorpe Ave.**
**Fullerton, CA 92831**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,973.80**

---

| Debtor | **AMERICAN HOME PRODUCTS LLC** | Case number (if known) | **19-21054-JRS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,024.89** |
| | **VistaPrint Corporate Solutions Inc**<br>**275 Wyman St**<br>**Waltham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,064.07** |
| | **VOORWOOD PARTS & CONSUMABLES**<br>**2350 BARNEY STREET**<br>**ANDERSON, CA 96007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,180.00** |
| | **WILHEIT PACKAGING**<br>**PO BOX 111**<br>**GAINESVILLE, GA 30503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,274.50** |
| | **Wolfe & Wyman LLP**<br>**2301 Dupont Dr**<br>**Suite 300**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,499.81** |
| | **WORLDWIDE EXPRESS**<br>**PO BOX 41310**<br>**PLYMOUTH, MN 55441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 355,230.89 |
| **5b. Total claims from Part 2** | 5b. + $ | 14,081,837.81 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 14,437,068.70 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AMERICAN HOME PRODUCTS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-21054-JRS** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Expense Management Agreement | |
|---|---|---|---|
| | State the term remaining | | **Abacus** |
| | List the contract number of any government contract | | **14 E 38th Street** |
| | | | **New York, NY 10016** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Property lease | |
|---|---|---|---|
| | State the term remaining | Ongoing | **Aborn Powers, Inc.** |
| | List the contract number of any government contract | | **3161 Cameron Park Drive** |
| | | | **Ste 205** |
| | | | **Cameron Park, CA 95682** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/11/2019 | **Adell Caler** |
| | List the contract number of any government contract | | **15370 Kadota St.** |
| | | | **Sylmar, CA 91342** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/10/2019 | **Adrian Andrade** |
| | List the contract number of any government contract | | **432 College St** |
| | | | **Hollister, CA 95023** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                                    Case number *(if known)*   **19-21054-JRS**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
                                                        whom the debtor has an executory contract or unexpired
                                                        lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/15/2019 | **Adrian Andrade**<br>432 College St<br>Hollister, CA 95023 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AFLAC**<br>1932 Wynnton Rd<br>Columbus, GA 31999 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/31/2019 | **Alane Gallagher**<br>8156 Whelan Dr.<br>San Diego, CA 92119 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | 12/5/2014 | **Ali Dabajeh**<br>TLS of Metro Detroit<br>22600 Cherry Hill Street<br>Dearborn, MI 48124 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/26/2019 | **Alice Gordon**<br>3977 Lees Ave<br>Long Beach, CA 90808 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Alliant Health Plans**<br>1503 N Tibbs Rd<br>Dalton, GA 30720 |
| | List the contract number of any | | |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**
 First Name          Middle Name          Last Name

Case number (*if known*)  **19-21054-JRS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/29/2019 | **Allison Mansell**<br>**3322 Curtis St.**<br>**San Diego, CA 92106** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 8/15/2017 | **Allison Mansell**<br>**3322 Curtis St.**<br>**San Diego, CA 92106** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 8/15/2017 | **Allison Mansell**<br>**3322 Curtis St.**<br>**San Diego, CA 92106** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | 6/23/2011 | **American Telecenters**<br>**930 Interstate Ridge Drive, Suite F**<br>**Gainesville, GA 30501** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **American Telecenters**<br>**930 Interstate Ridge Dr**<br>**Gainesville, GA 30501** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Andrew Capstickdale**<br>**TLS of Birmingham**<br>**223 Crest Drive**<br>**Birmingham, AL 35209** |
|---|---|---|---|

Debtor 1   **AMERICAN HOME PRODUCTS LLC**
_____    Case number *(if known)*   **19-21054-JRS**
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
                                                                    whom the debtor has an executory contract or unexpired
                                                                    lease

|   | State the term remaining | **Dec. 2011** |
|---|---|---|
|   | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
|   | State the term remaining | **1/28/2019** | |
|   | List the contract number of any government contract | | **Anthony Lopez**<br>**4083 Inglenook Way**<br>**Ontario, CA 91761** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
|   | State the term remaining | **1/28/2019** | |
|   | List the contract number of any government contract | | **Anthony Lopez**<br>**4083 Inglenook Way**<br>**Ontario, CA 91761** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
|   | State the term remaining | **1/17/2019** | |
|   | List the contract number of any government contract | | **Antonio & Maria Alvernaz**<br>**278 Uvas**<br>**Milpitas, CA 95035** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
|   | State the term remaining | **2/1/2019** | |
|   | List the contract number of any government contract | | **Arlene Mulqueeney**<br>**815 N Humboldt St**<br>**San Mateo, CA 94401** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **AT&T Multi-Service Agreement** | |
|---|---|---|---|
|   | State the term remaining | **5/3/2017** | |
|   | List the contract number of any government contract | | **AT&T**<br>**1452 Edinger Avenue**<br>**Tustin, CA 92780** |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**
First Name  Middle Name  Last Name

Case number (*if known*)  **19-21054-JRS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining  1/22/2019

List the contract number of any government contract

Barbara Lourtie
5991 Fairbrook St.
Long Beach, CA 90815

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining  1/22/2019

List the contract number of any government contract

Barbara Watson
5326 Callister Ave
Sacramento, CA 95819

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement**

State the term remaining  2/25/2013

List the contract number of any government contract

Bart Stagg
TLS of Lake Charles
4508 Autumnwood Lane
Lake Charles, LA 70605

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining  12/26/2018

List the contract number of any government contract

Bert Kelly
13745 W Sunset Blvd
Pacific Palisades, CA 90272

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement**

State the term remaining  Dec. 2011

List the contract number of any government contract

Bill Potter
TLS of Gulf Coast
4450 Roxborough Pl
Pensacola, FL 32514

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement**

State the term remaining  Dec. 2011

List the contract number of any

Bill Turner
TLS of Jacksonville
302 Crescent Key Drive
Saint Augustine, FL 32086

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)  **19-21054-JRS**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

|  | | | |
|---|---|---|---|
| | government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Property lease | |
|---|---|---|---|
| | State the term remaining | 8/1/16 - 7/31/19 | Black Mountain Plaza, L.P. c/o American Property Enterprises 5465 Morehouse Dr., Ste 200 San Diego, CA 92126 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Dec. 2011 | Bob Groves TLS of Nashville 2168 Kidd Road Nolensville, TN 37135 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 6/18/2016 | Brad Harbert TLS of Des Moines 2633 NW Heritage Ave Ankeny, IA 50023 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/29/2018 | Brian and Thia Frontino 4608 Greenbush Ave Sherman Oaks, CA 91423 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/29/2018 | Brian and Thia Frontino 4608 Greenbush Ave Sherman Oaks, CA 91423 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | Brian Peavy TLS of Macon/Columbia 5797 Kentucky Downs Dr Macon, GA 31210 |
|---|---|---|---|

Debtor 1    **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)*   19-21054-JRS
_____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases                         State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

State the term remaining        3/30/2012

List the contract number of any    _____
government contract

---

2.34.   State what the contract or    **License Agreement**
lease is for and the nature of
the debtor's interest

State the term remaining        7/18/2017                **Bridget Paul**
**TLS of Northern New Jersey**
List the contract number of any    _____    **7 Mahoras Drive**
government contract                                      **Asbury Park, NJ 07712**

---

2.35.   State what the contract or    **Customer Sales**
lease is for and the nature of    **Agreement**
the debtor's interest

State the term remaining        1/25/2019
**Brittany Stevens**
List the contract number of any    _____    **949 Sunlit Ln**
government contract                                      **Costa Mesa, CA 92626**

---

2.36.   State what the contract or    **License Agreement**
lease is for and the nature of
the debtor's interest

State the term remaining        8/21/2014                **Bryan Duke**
**TLS of Metro Atlanta**
List the contract number of any    _____    **212 Celebration Lane**
government contract                                      **Acworth, GA 30102**

---

2.37.   State what the contract or    **Facility Lease**
lease is for and the nature of
the debtor's interest

State the term remaining        07/07/2015
**BT Capital**
List the contract number of any    _____    **1215 Palmour Dr**
government contract                                      **Gainesville, GA 30501**

---

2.38.   State what the contract or    **License Agreement**
lease is for and the nature of
the debtor's interest

State the term remaining        9/29/2014                **Buddy Cox**
**TLS of Charleston**
List the contract number of any    _____    **1638 Bull Creek Lane**
government contract                                      **Charleston, SC 29414**

---

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                          Case number (*if known*)   **19-21054-JRS**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **License Agreement**

State the term remaining — **Dec. 2011**

List the contract number of any government contract

> **Burkett Carver**
> **TLS of South Georgia**
> **2314 Golf Course Drive**
> **Albany, GA 31721**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Utility Agreement**

State the term remaining

List the contract number of any government contract

> **CalStar Services, Inc.**
> **P.O. Box 57456**
> **Sherman Oaks, CA 91403**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Forklift Lease**

State the term remaining — **April 2017 - April 2022**

List the contract number of any government contract

> **Capital Peaks LLC**
> **1321 Wellesley Avenue**
> **Los Angeles, CA 90025**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **1/25/2019**

List the contract number of any government contract

> **Cary Mansfield**
> **28133 Stonington Ln**
> **Santa Clarita, CA 91350**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **1/26/2019**

List the contract number of any government contract

> **Cathy Daoust**
> **13454 Roselle Ave**
> **Hawthorne, CA 90250**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Quote Confirmtaion**

State the term remaining — **9/4/2018**

List the contract number of any

> **CDW LLC**
> **200 N. Milwaukee Avenue**
> **Vernon Hills, IL 60061**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| Debtor 1 | **AMERICAN HOME PRODUCTS LLC** | | Case number *(if known)* | **19-21054-JRS** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/9/2019 | **Channing Salamera** |
| | List the contract number of any government contract | | **111 Lomitas Dr**<br>**Danville, CA 94526** |

---

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/9/2019 | **Channing Salamera** |
| | List the contract number of any government contract | | **111 Lomitas Dr**<br>**Danville, CA 94526** |

---

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/22/2019 | **Charles Collins** |
| | List the contract number of any government contract | | **6001 Fairbrook**<br>**Long Beach, CA 90815** |

---

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/12/2019 | **Charles Sztanski** |
| | List the contract number of any government contract | | **4680 ARIBA DR**<br>**Tarzana, CA 91356** |

---

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | Dec. 2011 | **Charlie Orender**<br>**TLS of Ohio** |
| | List the contract number of any government contract | | **7417 PalmLeaf Lane**<br>**Columbus, OH 43235** |

---

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agreement** | **Cincinatti Life**<br>**PO Box 145496**<br>**Cincinnati, OH 45250-5496** |
|---|---|---|---|

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                     Case number *(if known)*   **19-21054-JRS**
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease

          State the term remaining

          List the contract number of any
              government contract

---

2.51.   State what the contract or        **Utility Agreement**
        lease is for and the nature of
        the debtor's interest

          State the term remaining

          List the contract number of any          **City of Gainesville**
              government contract                  **75 Queen City Parkway**
                                                   **Gainesville, GA 30501**

---

2.52.   State what the contract or        **Marketing Agreement**
        lease is for and the nature of
        the debtor's interest

          State the term remaining                 **Clutch**
                                                   **573 Sunny Meadow Lane**
          List the contract number of any          **Grand Junction, CO 81507**
              government contract

---

2.53.   State what the contract or        **License Agreement**
        lease is for and the nature of
        the debtor's interest

          State the term remaining        **12/30/2016**        **Craig Amick**
                                                               **TLS of Charlotte**
          List the contract number of any                      **1696 Verdict Ridge Drive**
              government contract                              **Denver, NC 28037**

---

2.54.   State what the contract or        **License Agreement**
        lease is for and the nature of
        the debtor's interest

          State the term remaining        **6/3/2012**         **Craig Hamner**
                                                               **TLS of Boston**
          List the contract number of any                      **87 Brook Road #1r**
              government contract                              **Quincy, MA 02169**

---

2.55.   State what the contract or        **License Agreement**
        lease is for and the nature of
        the debtor's interest

          State the term remaining        **9/27/2012**        **Daniel Jarratt**
                                                               **TLS of South Louisiana**
          List the contract number of any                      **45440 Cali Road**
              government contract                              **Hammond, LA 70401**

---

| Debtor 1 | **AMERICAN HOME PRODUCTS LLC** | | Case number *(if known)* | **19-21054-JRS** |
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/11/2019 | **Darlene Bolander** |
| | List the contract number of any government contract | | **4104 Via Candidiz Unit 95** **San Diego, CA 92130** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | Dec. 2011 | **David Agnesia** |
| | List the contract number of any government contract | | **TLS of North Alabama** **1112 Highland Way** **Kimberly, AL 35091** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 12/19/2018 | **David Aubin** |
| | List the contract number of any government contract | | **1621 W 154th Pl** **Gardena, CA 90247** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 12/19/2018 | **David Aubin** |
| | List the contract number of any government contract | | **1621 W 154th Pl** **Gardena, CA 90247** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 11/29/2018 | **Debra Danko** |
| | List the contract number of any government contract | | **5399 Aspenwood Ct** **Concord, CA 94521** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/17/2019 | **Debra McCluster** |
| | List the contract number of any | | **2430 San Francisco Ave** **Long Beach, CA 90806** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **AMERICAN HOME PRODUCTS LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **19-21054-JRS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |  |
|---|---|---|---|
| | government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/22/2018** | **Dee Bernal**<br>**22228 S Vermont Ave**<br>**Torrance, CA 90502** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **1/14/2019** | **Dee Vance**<br>**5863 Chelton Dr,**<br>**Oakland, CA 94611** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/27/2018** | **Denise McMichael**<br>**4901 Lindstrom Ave**<br>**Irvine, CA 92604** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/27/2018** | **Denise McMichael**<br>**4901 Lindstrom Ave**<br>**Irvine, CA 92604** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/26/2018** | **Donald Bell Ryan**<br>**1281 Guerrero St**<br>**San Francisco, CA 94110** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Donnie Summers**<br>**TLS of Dallas/Austin**<br>**2903 Cottonwood Ln**<br>**Colleyville, TX 76034** |
|---|---|---|---|

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                     Case number *(if known)*  __19-21054-JRS__
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                 State the name and mailing address for all other parties with
                                                               whom the debtor has an executory contract or unexpired
                                                               lease

|  |  |  |
|---|---|---|
| State the term remaining | 12/15/2011 | |
| List the contract number of any government contract | _____ | |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/30/2019 | Earnestine Blanchard<br>921 E Diamondale Dr<br>Carson, CA 90746 |
| | List the contract number of any government contract | _____ | |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Service | |
|---|---|---|---|
| | State the term remaining | 9/1/2015 | Earthlink |
| | List the contract number of any government contract | _____ | |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Utility Agreement | |
|---|---|---|---|
| | State the term remaining | | Edco Waste & Recycling Service<br>P.O. Box 5488<br>Buena Park, CA 90622 |
| | List the contract number of any government contract | | |

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/15/2019 | Edwin Minch<br>26623 Sierra Vista<br>Mission Viejo, CA 92692 |
| | List the contract number of any government contract | | |

---

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/25/2019 | Elizabeth Pust<br>12401 Henzie Pl<br>Granada Hills, CA 91344 |
| | List the contract number of any government contract | | |

---

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                              Case number *(if known)*   **19-21054-JRS**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.73.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **2/2/2019**

List the contract number of any government contract

Elvia Yanez
2848 N Hollister Ave
Los Angeles, CA 90032

**2.74.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **2/2/2019**

List the contract number of any government contract

Elvia Yanez
2850 Hollister Ave.
Los Angeles, CA 90032

**2.75.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **1/23/2019**

List the contract number of any government contract

Eric Spear
16641 Rhone Ln.
Huntington Beach, CA 92647

**2.76.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **1/26/2019**

List the contract number of any government contract

Erica Beeman
3236 Camino Colorados
Lafayette, CA 94549

**2.77.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **1/15/2019**

List the contract number of any government contract

Erlinda Varela
4205 Nothingham Dr
Danville, CA 94506

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — **2/4/2019**

List the contract number of any

Fancher Fancher
1615 N. Laurel Ave.
Los Angeles, CA 90046

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                                   Case number *(if known)*   **19-21054-JRS**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

|          | government contract | _____ | _____ |

| | | |
|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Property lease** |
| | State the term remaining | **Ongoing** |
| | List the contract number of any government contract | | **First Street Storage** **1422 East First Street** **Beaumont, CA 92223** |

| | | |
|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Freight Logistics Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | | **Fleetmatics** **1100 Winter St Suite 4600** **Waltham, MA 02451** |

| | | |
|---|---|---|
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **2/2/2019** |
| | List the contract number of any government contract | | **Francoise Pierquin** **12061 Ferncrest Place** **San Diego, CA 92128** |

| | | |
|---|---|---|
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **12/29/2018** |
| | List the contract number of any government contract | | **Frank Hattabaugh** **40513 Via Camposeco** **Murrieta, CA 92562** |

| | | |
|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **12/29/2018** |
| | List the contract number of any government contract | | **Frank Hattabaugh** **40513 Via Camposeco** **Murrieta, CA 92562** |

| | | |
|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Franz Spalding** **TLS of Louisville** **1604 Vivian Ln** **Louisville, KY 40205** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)   **19-21054-JRS**
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |
|---|---|
| State the term remaining | 12/20/2011 |
| List the contract number of any government contract | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/12/2019 | Gabriela Park |
| | List the contract number of any government contract | | 4430 Carmelo St San Diego, CA 92107 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 12/6/2011 | Gary Loconsole TLS of Philadelphia 1423 Guteras Drive Blue Bell, PA 19422 |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Utility Agreement | |
|---|---|---|---|
| | State the term remaining | | Georgia Power Company 96 Annex Atlanta GA, GA 00030-3936 |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/26/2019 | Giuseppi Pumilia 1056 W. 186th St. Gardena, CA 90248 |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 6/5/2012 | Glenn Mull TLS of Pittsburgh 8 Ellen Dr Birmingham, AL 35209 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  <u>AMERICAN HOME PRODUCTS LLC</u>                                    Case number (*if known*)  <u>19-21054-JRS</u>
    First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | |
|---|---|---|---|
| | State the term remaining | | Google |
| | List the contract number of any government contract | | Dept. 33654 P.O. Box 39000 San Francisco, CA 94139 |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreement | |
|---|---|---|---|
| | State the term remaining | | Great American Insurance Group |
| | List the contract number of any government contract | | PO Box 5425 Cincinnati, OH 45201-5425 |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 12/15/2011 | Greg Kolega |
| | List the contract number of any government contract | | TLS of Maryland/DC 4409 Holter Court Jefferson, MD 21755 |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreement | |
|---|---|---|---|
| | State the term remaining | | Guardian |
| | List the contract number of any government contract | | 7 Hanover Square New York, NY 10004 |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Heidi Straussner |
| | List the contract number of any government contract | | 1715 Rue De La Mer Oceanside, CA 92054 |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | |
|---|---|---|---|
| | State the term remaining | | Hitachi Capital |
| | List the contract number of any | | P. O. Box 1880 Minneapolis, MN 55480 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   __AMERICAN HOME PRODUCTS LLC__                    Case number *(if known)*  __19-21054-JRS__
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

                      government contract      _____     _____

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Mutual Nondisclosure Agreement** | |
|---|---|---|---|
| | State the term remaining | 11/7/2013 | |
| | List the contract number of any government contract | | Home Depot U.S.A., Inc. |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Service Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | 11/7/2013 | |
| | List the contract number of any government contract | | Home Depot U.S.A., Inc. |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/1/2015 | |
| | List the contract number of any government contract | | Home Depot U.S.A., Inc. |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Partner Agreement** | |
|---|---|---|---|
| | State the term remaining | 11/29/2018 | |
| | List the contract number of any government contract | | Hunter Douglas |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/26/2019 | |
| | List the contract number of any government contract | | Irene Serrano<br>4366 Gettysburg St<br>Chino, CA 91710 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agreement** | J. Smith Lanier & Co.<br>1330 North Park St.<br>Carrollton, GA 30117 |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1 **AMERICAN HOME PRODUCTS LLC**                    Case number *(if known)* **19-21054-JRS**
_____First Name_____Middle Name_____Last Name_____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

          State the term remaining

          List the contract number of any
                government contract        _____

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Jan Hussey |
| | List the contract number of any government contract | | 9908 Portofino Oak Ln. |
| | | | Fair Oaks, CA 95628 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/31/2019 | Jane Mohr |
| | List the contract number of any government contract | | 6332 Orion Ave |
| | | | Van Nuys, CA 91411 |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/31/2019 | Janet Infantino |
| | List the contract number of any government contract | | 8715 Airlane Ave |
| | | | Los Angeles, CA 90045 |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 4/22/2015 | Janine Johnson |
| | List the contract number of any government contract | | TLS of South Houston |
| | | | 1603 Dogwood Brook Trail |
| | | | Houston, TX 77062 |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | Dec. 2011 | Jeff Sanders |
| | List the contract number of any government contract | | TLS of Ft. Lauderdale |
| | | | 1301 SE 13th Ave |
| | | | Deerfield Beach, FL 33441 |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**
First Name   Middle Name   Last Name

Case number *(if known)*  **19-21054-JRS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement**

State the term remaining   **Dec. 2011**

List the contract number of any government contract

**Jeff Smith**
**TLS of New Jersey**
**119 Eldridge Ave**
**Villas, NJ 08251**

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining   **1/31/2019**

List the contract number of any government contract

**Jereen Gilbert**
**4261 Dundalk Ct.**
**Pleasanton, CA 94566**

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining   **1/31/2019**

List the contract number of any government contract

**Jereen Gilbert**
**4261 Dundalk Ct.**
**Pleasanton, CA 94566**

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement**

State the term remaining   **12/15/2011**

List the contract number of any government contract

**Jerry Gore**
**TLS of Myrtle Beach**
**128 Charles Towne Lane**
**Murrells Inlet, SC 29576**

**2.111.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining   **10/26/2018**

List the contract number of any government contract

**Jill Armitage**
**740 Pierre Rd**
**Walnut, CA 91789**

**2.112.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining   **1/24/2019**

List the contract number of any

**Jim Fitzpatrick**
**2100 W Empire Ave**
**Burbank, CA 91504**

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                         Case number *(if known)*   **19-21054-JRS**
First Name                Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with
                                                                    whom the debtor has an executory contract or unexpired
                                                                    lease

|                                                    |                          |
| government contract                                |                          |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Noncompete Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jim Tortorelli**<br>**1412 Avondale Avenue**<br>**Jacksonville, FL 32203** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **11/16/2018** |
| | List the contract number of any government contract | **Joan Rhodes**<br>**1819 Virazon Dr**<br>**La Habra, CA 90631** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/12/2019** |
| | List the contract number of any government contract | **Joe Etherdge**<br>**1819 West 83rd St**<br>**Los Angeles, CA 90047** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| | State the term remaining | **7/31/2018** |
| | List the contract number of any government contract | **Joe Seladi**<br>**1139 Transart Parkway**<br>**Canton, GA 30114** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Noncompete Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Joe Seladi**<br>**1139 Transart Parkway**<br>**Canton, GA 30114** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Joel Silverman**<br>**TLS of Raleigh-Durham**<br>**6305 Alfalfa Lane**<br>**Wake Forest, NC 27587** |

Debtor 1  __AMERICAN HOME PRODUCTS LLC_____     Case number (*if known*)  __19-21054-JRS__
         First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**       State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

|  |  |  |
|---|---|---|
| State the term remaining | 10/31/2016 | |
| List the contract number of any government contract | | |

**2.119.** State what the contract or lease is for and the nature of the debtor's interest — License Agreement

| | | |
|---|---|---|
| State the term remaining | 1/4/2017 | John Tarantino<br>TLS of Orlando<br>16704 Culloden Ct<br>Clermont, FL 34714 |
| List the contract number of any government contract | | |

**2.120.** State what the contract or lease is for and the nature of the debtor's interest — Customer Sales Agreement

| | | |
|---|---|---|
| State the term remaining | 1/9/2019 | Jonathan Grisalva<br>12620 Brock Avenue<br>Downey, CA 90242 |
| List the contract number of any government contract | | |

**2.121.** State what the contract or lease is for and the nature of the debtor's interest — License Agreement

| | | |
|---|---|---|
| State the term remaining | 11-Dec | Jory Stubblefield<br>TLS of East Georgia<br>1825 McDowell Ct<br>Lawrenceville, GA 30044 |
| List the contract number of any government contract | | |

**2.122.** State what the contract or lease is for and the nature of the debtor's interest — Customer Sales Agreement

| | | |
|---|---|---|
| State the term remaining | 12/21/2018 | Julia Maionchi<br>1305 Tuolumne Rd<br>Millbrae, CA 94030 |
| List the contract number of any government contract | | |

**2.123.** State what the contract or lease is for and the nature of the debtor's interest — Customer Sales Agreement

| | | |
|---|---|---|
| State the term remaining | 1/29/2019 | Karen Pijeaux<br>6645 7th Ave.<br>Los Angeles, CA 90043 |
| List the contract number of any government contract | | |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                          Case number (*if known*)  **19-21054-JRS**
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                  State the name and mailing address for all other parties with
                                                                whom the debtor has an executory contract or unexpired
                                                                lease

| | | |
|---|---|---|
| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/8/2019** |
| | List the contract number of any government contract | Kasia Razevich<br>2239 Amirante Dr<br>San Pedro, CA 90732 |

| | | |
|---|---|---|
| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **12/21/2018** |
| | List the contract number of any government contract | Kate Choe<br>691 Point Pacific #2<br>Daly City, CA 94014 |

| | | |
|---|---|---|
| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/24/2019** |
| | List the contract number of any government contract | Kathleen Crabbe<br>3555 Jackson St. #5<br>San Francisco, CA 94118 |

| | | |
|---|---|---|
| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/15/2019** |
| | List the contract number of any government contract | Kay Zeigler<br>2894 David St<br>Riverside, CA 92506 |

| | | |
|---|---|---|
| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/15/2019** |
| | List the contract number of any government contract | Kay Zeigler<br>2894 David St<br>Riverside, CA 92506 |

| | | |
|---|---|---|
| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** |
| | State the term remaining | **5/4/2012** |
| | List the contract number of any | Keith Davis<br>TLS of Montgomery<br>1422 Pinkston Ct<br>Auburn, AL 36380 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)   **19-21054-JRS**
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

|  |  |  |
|---|---|---|
| | government contract | |
| **2.130.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| State the term remaining | **11-Dec** | **Kelley Pierce**<br>**TLS of North Carolina**<br>**3995 Velinda Drive**<br>**Winston Salem, NC 27106** |
| List the contract number of any government contract | | |
| **2.131.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| State the term remaining | **12/15/2011** | **Kenny DeRose**<br>**TLS of Tampa Bay**<br>**7602 Jenner Ave**<br>**New Port Richey, FL 34655** |
| List the contract number of any government contract | | |
| **2.132.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| State the term remaining | **12/16/2011** | **Kevin Marshall**<br>**TLS of Western Carolina**<br>**211 S Quail Lane**<br>**Forest City, NC 28043** |
| List the contract number of any government contract | | |
| **2.133.** State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| State the term remaining | **10/31/2016** | **Kevin Sanders**<br>**TLS of Metro Tampa**<br>**515 Highland Ave**<br>**Dunedin, FL 34698** |
| List the contract number of any government contract | | |
| **2.134.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| State the term remaining | **1/30/2019** | **Kevin Shillito**<br>**655 Los Altos Ave**<br>**Long Beach, CA 90814** |
| List the contract number of any government contract | | |
| **2.135.** State what the contract or lease is for and the nature of the debtor's interest | **Property lease** | **Kids from the Valley XS, LLC**<br>**P.O. Box 55047**<br>**Los Angeles, CA 90055** |

Debtor 1 **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)* **19-21054-JRS**
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**          State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

    State the term remaining     **7/1/17 - 6/30/22**

    List the contract number of any government contract

---

**2.136.**   State what the contract or lease is for and the nature of the debtor's interest    **Customer Sales Agreement**

    State the term remaining     **1/8/2019**

    List the contract number of any government contract

                       **Kristen Millard**
                       **3154 Top O the Walk Dr**
                       **Norco, CA 92860**

---

**2.137.**   State what the contract or lease is for and the nature of the debtor's interest    **Customer Sales Agreement**

    State the term remaining     **1/8/2019**

    List the contract number of any government contract

                       **Kristen Millard**
                       **3154 Top O the Walk Dr**
                       **Norco, CA 92860**

---

**2.138.**   State what the contract or lease is for and the nature of the debtor's interest    **Shortel Support Agreement**

    State the term remaining     **10/19/2016**

    List the contract number of any government contract

                       **KTS Networks**
                       **11132 Winners Circle, Suite 103**
                       **Los Alamitos, CA 90720**

---

**2.139.**   State what the contract or lease is for and the nature of the debtor's interest    **Utility Agreement**

    State the term remaining

    List the contract number of any government contract

                       **L.A.Department of Water&Power**
                       **P.O. Box 30808**
                       **Los Angeles, CA 90030**

---

**2.140.**   State what the contract or lease is for and the nature of the debtor's interest    **Service Agreement**

    State the term remaining     **1/1/2019**

    List the contract number of any government contract

                       **LA IT Consultants**
                       **20501 Ventura Blvd., Suite 248**
                       **Woodland Hills, CA 91364**

---

Debtor 1  __AMERICAN HOME PRODUCTS LLC__       Case number (*if known*)  __19-21054-JRS__
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | IT Support Agreement | |
|---|---|---|---|
| | State the term remaining | 1/1/2019 | LA IT Consultants<br>20501 Ventura Blvd., Suite 248<br>Woodland Hills, CA 91364 |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/3/2019 | Laraine Jeffries<br>3658 Columbia Dr.<br>Napa, CA 94558 |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/25/2019 | Larry Dunigan<br>507 Earle Lane<br>Redondo Beach, CA 90278 |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/12/2019 | Laura Byars<br>42025 Wagon Wheel Ln<br>Murrieta, CA 92562 |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 2/5/2019 | Laura Byars<br>42025 Wagon Wheel Ln<br>Murrieta, CA 92562 |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/12/2019 | Laura Byars<br>42025 Wagon Wheel Ln<br>Murrieta, CA 92562 |
| | List the contract number of any | | |

Debtor 1  __AMERICAN HOME PRODUCTS LLC__                    Case number (*if known*)  __19-21054-JRS__
          First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Utility Agreement | |
|---|---|---|---|
| | State the term remaining | | Liberty Utilities |
| | List the contract number of any government contract | | 75 Remittance Drive Suite 1918 Chicago, IL 60675 |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/20/2018 | |
| | List the contract number of any government contract | | Linda Newton 214 Washington Ave. Richmond, CA 94801 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/18/2019 | |
| | List the contract number of any government contract | | Linnette Hager 19841 Keaton St Canyon Country, CA 91351 |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/5/2019 | |
| | List the contract number of any government contract | | Lisa Renner 205 Powell Ave. Pleasant Hill, CA 94523 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | |
|---|---|---|---|
| | State the term remaining | | Live Chat Monitoring |
| | List the contract number of any government contract | | Level 1, 441 South Rd Moorabbin VIC 3189 Australia |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | Luann Aakhus 1047 Leo Way Oakland, CA 94611 |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                          Case number (*if known*)   **19-21054-JRS**
　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                 State the name and mailing address for all other parties with
                                                               whom the debtor has an executory contract or unexpired
                                                               lease

|  |  |  |
|---|---|---|
| State the term remaining | 1/2/2019 | |
| List the contract number of any government contract | | |

**2.153.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — 1/18/2019

List the contract number of any government contract

Lupe Ross
810  E Verdugo Ave.
Burbank, CA 91501

**2.154.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — 1/8/2019

List the contract number of any government contract

Lynne Verdone
1155 Vanderbilt Way
Sacramento, CA 95825

**2.155.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — 1/19/2019

List the contract number of any government contract

Maria Schaufele
49 Ironwood
Oakland, CA 94605

**2.156.** State what the contract or lease is for and the nature of the debtor's interest — **Noncompete Agreement**

State the term remaining

List the contract number of any government contract

Mark Baraghimian
6260 Marquis Court
Oak Park, CA 91377

**2.157.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Sales Agreement**

State the term remaining — 1/12/2019

List the contract number of any government contract

Marlyn Lee
1425 Daveric Dr
Pasadena, CA 91107

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)  **19-21054-JRS**
First Name         Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/22/2019 | Marna Chambers<br>235 Albert Pl<br>Costa Mesa, CA 92627 |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/2/2019 | Maryellen Wolfers<br>168 Palmer Ave.<br>Mountain View, CA 94043 |
| | List the contract number of any government contract | | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 9/29/2018 | Maureen Young<br>7 Casaba Rd.<br>Palos Verdes Peninsula, CA 90274 |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 7/4/2016 | Megan Turpin<br>TLS of Wichita/Kansas City<br>130 S. Lark Lane<br>Wichita, KS 67209 |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 8/10/2015 | Melanie Vance<br>TLS of Central Atlanta<br>308 Tuxworth Circle<br>Decatur, GA 30033 |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Services Agreement | |
|---|---|---|---|
| | State the term remaining | 3/1/2018 | Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052 |
| | List the contract number of any | | |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                                    Case number (*if known*)   **19-21054-JRS**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

government contract

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/28/2019 | Mike Anderson |
| | List the contract number of any government contract | | 41275 Camino Del Vino<br>Temecula, CA 92592 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/17/2019 | Mike Shimpock |
| | List the contract number of any government contract | | 9571 SMOKEY CIR<br>Huntington Beach, CA 92646 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreement | |
|---|---|---|---|
| | State the term remaining | | My Ideal Dr |
| | List the contract number of any government contract | | 5665 New Northside Dr<br>Altanta, GA 30328 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/25/2019 | Natalie Neault |
| | List the contract number of any government contract | | 15678 New Park Terrace<br>San Diego, CA 92127 |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/15/2019 | Norma Avelar |
| | List the contract number of any government contract | | 2653 Stoner Ave.<br>Los Angeles, CA 90064 |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | Utility Agreement | |
|---|---|---|---|
| | | | Pacific Gas & Electric Company<br>P.O. Box 997300<br>Sacramento, CA 95899 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **AMERICAN HOME PRODUCTS LLC**                              Case number *(if known)*    **19-21054-JRS**
            First Name        Middle Name        Last Name

▪ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

            State the term remaining

            List the contract number of any
            government contract

---

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/23/2019 | Pam Sasagawa<br>217 Stanford Ave<br>Berkeley, CA 94708 |
| | List the contract number of any government contract | | |

---

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | 2/14/2012 | Pat Pierce<br>TLS of Knoxville<br>1229 Tophill Rd<br>Louisville, TN 37777 |
| | List the contract number of any government contract | | |

---

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/22/2018 | Pat Safford<br>3358 Faxton Ct<br>Simi Valley, CA 93063 |
| | List the contract number of any government contract | | |

---

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/2/2019 | Pat Saldin<br>310 Lake St #212<br>Huntington Beach, CA 92648 |
| | List the contract number of any government contract | | |

---

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/29/2019 | Patrick Mcharg<br>4930 Ranchito Ave<br>Sherman Oaks, CA 91423 |
| | List the contract number of any government contract | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | AMERICAN HOME PRODUCTS LLC | | Case number (*if known*) | 19-21054-JRS |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/5/2019 | Patt Dotson |
| | List the contract number of any government contract | | 139 Morello Heights Drive Martinez, CA 94553 |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/22/2018 | Paul Chorley |
| | List the contract number of any government contract | | 7612 W 83rd st Playa del Rey, CA 90293 |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Paul Hardy |
| | List the contract number of any government contract | | 7747 Caminito Monarca Unit 102 Carlsbad, CA 92009 |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/30/2019 | Paulina Waas |
| | List the contract number of any government contract | | 9921 Michael Way Moreno Valley, CA 92557 |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | Payroll Provider Agreement | |
|---|---|---|---|
| | State the term remaining | | Paycom |
| | List the contract number of any government contract | | 7501 W. Memorial Rd. Oklahoma City, OK 73142 |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/14/2018 | Peggy Barks |
| | List the contract number of any | | 14829 S Budlong Ave Gardena, CA 90247 |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                     Case number *(if known)*   **19-21054-JRS**
           First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

|  |  |  |
|---|---|---|
| | government contract | |

| | | |
|---|---|---|
| **2.181.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **12/14/2018** |
| | List the contract number of any government contract | **Peggy Barks**<br>**14829 S Budlong Ave**<br>**Gardena, CA 90247** |
| **2.182.** | State what the contract or lease is for and the nature of the debtor's interest | **Van Rental Agreement** |
| | State the term remaining | **9/26/18-6/29/19** |
| | List the contract number of any government contract | **Penske at Atlanta East SUWA**<br>**1655 Cross Point Way**<br>**Duluth, GA 30097** |
| **2.183.** | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Penske Truck Leasing**<br>**P.O. Box 532658**<br>**Atlanta, GA 30353** |
| **2.184.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/22/2019** |
| | List the contract number of any government contract | **Peter & Judy Barbieri**<br>**244 Silver Creek**<br>**Santa Rosa, CA 95409** |
| **2.185.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | **1/24/2019** |
| | List the contract number of any government contract | **Peter DeLeon**<br>**981 Evening Shade Dr.**<br>**San Pedro, CA 90731** |
| **2.186.** | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | **Phil Thompson**<br>**TLS of Colorado**<br>**4181 S. Fraser Court**<br>**Aurora, CO 80014** |

Debtor 1    **AMERICAN HOME PRODUCTS LLC**                                                          Case number *(if known)*    **19-21054-JRS**
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| State the term remaining | 5/30/2016 | |
| List the contract number of any government contract | | |

---

**2.187.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |

| State the term remaining | | |
|---|---|---|
| List the contract number of any government contract | | Pitney & Bowes<br>3001 Summer St<br>Stamford, CT 06926 |

---

**2.188.** State what the contract or lease is for and the nature of the debtor's interest | **Rental Agreement** | |

| State the term remaining | 10/19/2015 | |
|---|---|---|
| List the contract number of any government contract | | Pure Health Solutions, Inc.<br>950 Corporate Woods Parkway<br>Vernon Hills, IL 60061 |

---

**2.189.** State what the contract or lease is for and the nature of the debtor's interest | **Utility Agreement** | |

| State the term remaining | | |
|---|---|---|
| List the contract number of any government contract | | Republic Services #916<br>P.O. BOX 78829<br>Phoenix, AZ 85062 |

---

**2.190.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |

| State the term remaining | 1/26/2019 | |
|---|---|---|
| List the contract number of any government contract | | Rich Yamaguma<br>175 Lyell St<br>Los Altos, CA 94022 |

---

**2.191.** State what the contract or lease is for and the nature of the debtor's interest | **Property lease** | |

| State the term remaining | 2/1/19 - 1/31/21 | |
|---|---|---|
| List the contract number of any government contract | | Richard C. Hunsaker, Trustee<br>103 E. Alton Avenue<br>Santa Ana, CA 92707 |

---

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                     Case number *(if known)*  **19-21054-JRS**
First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | 12/16/2011 | **Rick Nava**<br>**TLS of Memphis**<br>**6827 Shorey Lane**<br>**Cordova, TN 38018** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/15/2019 | **Rick Payne**<br>**4181 Shoalcreek Dr**<br>**Corona, CA 92883** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Change Order Form and Agreement** | |
|---|---|---|---|
| | State the term remaining | 5/6/2019 | **RingCentral, Inc.**<br>**20 Davis Drive**<br>**Belmont, CA 94002** |
| | List the contract number of any government contract | | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 2/5/2019 | **Rita Wells**<br>**9325 De Ada Lena**<br>**Rosemead, CA 91770** |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
|---|---|---|---|
| | State the term remaining | Dec. 2011 | **Robert Medley**<br>**TLS of San Antonio**<br>**1681 Hilltop Ridge**<br>**New Braunfels, TX 78132** |
| | List the contract number of any government contract | | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
|---|---|---|---|
| | State the term remaining | 1/24/2019 | **Robert Twitchell**<br>**25451 Hardy Place**<br>**Stevenson Ranch, CA 91381** |
| | List the contract number of any | | |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)*  **19-21054-JRS**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                  State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

|  | government contract | | |
|---|---|---|---|

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/16/2019 | Robert Ventresca<br>229 Calle Bravo<br>Palm Springs, CA 92264 |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/18/2018 | Robin Watson<br>156 Santa Inez #5<br>San Bruno, CA 94066 |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/18/2018 | Robin Watson<br>156 Santa Inez #5<br>San Bruno, CA 94066 |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/14/2019 | Rod Acord<br>18395 San Carlos<br>Morgan Hill, CA 95037 |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 12/28/2018 | Rosie Navarro<br>617 F St<br>Daly City, CA 94014 |
| | List the contract number of any government contract | | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | Rosie Navarro<br>617 F St<br>Daly City, CA 94014 |
|---|---|---|---|

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)  **19-21054-JRS**
     First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| State the term remaining | 12/28/2018 | | |
| List the contract number of any government contract | | | |

| | | | |
|---|---|---|---|
| **2.204.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/30/2019 | Rosie Sanchez<br>14444 Sayre St<br>Sylmar, CA 91342 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.205.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/29/2019 | Rozanne Hemnes<br>1627 W 21st St<br>San Pedro, CA 90732 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.206.** | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | 4/11/2014 | Ryan Belfry<br>TLS of Savannah/Hilton Head<br>165 Blackjack Oak Dr East<br>Richmond Hill, GA 31324 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.207.** | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | 1/24/2016 | Ryan Campbell<br>TLS of Cleveland<br>4625 Brushwood Circle<br>Brunswick, OH 44212 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.208.** | State what the contract or lease is for and the nature of the debtor's interest | **Utility Agreement** | |
| | State the term remaining | | San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana, CA 92799 |
| | List the contract number of any government contract | | |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                    Case number (*if known*)   **19-21054-JRS**
      First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 2/26/2018 | Sanford Feldman |
| | List the contract number of any government contract | | 7724 Moonridge Place |
| | | | La Jolla, CA 92037 |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/31/2019 | Scott & Teresa Kish |
| | List the contract number of any government contract | | 3 Edgewood Ct |
| | | | Aliso Viejo, CA 92656 |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | 10/2//18 | Service Express |
| | List the contract number of any government contract | | 3854 Broadmoor Ave SE |
| | | | Grand Rapids, MI 49512 |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/10/2019 | Sharon Griffitts |
| | List the contract number of any government contract | | 19681 E Golden Bough |
| | | | Covina, CA 91724 |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Sharon Hiett |
| | List the contract number of any government contract | | 3831 Requa Ave |
| | | | Claremont, CA 91711 |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Sharon Hiett |
| | List the contract number of any | | 3831 Requa Ave |
| | | | Claremont, CA 91711 |

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                          Case number *(if known)*  **19-21054-JRS**
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**　　　　　State the name and mailing address for all other parties with
　　　　　　　　　　　　　　　　　　　　　　　whom the debtor has an executory contract or unexpired
　　　　　　　　　　　　　　　　　　　　　　　lease

| | | |
|---|---|---|
| government contract | | |

| | | | |
|---|---|---|---|
| **2.215.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/31/2019 | |
| | List the contract number of any government contract | | **Sheila Futch**<br>**21195 Penunuri Place**<br>**Moreno Valley, CA 92557** |

| | | | |
|---|---|---|---|
| **2.216.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/17/2019 | |
| | List the contract number of any government contract | | **Sherae Moresco**<br>**6654 Eagle Ridge Ct.**<br>**Gilroy, CA 95020** |

| | | | |
|---|---|---|---|
| **2.217.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/14/2019 | |
| | List the contract number of any government contract | | **Siddarth Kalasapur**<br>**5352 Pineridge Dr.**<br>**La Crescenta, CA 91214** |

| | | | |
|---|---|---|---|
| **2.218.** | State what the contract or lease is for and the nature of the debtor's interest | **Utility Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **SMUD (Sacramento Municipal Utilities**<br>**P.O. Box 15555**<br>**Sacramento, CA 95852** |

| | | | |
|---|---|---|---|
| **2.219.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 12/30/2018 | |
| | List the contract number of any government contract | | **Sone-seere Wilson**<br>**263 Ravenna Dr**<br>**Long Beach, CA 90803** |

| | | | |
|---|---|---|---|
| **2.220.** | State what the contract or lease is for and the nature of the debtor's interest | **Utility Agreement** | **Southern California Edison**<br>**P.O.Box 300**<br>**Rosemead, CA 91772** |

Debtor 1  __AMERICAN HOME PRODUCTS LLC__                          Case number *(if known)*  __19-21054-JRS__
     First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

---

**2.221.** State what the contract or lease is for and the nature of the debtor's interest

**Utility Agreement**

State the term remaining

List the contract number of any government contract

Sprint
P. O Box 219100
Kansas City, MO 64121

---

**2.222.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining    **1/25/2019**

List the contract number of any government contract

Stan Douglass
1530 Pendleton Road
Coronado, CA 92118

---

**2.223.** State what the contract or lease is for and the nature of the debtor's interest

**Copier Lease**

State the term remaining    **12/2015 - 12/2020**

List the contract number of any government contract

Standard Office Systems of Atlanta, Inc.
2475 Meadowbrook Parkway
Duluth, GA 30095

---

**2.224.** State what the contract or lease is for and the nature of the debtor's interest

**Copier Lease**

State the term remaining    **12/2015 - 12/2020**

List the contract number of any government contract

Standard Office Systems of Atlanta, Inc.
2475 Meadowbrook Parkway
Duluth, GA 30095

---

**2.225.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Sales Agreement**

State the term remaining    **1/3/2019**

List the contract number of any government contract

Stella Manarpiis
2263 Hill Dr.
Los Angeles, CA 90041

---

Debtor 1 <u>AMERICAN HOME PRODUCTS LLC</u>    Case number *(if known)* <u>19-21054-JRS</u>

First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/9/2019 | Steve Anderson |
| | List the contract number of any government contract | | 35 Medano St. Ladera Ranch, CA 92694 |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/9/2019 | Steve Anderson |
| | List the contract number of any government contract | | 35 Medano St. Ladera Ranch, CA 92694 |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement | |
|---|---|---|---|
| | State the term remaining | | Strategic America |
| | List the contract number of any government contract | | 6600 Westown Parkway West Des Moines, IA 50266 |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Suzanne Wohl |
| | List the contract number of any government contract | | 1205 Arden Rd. Pasadena, CA 91106 |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/4/2019 | Suzanne Wohl |
| | List the contract number of any government contract | | 1205 Arden Rd. Pasadena, CA 91106 |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreement | |
|---|---|---|---|
| | State the term remaining | | Technology Insurance Co./AmTrust Financi 59 Maiden Lane New York, NY 10038 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **AMERICAN HOME PRODUCTS LLC**                    Case number *(if known)*  **19-21054-JRS**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/31/2019 | Teresita Cervas |
| | List the contract number of any government contract | | 533 Buckskin Cir Walnut, CA 91789 |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/22/2019 | Terry Markwell |
| | List the contract number of any government contract | | 4119 Vicasa Dr. Calabasas, CA 91302 |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/22/2019 | Terry Markwell |
| | List the contract number of any government contract | | 4119 Vicasa Dr. Calabasas, CA 91302 |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/25/2019 | Terry Reichardt |
| | List the contract number of any government contract | | 5207 Walkerton St Long Beach, CA 90808 |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | Customer Sales Agreement | |
|---|---|---|---|
| | State the term remaining | 1/5/2019 | Thomas Moncayo |
| | List the contract number of any government contract | | 12325 Edgefield St. Cerritos, CA 90703 |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | Utility Agreement | |
|---|---|---|---|
| | | | Time Warner Comm. Danmer P.O. Box 60074 City of Industry, CA 91716 |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **19-21054-JRS**

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| | | | |
|---|---|---|---|
| **2.238.** | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement** | |
| | State the term remaining | 7/8/2014 | **Tommy Davis**<br>**TLS of Northpoint**<br>**6885 Jamestown Drive**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |
| **2.239.** | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Agreement** | |
| | State the term remaining | | **Travelers CL Remittance**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** |
| | List the contract number of any government contract | | |
| **2.240.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 2/2/2019 | **Travis Tachet**<br>**13008 Triumph Dr**<br>**Poway, CA 92064** |
| | List the contract number of any government contract | | |
| **2.241.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/10/2019 | **Trevor Whitney-Clarke**<br>**957 S. Paseo Dorotea**<br>**Palm Springs, CA 92264** |
| | List the contract number of any government contract | | |
| **2.242.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/8/2019 | **Trish Culbertson**<br>**417 Carillo Rd**<br>**Ojai, CA 93023** |
| | List the contract number of any government contract | | |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                          Case number (*if known*)   **19-21054-JRS**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired
lease

| | | |
|---|---|---|
| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **U.S. Bank Equipment Finance**<br>**P.O. Box 790448**<br>**St. Louis, MO 63179** |
| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | 1/23/2019 |
| | List the contract number of any government contract | **Valerie Bailey**<br>**408 Hiller Dr**<br>**Oakland, CA 94618** |
| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | 1/28/2019 |
| | List the contract number of any government contract | **Vick Seever**<br>**2433 North maountain Ave**<br>**Upland, CA 91784** |
| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | 1/28/2019 |
| | List the contract number of any government contract | **Vick Seever**<br>**2433 North maountain Ave**<br>**Upland, CA 91784** |
| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | 2/5/2019 |
| | List the contract number of any government contract | **Victoria Carothers**<br>**716 N. Irena Ave. #B**<br>**Redondo Beach, CA 90277** |
| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** |
| | State the term remaining | 12/22/2018 |
| | List the contract number of any | **Wade Martin**<br>**1879 Jamestown Dr**<br>**Lodi, CA 95242** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **AMERICAN HOME PRODUCTS LLC** | | | Case number *(if known)* | **19-21054-JRS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| **2.249.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/3/2019 | **Warren Wilcox**<br>**9330 Holly Oak Way**<br>**Salinas, CA 93907** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.250.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 1/9/2019 | **Warren Wilcox**<br>**9330 Holly Oak Way**<br>**Salinas, CA 93907** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.251.** | State what the contract or lease is for and the nature of the debtor's interest | **Utility Agreement** | |
| | State the term remaining | | **Waste Management of Orange County**<br>**P.O. Box 541065**<br>**Los Angeles, CA 90054** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.252.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Sales Agreement** | |
| | State the term remaining | 2/1/2019 | **Wes Marquis**<br>**817 Brigham Young Dr**<br>**Claremont, CA 91711** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.253.** | State what the contract or lease is for and the nature of the debtor's interest | **Fuel Purchase Card** | |
| | State the term remaining | | **Wex Fuel**<br>**PO Box 6293**<br>**Carol Stream, IL 60197** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.254.** | State what the contract or lease is for and the nature of the debtor's interest | **Freight Logistics Agreement** | **Wexx**<br>**PO Box 733360**<br>**Dallas, TX 75373** |

Debtor 1   **AMERICAN HOME PRODUCTS LLC**                                Case number (*if known*)  **19-21054-JRS**
           First Name      Middle Name      Last Name

██  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                    State the name and mailing address for all other parties with
                                                                  whom the debtor has an executory contract or unexpired
                                                                  lease

        State the term remaining

        List the contract number of any
            government contract          _____

---

2.255.  State what the contract or      **Utility Agreement**
        lease is for and the nature of
        the debtor's interest

        State the term remaining

        List the contract number of any                     **Windstream (Earthlink Business)-TLS**
            government contract          _____     **P.O. Box 2252**
                                                             **Birmingham, AL 35246**

---

2.256.  State what the contract or      **Customer Sales**
        lease is for and the nature of   **Agreement**
        the debtor's interest

        State the term remaining         **1/17/2019**

        List the contract number of any                     **Xironel Vukafovith**
            government contract          _____     **1781 Fraser Cir**
                                                             **Corona, CA 92882**

---

2.257.  State what the contract or      **Customer Sales**
        lease is for and the nature of   **Agreement**
        the debtor's interest

        State the term remaining         **1/5/2019**

        List the contract number of any                     **Yvette Thomas**
            government contract          _____     **3106 W 71st Street**
                                                             **Los Angeles, CA 90043**

---

**Fill in this information to identify the case:**

Debtor name    **AMERICAN HOME PRODUCTS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-21054-JRS**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                            Column 2: **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street _____ City  State  Zip Code | | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AMERICAN HOME PRODUCTS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-21054-JRS** |

☐ Check if this is an
amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/19/2019          X _____
                                    Signature of individual signing on behalf of debtor

                                    **Gregory Bangs**
                                    Printed name

                                    **Chief Financial Officer**
                                    Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME PRODUCTS LLC,[1] | ) |
| | ) Case No. 19-21054-JRS |
| Debtor. | ) |
| | ) Judge Sacca |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFA," and collectively with the Schedules, the "Schedules and Statement") filed by American Home Products LLC, the above-captioned debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"), are unaudited and were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Federal Rule of Bankruptcy Procedure 1007 by the management of the Debtor with the assistance of its advisors. The Schedules and Statement remain subject to further review and verification by the Debtor. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statement. The Debtor has used its best efforts to compile the information set forth in the Schedules and Statement from its books and records maintained in the ordinary course of its business. The Debtor reserves its rights to amend the Schedules and Statement from time to time as may be necessary or appropriate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statement. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement. In the event that the Schedules and Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

1. <u>Summary of Significant Reporting Policies</u>**.** The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

   a) <u>Description of the Case and "As Of" Information Date</u>. On May 29, 2019 (the "Petition Date"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its

---

[1] The last four digits of the Debtor's federal tax identification number are 3418.

{8143197: }

business and manage its property as debtor in possession as authorized by section 1107(a) and 1108 of the Bankruptcy Code. Except as noted in the Schedules and Statement or herein, all asset and liability data contained in the Schedules and Statement are stated as of May 29, 2019. In some instances, the Debtor has used estimated amounts where actual data as of May 29, 2019 was not available.

d) <u>Basis of Presentation</u>. The preparation of the Schedules and Statement required the Debtor to make estimates and assumptions that affect the reported amounts of liabilities, the disclosures of contingent liabilities, and the reported amounts of expenses during the reporting period. Actual results could differ from estimates. Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules may not fully reflect the aggregate amount of the Debtor's assets and liabilities. The Debtor has sought to allocate liabilities between pre-petition and post-petition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. Given the differences between the information requested in the Schedules and Statement, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

e) <u>Authorized Signatory.</u> Gregory Bangs, the Chief Financial Officer of the Debtor, has signed the Schedules and Statement on behalf of the Debtor. Mr. Bangs became Chief Financial Officer of the Debtor in February 2018. In reviewing and signing the Schedules and Statement, Mr. Bangs has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtor and its advisors. Mr. Bangs has not, and could not have, personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors.

f) <u>Claims Description</u>. Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves its rights to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to the nature, amount, liability, or status.

g) <u>Confidential, Private, and Commercially Sensitive Information</u>. In certain instances, the Debtor may have intentionally altered, revised, redacted or consolidated certain information in the Schedules and Statement due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. In addition, in certain instances, the sensitivity of

such information may require its omission from the Schedules and Statement. To the extent possible, the alterations, redactions, consolidations and omissions have been limited to the extent determined by the Debtor to be necessary or appropriate to protect the Debtor or third parties while also providing interested parties with sufficient information in response to the Schedules and Statement

h) Estimates and Assumptions. In preparing the Schedules and Statement, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, and the potential values of contingent assets and liabilities on the date the Schedules and Statement were filed and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

i) Excluded Asset and Liabilities. Certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only are not included in the Schedules and Statement.

j) Executory Contracts and Unexpired Leases. While the Debtor has made reasonable efforts to ensure the accuracy of the executory contracts and unexpired leases listed on Schedule G, inadvertent errors or omissions may have occurred. The Debtor listed substantially all contracts to which the Debtor may be a party on Schedule G. However, some of the Debtor's business is conducted through purchase orders, and the inclusion of a purchase order or agreement on Schedule G does not does not constitute an admission by the Debtor that such agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves the right to challenge the status of any agreement included as an executory contract or unexpired lease. Any rejection of executory contracts and unexpired leases under section 365 of the Bankruptcy Code will result in the assertion of rejection damages claims; however, the Schedules and Statement do not reflect any rejection damages claims. The Debtor reserves the right to make any arguments and objections with respect to the assertion of any such claims.

k) Insiders. For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of directors, officers, or persons in control of the Debtor; and (e) affiliates.

l) Insurance. The Debtor maintains general liability insurance policies and various other insurance policies, including, but not limited to, property, casualty, automobile, and professional liability insurance policies. The Debtor maintains additional insurance policies essential to the continued operations of the Debtor. The terms of these policies are characteristic of insurance policies typically maintained by business entities that are similar in size and nature to the Debtor.

m) Net Book Value. Except as otherwise noted, each asset and liability of the Debtor is shown on the basis of the net book value of the asset or liability in accordance

with the Debtor's accounting and/or tax books and records as of May 29, 2019. Unless otherwise noted, the Schedules reflect the carrying value of the assets and liabilities as listed in the Debtor's books, and are not based upon any estimate of their current market values, which may not correspond to book values.

n) <u>Property and Equipment – Owned</u>.  Unless otherwise noted, owned property and equipment are stated at net book value.

o) <u>Property and Equipment – Leased</u>.  In the ordinary course of business, the Debtor may lease equipment from certain third-party lessors for use in the daily operation of its businesses.  Any such leases are set forth in the Schedules and Statement. Nothing in the Schedules and Statement is or shall be construed as an admission or determination as to the legal status of any lease, and the Debtor reserves all rights with respect to any of such issues.

p) <u>Reservation of Rights</u>.  The Debtor reserves all of its rights to amend the Schedules and Statement in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or classification or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

2. <u>Specific Schedules and Statement Disclosures</u>

a) <u>Schedule A/B Questions 39-42 – Office Equipment, Furnishings, and Supplies.</u> Assets in these categories include office furnishings, such as tables, chairs, decorations, office equipment, computer software, and furniture.

b) <u>Schedule A/B Question 50 - Machinery, Fixtures, Equipment, and Supplies Used in Business.</u> Assets in this category primarily include facility operating equipment, machinery, and processing equipment.  The Debtor also leases a number of pieces of machinery and equipment. These assets are all listed at net book value as reflected in the Debtor's books and records.

c) <u>Schedule D - Creditors Holding Secured Claims.</u>  The claim amount balances listed on Schedule D are as of May 29, 2019.  Although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken.

The descriptions in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements or related documents.

The Debtor has not included on Schedule D parties that may believe its claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

d) <u>Schedule E/F - Creditors Holding Unsecured Priority Claims and Creditors Holding Unsecured Claims</u>.  The Bankruptcy Court has authorized the Debtor to, *inter alia*, continue to pay certain prepetition wages, salaries and employee benefits, continue to pay prepetition sales, use and other taxes, and continue to pay certain other allowed prepetition payments. Accordingly, to the extent prepetition amounts have been paid in accordance with the Bankruptcy Court orders prior to filing of the Schedules, such claim amounts may or may not be listed.

Further, certain potential or actual priority claims may be subject to audit, and the Debtor is otherwise unable to determine with certainty the amount of many, if not all, of these claims. Therefore, the Debtor has listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

Schedule E/F may include certain deferred liabilities or general reserves.  Such amounts are reflected on the Debtor's books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and may or may not represent specific claims as of May 29, 2019.  Schedule E/F also reflects prepetition amounts owed to counterparties to executory contracts and unexpired leases.

e) <u>Schedule G - Executory Contracts and Unexpired Leases.</u>  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing and inadvertent errors, omissions, or over-inclusion may have occurred.  The Debtor may have entered into various other types of agreements in the ordinary course of its business, such as supplemental agreements, amendments/letter agreements, non-compete agreements, and confidentiality agreements.  Such documents may not be set forth in Schedule G.

The Debtor expressly reserves the right to challenge the status of any agreement included as an executory contract or unexpired lease. Certain of the contracts, agreements, and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G.

f) <u>Schedule H - Co-Debtors.</u> The Debtor does not have any co-debtors of which the Debtor are aware at this time; however, the Debtor hereby reserves all rights to further amend or supplement such Schedule as necessary.

g) <u>SOFA Question 3 - Payments to Creditors within 90 Days</u>.  All amounts that the Debtor paid to any creditor within 90 days of the Petition Date are listed on SOFA Question 3 (that total more than $6,825 in the aggregate for any individual creditor).  In addition, the Debtor also made numerous transfers of goods to customers during the 90 day period before the Petition Date, which may have been on account of an antecedent debt.  The value of these transfers is not liquidated at this time, and the Debtor reserves all of its rights to amend the Schedules and Statement to account for these liquidated transfers or otherwise.

h) <u>SOFA Question 11 - Payments Related to Bankruptcy</u>.  The Debtor paid $548,659.93 in the aggregate for professional services rendered and expenses incurred by McDonald Hopkins LLC, Aurora Management Partners, Inc. and Kelley & Clements LLP during the 12 months preceding the Petition Date.  Based on the fact that such professionals were engaged to provide a variety of services, only a portion of this amount is attributable to debt counseling or bankruptcy preparation; however, the specifics of such amount cannot be readily ascertained with any accuracy.

i) <u>SOFA Question 30 – Payments that Benefited Any Insider</u>: Wages and other payments to insider individuals are reflected in SOFA Question 4, and are not duplicated in Question 30.

June 19, 2019                    Respectfully submitted,

                                 /s/ Charles N. Kelley, Jr.
                                 Sean D. Malloy (admitted *pro hac vice*)
                                 Ohio State Bar No. 0073157
                                 Michael J. Kaczka (admitted *pro hac vice*)
                                 Ohio State Bar No. 0076548
                                 Maria G. Carr (admitted *pro hac vice*)
                                 Ohio State Bar No. 0092412
                                 McDONALD HOPKINS LLC
                                 600 Superior Avenue, E., Suite 2100
                                 Cleveland, OH 44114
                                 Telephone: (216) 348-5400
                                 Facsimile: (216) 348-5474
                                 E-mail: smalloy@mcdonaldhopkins.com
                                        mkaczka@mcdonaldhopkins.com
                                        mcarr@mcdonaldhopkins.com

                                 -and-

                                 Charles N. Kelley, Jr.
                                 Georgia State Bar No. 412212
                                 KELLEY & CLEMENTS LLP
                                 PO Box 2758
                                 Gainesville, GA 30503
                                 Telephone: 678-567-6120
                                 Email: ckelley@kelleyclements.com

                                 COUNSEL FOR DEBTOR
                                 AND DEBTOR IN POSSESSION