# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME PRODUCTS LLC,[1] | ) |
| | ) Case No. 19-21054-JRS |
| Debtor. | ) |
| | ) Judge Sacca |
| | ) |

## NOTICE OF FILING REVISED BUDGET

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 20, 2019, the Court entered that certain Final Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (III) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, Docket No. 72 (the "Final DIP Order").

2. Pursuant to Sections 3 and 8(a) of the Final DIP Order, the Debtor is filing an updated budget attached hereto as <u>Exhibit A</u> (which supplemental budget shall constitute an "Approved Supplemental Budget" for purposes of the Final DIP Order).

July 2, 2019                Respectfully submitted,

/s/ Charles N. Kelley, Jr.
Sean D. Malloy (admitted *pro hac vice*)
Ohio State Bar No. 0073157
Michael J. Kaczka (admitted *pro hac vice*)
Ohio State Bar No. 0076548
Maria G. Carr (admitted *pro hac vice*)
Ohio State Bar No. 0092412
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400

---

[1] The last four digits of the Debtor's federal tax identification number are 3418.

{8195550: }

Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
   mkaczka@mcdonaldhopkins.com
   mcarr@mcdonaldhopkins.com

-and-

Charles N. Kelley, Jr.
Georgia State Bar No. 412212
KELLEY & CLEMENTS LLP
PO Box 2758
Gainesville, GA 30503
Telephone: 678-567-6120
Email: ckelley@kelleyclements.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

AHP
DIP Cash Flow Forecast
*(Shown in USD Thousands)*

Distribution Date: 06/26/19

| Actual/Forecast --> | Act | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number --> | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
| Week Ending Date --> | 06/21/19 | 06/28/19 | 07/05/19 | 07/12/19 | 07/19/19 | 07/26/19 | 08/02/19 | 08/09/19 | 08/16/19 | 08/23/19 | 08/30/19 | 09/06/19 | 09/13/19 | 09/20/19 | (6/28-9/20) |
| **Receipts** | | | | | | | | | | | | | | | |
| Completed Projects (in A/R Agings) | 126 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 520 |
| Deposits Received | 170 | 350 | 200 | 425 | 370 | 330 | 330 | 275 | 360 | 275 | 350 | 275 | 325 | 325 | 4,190 |
| Other Receipts | 50 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | **346** | **390** | **240** | **465** | **410** | **370** | **370** | **315** | **400** | **315** | **390** | **315** | **365** | **365** | **4,710** |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Materials & Labor - COGS | 151 | 225 | 163 | 195 | 123 | 190 | 123 | 190 | 123 | 190 | 123 | 170 | 123 | 170 | 2,108 |
| Freight | 23 | 5 | 5 | 40 | 5 | 5 | 5 | 40 | 5 | 5 | 5 | 40 | 5 | 5 | 170 |
| Marketing & Advertising | 36 | 38 | 120 | 43 | 38 | 38 | 120 | 43 | 38 | 38 | 38 | 125 | 38 | 38 | 750 |
| Salaries, Wages, & Benefits | 174 | 14 | 177 | 14 | 192 | 21 | 177 | 14 | 177 | 29 | 184 | 14 | 177 | 14 | 1,203 |
| General & Admin | - | - | - | - | 10 | - | - | - | 10 | - | - | - | - | 10 | 30 |
| Utilities | 1 | 1 | 4 | 10 | 7 | 1 | 4 | 10 | 7 | 1 | 4 | 10 | 7 | 1 | 64 |
| Rent & Leased Equipment | - | - | 55 | - | - | - | 55 | - | - | - | - | 55 | - | - | 165 |
| Professional Services / Legal - Normal Course | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property, Sales, & Tangible Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **385** | **282** | **523** | **301** | **374** | **254** | **483** | **296** | **359** | **262** | **353** | **413** | **349** | **237** | **4,489** |
| **Weekly Net Cash Flow (Operations)** | **(38)** | **108** | **(283)** | **164** | **36** | **116** | **(113)** | **19** | **41** | **53** | **37** | **(98)** | **16** | **128** | **221** |
| **Non-Operating Disbursements/(Receipts)** | | | | | | | | | | | | | | | |
| Restructuring Fees - Us Trustee Fees | - | - | - | - | - | 18 | - | - | - | - | - | 34 | - | - | 52 |
| Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** | **18** | **-** | **-** | **-** | **-** | **-** | **34** | **-** | **-** | **52** |
| **Professional Fees Accrual Escrow Carve out** | **61** | **56** | **51** | **41** | **36** | **31** | **26** | **46** | **-** | **-** | **-** | **-** | **-** | **-** | **289** |
| Book Cash Beginning Balance | 286 | 186 | 238 | 54 | 176 | 175 | 242 | 102 | 115 | 155 | 208 | 245 | 113 | 128 | 186 |
| Total Net Cash Flow | (100) | 52 | (334) | 122 | (1) | 67 | (139) | (28) | 41 | 53 | 37 | (132) | 16 | 128 | (120) |
| Total DIP Transfer | - | - | 150 | - | - | - | - | 40 | - | - | - | - | - | - | 190 |
| **Book Cash Ending Balance** | **186** | **238** | **54** | **176** | **175** | **242** | **102** | **115** | **155** | **208** | **245** | **113** | **128** | **256** | **256** |
| **Escrow Account Balance Reconciliation** | | | | | | | | | | | | | | | |
| Weekly Professional Escrow Amounts | 61 | 56 | 51 | 41 | 36 | 31 | 26 | 46 | - | - | - | - | - | - | 289 |
| **Payments** | | | | | | | | | | | | | | | |
| Restructuring Fees - Professionals | - | - | - | - | 235 | - | - | - | 195 | - | - | - | - | - | 430 |
| Restructuring Fees - Noticing Agent, Estate Winddown | - | - | - | - | - | - | - | 30 | 13 | - | - | - | - | - | 43 |
| **Escrow Drawdown Payments** | **-** | **-** | **-** | **-** | **235** | **-** | **-** | **30** | **208** | **-** | **-** | **-** | **-** | **-** | **473** |
| **Escrow Balance** | | **184** | **240** | **291** | **333** | **134** | **165** | **191** | **208** | **-** | **-** | **-** | **-** | **-** | **-** |

**AHP**
Restructuring Details

| | 1 Fcst | 2 Fcst | 3 Fcst | 4 Fcst | 5 Fcst | 6 Fcst | 7 Fcst | 8 Fcst | 9 Fcst | 10 Fcst | 11 Fcst | 12 Fcst | 13 Fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 06/28/19 | 07/05/19 | 07/12/19 | 07/19/19 | 07/26/19 | 08/02/19 | 08/09/19 | 08/16/19 | 08/23/19 | 08/30/19 | 09/06/19 | 09/13/19 | 09/20/19 |
| Accounting Month | June | July | July | July | July | August | August | August | August | August | September | September | September |
| **Debtor FA - Aurora MP** | | | | | | | | | | | | | |
| Post-Petition Fee Accruals | 25,000 | 25,000 | 15,000 | 15,000 | 10,000 | 10,000 | 5,000 | | | | | | |
| AP - Accrued Fees Unpaid | 100,000 | 125,000 | 140,000 | 55,000 | 65,000 | 75,000 | 80,000 | - | - | - | - | - | - |
| Forecasted Payments | - | - | - | 100,000 | - | - | - | 80,000 | - | - | - | - | - |
| Retainer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paid Invoices | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debtor FA - Aurora MP | - | - | - | 100,000 | - | - | - | 80,000 | - | - | - | - | - |
| **Debtor National Counsel - McDonald Hopkins** | | | | | | | | | | | | | |
| Post-Petition Fee Accruals | 20,000 | 15,000 | 15,000 | 10,000 | 10,000 | 5,000 | - | | | | | | |
| AP - Accrued Fees Unpaid | 95,000 | 110,000 | 125,000 | 40,000 | 50,000 | 55,000 | 55,000 | - | - | - | - | - | - |
| Forecasted Payments | - | - | - | 95,000 | - | - | - | 55,000 | - | - | - | - | - |
| Retainer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paid Invoices | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debtor National Counsel - McDonald Hopkins | - | - | - | 95,000 | - | - | - | 55,000 | - | - | - | - | - |
| **Debtor Local Counsel - Charles Kelley** | | | | | | | | | | | | | |
| Post-Petition Fee Accruals | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | | | | |
| AP - Accrued Fees Unpaid | 20,000 | 25,000 | 30,000 | 15,000 | 20,000 | 25,000 | 30,000 | - | - | - | - | - | - |
| Forecasted Payments | - | - | - | 20,000 | - | - | - | 30,000 | - | - | - | - | - |
| Retainer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paid Invoices | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debtor Local Counsel - Charles Kelley | - | - | - | 20,000 | - | - | - | 30,000 | - | - | - | - | - |
| **GUC's Counsel - TBD** | | | | | | | | | | | | | |
| Post-Petition Fee Accruals | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | | | | | | |
| AP - Accrued Fees Unpaid | 20,000 | 25,000 | 30,000 | 15,000 | 20,000 | 25,000 | 30,000 | - | - | - | - | - | - |
| Forecasted Payments | - | - | - | 20,000 | - | - | - | 30,000 | - | - | - | - | - |
| Retainer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paid Invoices | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GUC's Counsel - TBD | - | - | - | 20,000 | - | - | - | 30,000 | - | - | - | - | - |
| **Charles Kelley Noticing Work** | | | | | | | | | | | | | |
| Post-Petition Fee Accruals | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | - | - | - | - | - | - |
| AP - Accrued Fees Unpaid | 5,000 | 6,250 | 7,500 | 8,750 | 10,000 | 11,250 | 12,500 | - | - | - | - | - | - |
| Forecasted Payments | - | - | - | - | - | - | - | 12,500 | - | - | - | - | - |
| Retainer | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Paid Invoices | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Charles Kelley Noticing Work | - | - | - | - | - | - | - | 12,500 | - | - | - | - | - |
| **Professional Estate Winddown Fees** | | | | | | | | | | | | | |
| Forecasted Payments | - | - | - | - | - | - | 30,000 | - | - | - | - | - | - |
| Total Professional Estate Winddown Fees | - | - | - | - | - | - | 30,000 | - | - | - | - | - | - |
| **Total Escrow Professional Fees Accrual** | 56,250 | 51,250 | 41,250 | 36,250 | 31,250 | 26,250 | 16,250 | - | - | - | - | - | - |
| **Professional Fee Payout** | - | - | - | 235,000 | - | - | - | 207,500 | - | - | - | - | - |
| **Professional Fee Escrow Balance** | 240,000 | 291,250 | 332,500 | 133,750 | 165,000 | 191,250 | 207,500 | - | - | - | - | - | - |