# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19 – 21054 - JRS |
| | : | |
| AMERICAN HOME PRODUCTS LLC, | : | |
| a/k/a The Louver Shop, Inc., | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## NOTICE DISBANDING COMMITTEE OF CREDITORS
## HOLDING UNSECURED CLAIMS

On July 3, 2019, pursuant to 11 U.S.C. section 1102(a), Nancy J. Gargula, the United States Trustee for Region 21, appointed an official committee of unsecured creditors in the above-referenced chapter 11 case. The United States Trustee named two creditors on the official committee of unsecured creditors: Jim Fine Wooden Products Co., Ltd and Strategic America. On July 11, 2019, the representative of Strategic America communicated to the United States Trustee that it no longer wished to serve on the official committee, thereby leaving only one creditor on the official committee. The United States Trustee hereby disbands the official committee.

This the 15th day of July, 2019.

    Respectfully submitted,

    NANCY J. GARGULA
    UNITED STATES TRUSTEE
    REGION 21

    */s David S. Weidenbaum*
    DAVID S. WEIDENBAUM
    Georgia Bar No. 745892
    Trial Attorney

Office of the United States Trustee

362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was this day sent by electronic mail to the following:

Charles N. Kelley, Jr.
Kelley & Clements LLP
P.O. Box 2758
Gainesville, GA 30503-2758
ckelley@kelleyclements.com

Jim Fine Wooden Products Co., Ltd
c/o Peter Wang
No. 5 Beihuan St.
Hailin Economic Development Zone
Heilongjiang China
Zip: 157199
peterwang1818@vip.163.com

Strategic America
c/o Troy Wells, Chief Financial Officer
6600 Westown Parkway, Suite 100
West Des Moines, IA 50266
twells@strategicamerica.com

Michael J. Kaczka
McDonald Hopkins LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
mkaczka@mcdonaldhopkins.com

Lee B. Hart
Nelson Mullins
Atlantic Station | Suite 1700
201 17th Street NW
Atlanta, GA 30363
lee.hart@nelsonmullins.com

This the 15th day of July, 2019.

                                             _/s  David S. Weidenbaum_
                                             DAVID S. WEIDENBAUM