**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-21054-JRS |
| | ) | |
| AMERICAN HOME PRODUCTS LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME PRODUCTS LLC TO EMPLOY ARNALL GOLDEN GREGORY LLP AS COUNSEL TO THE COMMITTEE [DOCKET NO. 89]

Arnall Golden Gregory LLP ("AGG") hereby withdraws the Application to Retain Arnall Golden Gregory LLP as the Committee's Legal Counsel [Docket No. 89] (the "Application") filed by The Official Committee of Unsecured Creditors of American Home Products LLC (the "Committee"). The Committee has been disbanded [Docket No. 91] and the Committee and AGG no longer request a ruling from the Court on the Application.

Respectfully submitted this 16th day of July 2019.

ARNALL GOLDEN GREGORY LLP

/s/ Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Sean C. Kulka (GA Bar No. 648919)
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Fax: (404) 873-8501
Email: darryl.laddin@agg.com
Email: sean.kulka@agg.com

*Proposed Attorneys for the Official Committee of Unsecured Creditors of American Home Products LLC*

13683968v1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing **WITHDRAWAL OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME PRODUCTS LLC TO EMPLOY ARNALL GOLDEN GREGORY LLP AS COUNSEL TO THE COMMITTEE [DOCKET NO. 89]** to be served by causing copies of the same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lee B. Hart
Joshua H. Stein
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363

Maria G. Carr
Michael J. Kaczka
Sean D. Malloy
McDonald Hopkins, LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114

Jim Fine Wooden Products Co., Ltd.
Peter Wang
No. 5 Beihuan St., Hailin
Economic Development Zone
Hailin 157100
Heilongiiang CHINA

Charles N. Kelley, Jr.
Kelley & Clements LLP
P.O. Box 2758
Gainesville, GA 30503-2758

Strategic America
6600 Westown Parkway, Suite 100
West Des Moines, IA 50266-7708

This 16th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　/s/ Darryl S. Laddin
　　　　　　　　　　　　　　　　　　　　　Darryl S. Laddin

13683968v1