**IT IS ORDERED as set forth below:**



**Date: December 30, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME PRODUCTS LLC,[1] | ) |
| | ) Case No. 19-21054-JRS |
| Debtor. | ) |
| | ) Judge Sacca |
| | ) |

**ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE**

Upon consideration of the Debtor's Motion for an Order Dismissing Debtor's Chapter 11 Case, Docket No. 127 (the "Motion"); and it appearing that the approval of the Motion and the relief requested therein is fair, reasonable, and in the best interests of the Debtor's[2] estate, its creditors and other parties in interest; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided;

---

[1] The last four digits of the Debtor's federal tax identification number are 3418.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

{8502417:2 }
KC-4838-2257-0671-2

the Court having held a hearing on December 5, 2019, and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion shall be, and hereby is, GRANTED as set forth herein.

2. All objections to the Motion shall be, and hereby are, OVERRULED.

3. Pursuant to sections 305(a) and 1112(b) of the Bankruptcy Code, the Debtor's chapter 11 case is dismissed.

4. Nothing herein shall be deemed to prohibit the Debtor from taking any appropriate and necessary steps to dissolve the Debtor after entry of this Order.

5. Notwithstanding section 349 of the Bankruptcy Code, all orders of the Court entered in the Debtor's chapter 11 case shall survive the dismissal of the chapter 11 case.

6. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of any order of the Court that was entered in the Debtor's chapter 11 case.

7. Notwithstanding the possible applicability of Rules 6004(h), 7062, 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

9. The Clerk of this Court shall serve a copy of this Order on the Debtor, Debtor's Counsel, United States Trustee, Creditors, and all other parties in interest in this case.

[END OF ORDER]

Prepared and presented by:

/s/ Charles N. Kelley, Jr.
Sean D. Malloy (0073157) (admitted *pro hac vice*)
Michael J. Kaczka (0076548) (admitted *pro hac vice*)
Maria G. Carr (0092412) (admitted *pro hac vice*)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
E-mail:  smalloy@mcdonaldhopkins.com
             mkaczka@mcdonaldhopkins.com
             mcarr@mcdonaldhopkins.com

-and-

Charles N. Kelley, Jr.
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
Telephone: 678-567-6120
Email: ckelley@kelleyclements.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION